The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>MOTOROLA, INC., and MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>        Defendants.<br><hr>MOTOROLA MOBILITY LLC, and GENERAL INSTRUMENT CORPORATION,<br><br>        Plaintiffs/Counterclaim Defendants,<br><br>        v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant/Counterclaim Plaintiff. | CASE NO. C10-1823-JLR<br><br>MOTOROLA'S NOTICE OF APPEAL FROM FEDERAL RULE OF CIVIL PROCEDURE 54(b) JUDGMENT ENTERED NOVEMBER 12, 2013 (DKT. 932) |

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

NOTICE IS HEREBY GIVEN that Motorola, Inc., Motorola Mobility, Inc. and General Instrument Corporation (collectively, "Motorola"), Defendants and Plaintiffs/Counterclaim Defendants in the above-captioned case, appeal to the United States Court of Appeals for the Federal Circuit from the Federal Rule of Civil Procedure 54(b) Judgment of the District Court entered on November 12, 2013 (Dkt. 932) and all other orders or rulings merged or incorporated therein.

DATED this 12th day of November, 2013.

Respectfully submitted,

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
By */s/ Philip S. McCune*
   Ralph H. Palumbo, WSBA #04751
   Philip S. McCune, WSBA #21081
   *ralphp@summitlaw.com*
   *philm@summitlaw.com*

By */s/ Thomas V.  Miller*
   Thomas V. Miller
   MOTOROLA MOBILITY LLC
   600 North U.S. Highway 45
   Libertyville, IL  60048-1286
   (847) 523-2162

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By */s/ Kathleen M. Sullivan*
   Kathleen M. Sullivan, NY #1804624
   51 Madison Ave., 22nd Floor
   New York, NY 10010
   (212) 849-7000
   *kathleensullivan@quinnemanuel.com*

MOTOROLA'S NOTICE OF APPEAL FROM FEDERAL RULE
OF CIVIL PROCEDURE 54(B) JUDGMENT ENTERED
NOVEMBER 12, 2013 (DKT. 932 - 1
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

By */s/ Brian C. Cannon*
  Brian C. Cannon, CA #193071
  555 Twin Dolphin Drive, 5th Floor
  Redwood Shores, CA 94065
  (650) 801-5000
  *briancannon@quinnemanuel.com*

By */s/ William C. Price*
  William C. Price, CA #108542
  865 S. Figueroa Street, 10th Floor
  Los Angeles, CA 90017
  (213) 443-3000
  *williamprice@quinnemanuel.com*

**Attorneys for Motorola Solutions, Inc.,
Motorola Mobility LLC and General
Instrument Corp.**

MOTOROLA'S NOTICE OF APPEAL FROM FEDERAL RULE
OF CIVIL PROCEDURE 54(B) JUDGMENT ENTERED
NOVEMBER 12, 2013 (DKT. 932 - 2
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arthur W. Harrigan, Jr., Esq.
Christopher T. Wion, Esq.
Shane P. Cramer, Esq.
Calfo Harrigan Leyh & Eakes LLP
*arthurh@calfoharrigan.com*
*chrisw@calfoharrigan.com*
*shanec@calfoharrigan.com*

Richard A. Cederoth, Esq.
Brian R. Nester, Esq.
David T. Pritikin, Esq.
Douglas I. Lewis, Esq.
John W. McBride, Esq.
William H. Baumgartner, Jr., Esq.
David C. Giardina, Esq.
Carter G. Phillips, Esq.
Constantine L. Trela, Jr., Esq.
Ellen S. Robbins, Esq.
Nathaniel C. Love, Esq.
Sidley Austin LLP
*rcederoth@sidley.com*
*bnester@sidley.com*
*dpritikin@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*
*wbaumgartner@sidley.com*
*dgiardina@sidley.com*
*cphillips@sidley.com*
*ctrela@sidley.com*
*erobbins@sidley.com*
*nlove@sidley.com*

T. Andrew Culbert, Esq.
David E. Killough, Esq.
Microsoft Corp.
*andycu@microsoft.com*
*davkill@microsoft.com*

DATED this 12th day of November, 2013.

/s/ *Marcia A. Ripley*
Marcia A. Ripley

MOTOROLA'S NOTICE OF APPEAL FROM FEDERAL RULE
OF CIVIL PROCEDURE 54(B) JUDGMENT ENTERED
NOVEMBER 12, 2013 (DKT. 932 - 3
CASE NO. C10-1823-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

APPEAL,CONSOL,JURYDEMAND,PROTO,STAYED

**U.S. District Court**
**United States District Court for the Western District of Washington (Seattle)**
**CIVIL DOCKET FOR CASE #: 2:10−cv−01823−JLR**

Microsoft Corporation v. Motorola Inc, et al
Assigned to: Judge James L. Robart
Member case:
  2:11−cv−00343−JLR
Cause: 28:1332 Diversity

Date Filed: 11/09/2010
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Microsoft Corporation**
*a Washington corporation*

represented by **Anthony Balkissoon**
SIDLEY AUSTIN (IL)
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
312−853−7000
Email: abalkissoon@sidley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore W. Chandler**
SIDLEY AUSTIN (CA)
555 W 5TH ST
STE 4000
LOS ANGELES, CA 90013−1010
213−896−5830
Email: tchandler@sidley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arthur W. Harrigan , Jr.**
CALFO HARRIGAN LEYH &EAKES, LLP
999 3RD AVE
STE 4400
SEATTLE, WA 98104
206−623−1700
Fax: FAX 623−8717
Email: arthurh@calfoharrigan.com
*ATTORNEY TO BE NOTICED*

**Brian R. Nester**
SIDLEY AUSTIN (DC)
1501 K STREET NW
WASHINGTON, DC 20005
202−736−8017
Email: bnester@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carter G. Phillips**
SIDLEY AUSTIN (DC)
1501 K STREET NW
WASHINGTON, DC 20005
202−736−8000
Email: cphillips@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher T Wion**
CALFO HARRIGAN LEYH &EAKES, LLP

999 3RD AVE
STE 4400
SEATTLE, WA 98104
206−623−1700
Email: chrisw@calfoharrigan.com
*ATTORNEY TO BE NOTICED*

**Constantine L. Trela , Jr.**
SIDLEY AUSTIN (IL)
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
321−853−7000
Email: ctrela@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David C. Giardina**
SIDLEY AUSTIN (IL)
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
312−853−7000
Email: dgiardina@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Greenfield**
SIDLEY AUSTIN (IL)
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
312−853−7000
Email: david.greenfield@sidley.com
*TERMINATED: 06/12/2013*
*PRO HAC VICE*

**David E. Killough**
MICROSOFT CORP
ONE MICROSOFT WAY
REDMOND, WA 98052
425−703−8865
Email: davkill@microsoft.com
*ATTORNEY TO BE NOTICED*

**David T Pritikin**
SIDLEY AUSTIN (IL)
ONE SOUTH DEARBORN
CHICAGO, IL 60603
312−853−7000
Email: dpritikin@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**
SIDLEY AUSTIN (IL)
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
312−853−7036
Email: dilewis@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellen S. Robbins**
SIDLEY AUSTIN (IL)
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
312−853−7000

Email: erobbins@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John W McBride**
SIDLEY AUSTIN (IL)
ONE SOUTH DEARBORN
CHICAGO, IL 60603
312−853−7000
Email: jwmcbride@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin C. Wheeler**
SIDLEY AUSTIN (DC)
1501 K STREET NW
WASHINGTON, DC 20005
202−736−8907
Email: kwheeler@sidley.com
*TERMINATED: 10/13/2011*
*PRO HAC VICE*

**Nathaniel C. Love**
SIDLEY AUSTIN (IL)
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
312−853−7000
Email: nlove@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard A Cederoth**
SIDLEY AUSTIN (IL)
ONE SOUTH DEARBORN
CHICAGO, IL 60603
312−853−7000
Email: rcederoth@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**T. Andrew Culbert**
MICROSOFT CORP
ONE MICROSOFT WAY
REDMOND, WA 98052
425−706−6921
Email: andycu@microsoft.com
*ATTORNEY TO BE NOTICED*

**William H Baumgartner , Jr.**
SIDLEY AUSTIN (IL)
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
312−853−7000
Email: wbaumgartner@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shane P. Cramer**
CALFO HARRIGAN LEYH &EAKES, LLP
999 3RD AVE
STE 4400
SEATTLE, WA 98104
206−623−1700
Email: shanec@calfoharrigan.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Motorola, Inc.**                    represented by    **Andrea Pallios Roberts**
QUINN EMANUEL URQUHART
&SULLIVAN, LLP
555 TWIN DOLPHIN DRIVE
5TH FLOOR
REDWOOD SHORES, CA 94065
415−875−6600
Email: andreaproberts@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian C Cannon**
QUINN EMANUEL URQUHART OLIVER
&HEDGES (REDWD SHORES)
555 TWIN DOLPHIN DR
STE 560
REDWOOD SHORES, CA 94065
650−801−5000
Email: briancannon@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cheryl Ann Berry**
QUINN EMANUEL URQUHART OLIVER
&HEDGES (REDWD SHORES)
555 TWIN DOLPHIN DR
STE 560
REDWOOD SHORES, CA 94065
650−801−5000
Email: cherylberry@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Elihu**
QUINN EMANUEL (NY)
51 MADISON AVE
22ND FLOOR
NEW YORK, NY 10010
212−849−7000
Email: davidelihu@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas H Hallward−Driemeier**
ROPES &GRAY (DC)
700 12TH ST NW
STE 900
WASHINGTON, DC 20005
202−508−4776
Email: Douglas.Hallward−Driemeier@ropesgray.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elanor Mangin**
QUINN EMANUEL URQUHART OLIVER

&HEDGES (REDWD SHORES)
555 TWIN DOLPHIN DR
STE 560
REDWOOD SHORES, CA 94065
650−801−5000
Email: elanormangin@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellyde Roko Thompson**
ELLYDE ROKO THOMPSON
QUINN EMANUEL URQUHART
&SULLIVAN LLP
51 MADISON AVENUE
22ND FLOOR
NEW YORK, NY 10010
212−849−7000
Email: ellydethompson@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James R. Batchelder**
ROPES &GRAY LLP (CA)
1900 UNIVERSITY AVENUE
6TH FLOOR
EAST PALO ALTO, CA 94393−2284
650−617−4018
Email: james.batchelder@ropesgray.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Josef B. Schenker**
ROPES &GRAY LLP (NY)
1211 AVENUE OF THE AMERICAS
35TH FLOOR
NEW YORK, NY 10036
212−596−9637
Email: Josef.schenker@ropesgray.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathleen M Sullivan**
QUINN EMANUEL URQUHART OLIVER
&HEDGES (NY)
51 MADISON AVE
22ND FLORR
NEW YORK, NY 10017
212−849−7000
Email: kathleensullivan@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Khue V Hoang**
ROPES &GRAY LLP (NY)
1211 AVENUE OF THE AMERICAS
38TH FLOOR
NEW YORK, NY 10036
212−596−9468
Email: Khue.Hoang@ropesgray.com
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laurence S Rogers**
ROPES &GRAY LLP (NY)
1211 AVENUE OF THE AMERICAS
38TH FLOOR
NEW YORK, NY 10036
212−596−9033
Email: laurence.rogers@ropesgray.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William C Price**
QUINN EMANUEL URQUHART OLIVER
&HEDGES (L.A.)
865 S FIGUEROA ST
10TH FL
LOS ANGELES, CA 90017
213−443−3000
Email: williamprice@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda Wieker**
ROPES &GRAY (DC)
700 12TH ST NW
STE 900
WASHINGTON, DC 20005
202−508−4600
Email: Amanda.Wieker@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Conor Brew McDonough**
ROPES &GRAY LLP (NY)
1211 AVENUE OF THE AMERICAS
35TH FLOOR
NEW YORK, NY 10036
212−596−9160
Email: conor.mcdonough@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse J Jenner**
ROPES &GRAY LLP (NY)
1211 AVENUE OF THE AMERICAS
35TH FLOOR
NEW YORK, NY 10036
212−596−9046
Email: jesse.jenner@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynn M Engel**
SUMMIT LAW GROUP
315 FIFTH AVE S
STE 1000
SEATTLE, WA 98104−2682
206−676−7000
Fax: 206−676−7001
Email: lynne@summitlaw.com
*TERMINATED: 03/20/2013*

**Matthew R Clements**
ROPES &GRAY LLP (CA)
1900 UNIVERSITY AVENUE
6TH FLOOR
EAST PALO ALTO, CA 94393−2284
650−617−4733
Email: matthew.clements@ropesgray.com
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Norman H. Beamer**
ROPES &GRAY LLP (CA)
1900 UNIVERSITY AVENUE
6TH FLOOR
EAST PALO ALTO, CA 94393−2284
650−617−4030
Email: norman.beamer@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
ROPES &GRAY (DC)
700 12TH ST NW
STE 900
WASHINGTON, DC 20005
202−508−4693
Email: paul.schoenhard@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip S McCune**
SUMMIT LAW GROUP
315 5TH AVE S
STE 1000
SEATTLE, WA 98104
206−676−7000
Fax: FAX 676−7001
Email: philm@summitlaw.com
*ATTORNEY TO BE NOTICED*

**Ralph H Palumbo**
SUMMIT LAW GROUP
315 FIFTH AVE S
STE 1000
SEATTLE, WA 98104−2682
206−676−7000
Fax: FAX 206−676−7001
Email: ralphp@summitlaw.com
*ATTORNEY TO BE NOTICED*

**Samuel Lawrence Brenner**
ROPES &GRAY (MA)
PRUDENTIAL TOWER
800 BOYLSTON TOWER
BOSTON, MA 02199−3600
617−951−7120
Email: samuel.brenner@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Pepe**
ROPES &GRAY LLP (NY)
1211 AVENUE OF THE AMERICAS
35TH FLOOR

NEW YORK, NY 10036
212−596−9046
Email: steven.pepe@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stuart W. Yothers**
ROPES &GRAY LLP (NY)
1211 AVENUE OF THE AMERICAS
35TH FLOOR
NEW YORK, NY 10036
212−596−9000
Email: Stuart.Yothers@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **General Instrument Corporation** | represented by | **Cheryl Ann Berry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**David Elihu**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas H Hallward−Driemeier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elanor Mangin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellyde Roko Thompson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Josef B. Schenker**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Khue V Hoang**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda Wieker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher T Wion**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor Brew McDonough**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph H Palumbo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Lawrence Brenner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Instrument Corporation**     represented by     **Douglas H Hallward−Driemeier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Pastor**
ROPES &GRAY LLP (NY)
1211 AVENUE OF THE AMERICAS
35TH FLOOR
NEW YORK, NY 10036
212−596−9264
Email: anthony.pastor@ropesgray.com
*TERMINATED: 10/25/2011*

**Gabrielle Elizabeth Higgins**
ROPES &GRAY LLP (CA)
1900 UNIVERSITY AVENUE
6TH FLOOR
EAST PALO ALTO, CA 94393−2284
650−617−4015
Fax: 650−617−4090
Email: gabrielle.higgins@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse J Jenner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynn M Engel**
(See above for address)
*TERMINATED: 03/20/2013*

**Mark D. Rowland**
ROPES &GRAY LLP (CA)

1900 UNIVERSITY AVENUE
6TH FLOOR
EAST PALO ALTO, CA 94393−2284
650−617−4016
Fax: 650−617−4090
Email: mark.rowland@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Norman H. Beamer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph H Palumbo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Pepe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Motorola Mobility LLC**       represented by   **Douglas H Hallward−Driemeier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Pastor**
(See above for address)
*TERMINATED: 10/25/2011*

**Gabrielle Elizabeth Higgins**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse J Jenner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin J. Post**
ROPES &GRAY LLP (NY)
1211 AVENUE OF THE AMERICAS
38TH FLOOR
NEW YORK, NY 10036
212−596−9000

Email: Kevin.Post@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynn M Engel**
(See above for address)
*TERMINATED: 03/20/2013*

**Mark D. Rowland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Norman H. Beamer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph H Palumbo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Pepe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Microsoft Corporation**                  represented by **Theodore W. Chandler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arthur W. Harrigan , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carter G. Phillips**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles J. Crueger**
Michael Best &Friedrich LLP
Pro Hac Vice pending
100 E. Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202
414−271−6560x18263

Fax: 414−277−0656
Email: cjcrueger@michaelbest.com
*TERMINATED: 06/27/2011*

**Christopher C. Davis**
Michael Best &Friedrich, LLP
Pro Hac Vice pending
P.O. Box 1806
Madison, WI 53701−1806
608−283−0102
Fax: 608−283−2275
Email: ccdavis@michaelbest.com
*TERMINATED: 06/27/2011*

**Christopher T Wion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Constantine L. Trela , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David E. Killough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David T Pritikin**
SIDLEY AUSTIN (IL)
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
312−853−7000
Email: dpritikin@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellen S. Robbins**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Donald Best**
MICHAEL BEST &FRIEDRICH LLP
pro hac vice pending
ONE SOUTH PINCKNEY STREET STE
7000
P.O. BOX 1806
MADISON, WI 53701−1806
608−257−3501
Email: jdbest@michaelbest.com
*TERMINATED: 06/27/2011*
*PRO HAC VICE*

**John W McBride**
SIDLEY AUSTIN (IL)
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
312−853−7000
Email: jwmcbride@sidley.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Nathaniel C. Love**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard A Cederoth**
SIDLEY AUSTIN (IL)
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
312−853−7000
Email: rcederoth@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shane P. Cramer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**T. Andrew Culbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Motorola Mobility LLC**          represented by  **Andrea Pallios Roberts**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cheryl Ann Berry**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Elihu**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas H Hallward−Driemeier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elanor Mangin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellyde Roko Thompson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Josef B. Schenker**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Khue V Hoang**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael D Laufert**
ROPES &GRAY (DC)
700 12TH ST NW
STE 900
WASHINGTON, DC 20005
202−626−3916
Email: michael.laufert@ropesgray.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda Wieker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arthur W. Harrigan , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher T Wion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor Brew McDonough**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse J Jenner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynn M Engel**
(See above for address)
*TERMINATED: 03/20/2013*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Norman H. Beamer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph H Palumbo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Lawrence Brenner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Pepe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stuart W. Yothers**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**IBM Corp.**                       represented by **John Arthur Tondini**
                                     BYRNES KELLER CROMWELL LLP
                                     1000 SECOND AVENUE
                                     38TH FLOOR
                                     SEATTLE, WA 98104
                                     206−622−2000
                                     Email: jtondini@byrneskeller.com
                                     *ATTORNEY TO BE NOTICED*

**Interested Party**

**VTech Communications**            represented by **Walter Eugene Barton**
                                     KARR TUTTLE CAMPBELL
                                     701 FIFTH AVENUE
                                     STE 3300
                                     SEATTLE, WA 98104
                                     206−223−1313
                                     Fax: 206−682−7100
                                     Email: gbarton@karrtuttle.com
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Interested Party**

**Ericsson Inc**                    represented by **Shannon M Jost**
                                     STOKES LAWRENCE
                                     1420 FIFTH AVENUE
                                     STE 3000
                                     SEATTLE, WA 98101−2393
                                     206−626−6000
                                     Fax: FAX 464−1496
                                     Email: shannon.jost@stokeslaw.com
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Interested Party**

**LG Electronics Inc**              represented by **Kurt M Rylander**
                                     Rylander and Associates PC
                                     406 West 12th Street
                                     Vancouver, WA 98660
                                     360−750−9931
                                     Fax: 360−397−0473

Email: rylander@rylanderlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**MPEG LA, LLC**                    represented by   **Aaron D Bigby**
NORTHCRAFT BIGBY &BIGGS PC
819 VIRGINIA ST
STE C−2
SEATTLE, WA 98101
206−623−0229
Fax: FAX 623−0234
Email: aaron_bigby@northcraft.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Kyocera Communications, Inc.**    represented by   **John Arthur Tondini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicola Pisano**
JONES DAY (San Diego)
12265 EL CAMINO REAL
SUITE 200
SAN DIEGO, CA 92130
858−847−6877
Fax: 858−792−6773
Email: npisano@foley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Kyocera Corporation**             represented by   **John Arthur Tondini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicola Pisano**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Koninklijke Philips Electronics NV**   represented by   **Douglas F Stewart**
BRACEWELL &GIULIANI LLP (WA)
701 FIFTH AVENUE, SUITE 6200
SEATTLE, WA 98104
206−204−6200
Email: doug.stewart@bgllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Via Licensing Corporation**       represented by   **Matthew J Sekits**
BULLIVANT HOUSER BAILEY (SEA)
1700 SEVENTH AVENUE
SUITE 1810
SEATTLE, WA 98101

206−292−8930
Fax: FAX 386−5130
Email: matthew.sekits@bullivant.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Nokia Corporation**                represented by  **Mark A McCarty**
ALSTON &BIRD LLP (GA)
1201 W PEACHTREE ST
ONE ATLANTIC CTR
ATLANTA, GA 30309−3432
404−881−7000
Email: mark.mccarty@alston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dexter Richardson**
ALSTON &BIRD LLP (GA)
1201 W PEACHTREE ST
ONE ATLANTIC CTR
ATLANTA, GA 30309−3432
404−881−7000
Email: matt.richardson@alston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lance A Termes**
ALSTON &BIRD
275 MIDDLEFIELD ROAD
MENLO PARK, CA 94025
650−838−2000
Email: lance.termes@alston.com
*ATTORNEY TO BE NOTICED*

**Michael D McKay**
MCKAY CHADWELL
600 UNIVERSITY ST
STE 1601
SEATTLE, WA 98101
206−233−2800
Fax: FAX 233−2809
Email: mdm@mckay−chadwell.com
*ATTORNEY TO BE NOTICED*

**Thomas Matthew Brennan**
MCKAY CHADWELL
600 UNIVERSITY ST
STE 1601
SEATTLE, WA 98101
206−233−2800
Fax: 206−233−2809
Email: tmb@mckay−chadwell.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Nokia Inc.**                represented by  **Mark A McCarty**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dexter Richardson**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael D McKay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lance A Termes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Matthew Brennan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Samsung Electronics Co., LTD.**          represented by **R Paul Zeineddin**
ZEINEDDIN PLLC
1000 CONNECTICUT AVENUE NW
SUITE 900
WASHINGTON, DC 20036
202−787−1051
Email: paul@zeineddin.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Donald Stewart Cohen**
GORDON THOMAS HONEYWELL (SEA)
600 UNIVERSITY
STE 2100
SEATTLE, WA 98101−4185
206−676−7500
Fax: FAX 676−7575
Email: dcohen@gth−law.com
*ATTORNEY TO BE NOTICED*

**Steven Thomas Reich**
PFAU COCHRAN VERTETIS AMALA,
PLLC (SEATTLE)
701 FIFTH AVENUE
STE 4730
SEATTLE, WA 98104
206−462−4334
Fax: FAX 206−623−3624
Email: sreich@pcvalaw.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Qualcomm Inc.**          represented by **Christopher B. Durbin**
COOLEY LLP (WA)
1700 SEVENTH AVENUE
STE 1900
SEATTLE, WA 98101−1355
206−452−8700
Email: cdurbin@cooley.com
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

                                          represented by

**Research in Motion Limited and**
**Research in Motion Corporation**

**Vincent J Belusko**
MORRISON &FOERSTER (L.A.)
555 W 5TH ST
STE 3500
LOS ANGELES, CA 90013−1024
213−892−5200
Email: VBelusko@mofo.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John D Denkenberger**
CHRISTENSEN O'CONNOR JOHNSON
&KINDNESS
1420 5TH AVE
STE 2800
SEATTLE, WA 98101−2347
206−682−8100
Fax: FAX 224−0779
Email: john.denkenberger@cojk.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Microsoft Corporation**        represented by **Theodore W. Chandler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arthur W. Harrigan , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles J. Crueger**
(See above for address)
*TERMINATED: 06/27/2011*

**Christopher C. Davis**
(See above for address)
*TERMINATED: 06/27/2011*

**Christopher T Wion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David T Pritikin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Donald Best**
MICHAEL BEST &FRIEDRICH LLP
ONE SOUTH PINCKNEY STREET STE
7000
P.O. BOX 1806
MADISON, WI 53701−1806
608−257−3501
Email: jdbest@michaelbest.com
*TERMINATED: 06/27/2011*

*PRO HAC VICE*

**John W McBride**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard A Cederoth**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shane P. Cramer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Motorola Mobility LLC**                  represented by  **Douglas H Hallward−Driemeier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Pastor**
(See above for address)
*TERMINATED: 10/25/2011*

**Gabrielle Elizabeth Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J Jenner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn M Engel**
(See above for address)
*TERMINATED: 03/20/2013*

**Mark D. Rowland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Norman H. Beamer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph H Palumbo**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                **Steven Pepe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Motorola Mobility LLC**         represented by  **Douglas H Hallward−Driemeier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Pastor**
(See above for address)
*TERMINATED: 10/25/2011*

**Gabrielle Elizabeth Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J Jenner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn M Engel**
(See above for address)
*TERMINATED: 03/20/2013*

**Mark D. Rowland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Norman H. Beamer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph H Palumbo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Pepe**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**General Instrument Corporation**     represented by  **Douglas H Hallward−Driemeier**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Pastor**
(See above for address)
*TERMINATED: 10/25/2011*

**Gabrielle Elizabeth Higgins**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse J Jenner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynn M Engel**
(See above for address)
*TERMINATED: 03/20/2013*

**Mark D. Rowland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Norman H. Beamer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph H Palumbo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Pepe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Motorola Mobility LLC**                represented by **Douglas H Hallward−Driemeier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Pastor**
(See above for address)

*TERMINATED: 10/25/2011*

**Gabrielle Elizabeth Higgins**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse J Jenner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynn M Engel**
(See above for address)
*TERMINATED: 03/20/2013*

**Mark D. Rowland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Norman H. Beamer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph H Palumbo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Pepe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**General Instrument Corporation**        represented by **Douglas H Hallward−Driemeier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Pastor**
(See above for address)
*TERMINATED: 10/25/2011*

**Gabrielle Elizabeth Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J Jenner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn M Engel**
(See above for address)
*TERMINATED: 03/20/2013*

**Mark D. Rowland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Norman H. Beamer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Pepe**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Counter Claimant**</u>

**General Instrument Corporation**    represented by    **Andrea Pallios Roberts**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas H Hallward−Driemeier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Counter Claimant**</u>

**General Instrument Corporation**    represented by    **Douglas H Hallward−Driemeier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Pastor**

(See above for address)
*TERMINATED: 10/25/2011*

**Gabrielle Elizabeth Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J Jenner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn M Engel**
(See above for address)
*TERMINATED: 03/20/2013*

**Mark D. Rowland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Norman H. Beamer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Pepe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Counter Claimant</u>**

**Motorola, Inc.**                    represented by    **Douglas H Hallward−Driemeier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse J Jenner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn M Engel**
(See above for address)
*TERMINATED: 03/20/2013*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Norman H. Beamer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph H Palumbo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Pepe**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Microsoft Corporation**                represented by   **Theodore W. Chandler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arthur W. Harrigan , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles J. Crueger**
(See above for address)
*TERMINATED: 06/27/2011*

**Christopher C. Davis**
(See above for address)
*TERMINATED: 06/27/2011*

**Christopher T Wion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David T Pritikin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Donald Best**
MICHAEL BEST &FRIEDRICH LLP
Pro Hac Vice pending
ONE SOUTH PINCKNEY STREET STE
7000
P.O. BOX 1806
MADISON, WI 53701−1806
608−257−3501
Email: jdbest@michaelbest.com
*TERMINATED: 06/27/2011*

**John W McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A Cederoth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shane P. Cramer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Microsoft Corporation**          represented by   **Theodore W. Chandler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arthur W. Harrigan , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles J. Crueger**
(See above for address)
*TERMINATED: 06/27/2011*

**Christopher C. Davis**
(See above for address)
*TERMINATED: 06/27/2011*

**Christopher T Wion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E. Killough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David T Pritikin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Donald Best**
(See above for address)
*TERMINATED: 06/27/2011*

**John W McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A Cederoth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shane P. Cramer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**T. Andrew Culbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Microsoft Corporation**
*a Washington corporation*

represented by **Theodore W. Chandler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arthur W. Harrigan , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian R. Nester**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher T Wion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E. Killough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David T Pritikin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John W McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin C. Wheeler**
(See above for address)
*TERMINATED: 10/13/2011*

**Richard A Cederoth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**T. Andrew Culbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shane P. Cramer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**General Instrument Corporation**

represented by **Douglas H Hallward−Driemeier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Pastor**
(See above for address)
*TERMINATED: 10/25/2011*

**Gabrielle Elizabeth Higgins**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jesse J Jenner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn M Engel**
(See above for address)
*TERMINATED: 03/20/2013*

**Mark D. Rowland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Norman H. Beamer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Pepe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**General Instrument Corporation**     represented by  **Douglas H Hallward−Driemeier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Motorola, Inc.**     represented by  **Douglas H Hallward−Driemeier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse J Jenner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn M Engel**

(See above for address)
*TERMINATED: 03/20/2013*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Norman H. Beamer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Pepe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**General Instrument Corporation**             represented by **Douglas H Hallward−Driemeier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Pastor**
(See above for address)
*TERMINATED: 10/25/2011*

**Gabrielle Elizabeth Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse J Jenner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn M Engel**
(See above for address)
*TERMINATED: 03/20/2013*

**Mark D. Rowland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R Clements**
(See above for address)
*TERMINATED: 03/08/2013*
*PRO HAC VICE*

**Norman H. Beamer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip S McCune**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph H Palumbo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Pepe**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

## Counter Defendant

**Microsoft Corporation**                 represented by   **Theodore W. Chandler**
*a Washington corporation*                                (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Arthur W. Harrigan , Jr.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Brian R. Nester**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Christopher T Wion**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David E. Killough**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David T Pritikin**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Douglas I. Lewis**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **John W McBride**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kevin C. Wheeler**
                                                          (See above for address)
                                                          *TERMINATED: 10/13/2011*

                                                          **Richard A Cederoth**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **T. Andrew Culbert**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Shane P. Cramer**
                                                          (See above for address)

*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Microsoft Corporation**       represented by    **Theodore W. Chandler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arthur W. Harrigan , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles J. Crueger**
(See above for address)
*TERMINATED: 06/27/2011*

**Christopher C. Davis**
(See above for address)
*TERMINATED: 06/27/2011*

**Christopher T Wion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David T Pritikin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Donald Best**
(See above for address)
*TERMINATED: 06/27/2011*

**John W McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A Cederoth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shane P. Cramer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Microsoft Corporation**       represented by    **Theodore W. Chandler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arthur W. Harrigan , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles J. Crueger**
(See above for address)
*TERMINATED: 06/27/2011*

**Christopher C. Davis**
(See above for address)
*TERMINATED: 06/27/2011*

**Christopher T Wion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E. Killough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David T Pritikin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Donald Best**
(See above for address)
*TERMINATED: 06/27/2011*

**John W McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A Cederoth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shane P. Cramer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**T. Andrew Culbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2010 | 1 | COMPLAINT against defendant(s) Motorola, Inc., Motorola Mobility, Inc. (Receipt # 0981−2241121), filed by Microsoft Corporation.(Cramer, Shane) (Entered: 11/09/2010) |
| 11/09/2010 | 2 | STATEMENT *Microsoft's Corporate Disclosure Statement* by Plaintiff Microsoft Corporation. (Cramer, Shane) (Entered: 11/09/2010) |
| 11/10/2010 | 3 | PRAECIPE TO ISSUE SUMMONS re 1 Complaint by Plaintiff Microsoft Corporation. (Attachments: # 1 Summons Motorola Mobility, # 2 Summons Motorola Inc.)(Cramer, Shane) (Entered: 11/10/2010) |
| 11/10/2010 | | Judge John C Coughenour added. (PM) (Entered: 11/10/2010) |
| 11/10/2010 | | NOTICE to Filer of Deficiency: Pursuant to Local Rule CR3(a), a Civil Cover Sheet is required at the time of filing a case. Please file your Civil Cover Sheet by using the event Civil Cover Sheet found under Other Documents. (PM) (Entered: 11/10/2010) |
| 11/10/2010 | 4 | Summons Issued electonically as to defendant Motorola, Inc.. (Attachments: # 1 Summons for Motorola Mobility, Inc.)(PM) (Entered: 11/10/2010) |
| 11/10/2010 | 5 | CIVIL COVER SHEET re 1 Complaint ; filed by Plaintiff Microsoft Corporation.. (Cramer, Shane) (Entered: 11/10/2010) |
| 11/12/2010 | 6 | Letter from Clerk's Office reminding out of state counsel (John W. McBride, David T. Pritikin, Richard A. Cederoth and Douglas I. Lewis)of pro hac vice requirement. (Attachments: # 1 Pro Hac Vice Reminder Letter addressed to attorneys Brian R. Nester and Kevin C. Wheeler) (mailed copies of letter to these |

| | | attorneys)(PM) (Entered: 11/12/2010) |
|---|---|---|
| 11/12/2010 | 7 | APPLICATION OF ATTORNEY Kevin C. Wheeler FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Microsoft Corporation (Fee Paid) Receipt No. 0981−2244702. (Cramer, Shane) (Entered: 11/12/2010) |
| 11/12/2010 | 8 | APPLICATION OF ATTORNEY Brian R. Nester FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Microsoft Corporation (Fee Paid) Receipt No. 0981−2244711. (Cramer, Shane) (Entered: 11/12/2010) |
| 11/12/2010 | 9 | ORDER re 7 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Kevin C. Wheeler for Microsoft Corporation, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 11/12/2010) |
| 11/12/2010 | 10 | ORDER re 8 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Brian R. Nester for Microsoft Corporation, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 11/12/2010) |
| 11/15/2010 | 11 | MINUTE ORDER by John C. Coughenour, United States District Judge. This case has been REASSIGNED to the Honorable James L. Robart. All future pleadings filed in this case should reflect the change in the case number as follows: C10−1823−JLR.(CL) . (attachment added on 11/15/2010: # 2 corrected order) (CL). Modified on 11/15/2010 (CL). (Entered: 11/15/2010) |
| 11/15/2010 | 12 | NOTICE of Image/Document re 11 Order Reassigning Case. (Service of corrected image is attached). (CL) (Entered: 11/15/2010) |
| 11/15/2010 | 13 | NOTICE of "Corrected" Image/Document re 11 Order Reassigning Case,. (Service of corrected image is attached). (CL) (Entered: 11/15/2010) |
| 11/17/2010 | 14 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Motorola, Inc. on 11/10/2010 (TF) (Entered: 11/18/2010) |
| 11/17/2010 | 15 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Motorola Mobility, Inc. on 11/10/2010 (TF) (Entered: 11/18/2010) |
| 11/30/2010 | 16 | NOTICE of Appearance by attorney Philip S McCune on behalf of Defendants Motorola Mobility, Inc., Motorola, Inc.. (McCune, Philip) (Entered: 11/30/2010) |
| 11/30/2010 | 17 | APPLICATION OF ATTORNEY Steven Pepe FOR LEAVE TO APPEAR PRO HAC VICE for Defendants Motorola Mobility, Inc., Motorola, Inc. (Fee Paid) Receipt No. 0981−2258698. (McCune, Philip) (Entered: 11/30/2010) |
| 11/30/2010 | 18 | APPLICATION OF ATTORNEY Jesse J. Jenner FOR LEAVE TO APPEAR PRO HAC VICE for Defendants Motorola Mobility, Inc., Motorola, Inc. (Fee Paid) Receipt No. 0981−2258714. (McCune, Philip) (Entered: 11/30/2010) |
| 11/30/2010 | 19 | APPLICATION OF ATTORNEY Norman H. Beamer FOR LEAVE TO APPEAR PRO HAC VICE for Defendants Motorola Mobility, Inc., Motorola, Inc. (Fee Paid) Receipt No. 0981−2258723. (McCune, Philip) (Entered: 11/30/2010) |
| 11/30/2010 | 20 | APPLICATION OF ATTORNEY Paul M. Schoenhard FOR LEAVE TO APPEAR PRO HAC VICE for Defendants Motorola Mobility, Inc., Motorola, Inc. (Fee Paid) Receipt No. 0981−2258730. (McCune, Philip) (Entered: 11/30/2010) |
| 11/30/2010 | 21 | ORDER re 17 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Steven Pepe for Motorola Mobility, Inc.,and for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 11/30/2010) |
| 11/30/2010 | 22 | ORDER re 18 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Jesse J Jenner for Motorola Mobility, Inc., and for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 11/30/2010) |
| 11/30/2010 | 23 | ORDER re 19 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Norman H. Beamer for Motorola Mobility, Inc., and for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 11/30/2010) |
| 11/30/2010 | 24 | ORDER re 20 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Paul M. Schoenhard for Motorola Mobility, Inc., and for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 11/30/2010) |

| 11/30/2010 | 25 | APPLICATION OF ATTORNEY Richard A. Cederoth FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Microsoft Corporation (Fee Paid) Receipt No. 0981−2259219. (Cramer, Shane) (Entered: 11/30/2010) |
| --- | --- | --- |
| 11/30/2010 | 26 | APPLICATION OF ATTORNEY Douglas I. Lewis FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Microsoft Corporation (Fee Paid) Receipt No. 0981−2259249. (Cramer, Shane) (Entered: 11/30/2010) |
| 11/30/2010 | 27 | APPLICATION OF ATTORNEY John W. McBride FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Microsoft Corporation (Fee Paid) Receipt No. 0981−2259275. (Cramer, Shane) (Entered: 11/30/2010) |
| 11/30/2010 | 28 | APPLICATION OF ATTORNEY David T. Pritikin FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Microsoft Corporation (Fee Paid) Receipt No. 0981−2259284. (Cramer, Shane) (Entered: 11/30/2010) |
| 11/30/2010 | 29 | STIPULATION AND PROPOSED ORDER *to Extend Time for Defendants Motorola, Inc., and Motorola Mobility, Inc., to Answer Complaint* by parties. (McCune, Philip) (Entered: 11/30/2010) |
| 12/01/2010 | 30 | ORDER re 25 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Richard A Cederoth for Microsoft Corporation, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 12/01/2010) |
| 12/01/2010 | 31 | ORDER re 26 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Douglas I. Lewis for Microsoft Corporation, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 12/01/2010) |
| 12/01/2010 | 32 | ORDER re 27 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney John W McBride for Microsoft Corporation, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 12/01/2010) |
| 12/01/2010 | 33 | ORDER re 28 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney David T Pritikin for Microsoft Corporation, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 12/01/2010) |
| 12/02/2010 | 34 | STIPULATION AND ORDER re 29 Stipulation to extend time for Defendants to answer to complaint filed by Motorola, Inc., Motorola Mobility, Inc. by Judge James L. Robart. (MD) (Entered: 12/02/2010) |
| 12/07/2010 | 35 | ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT Joint Status Report due by 2/7/2011, FRCP 26f Conference Deadline is 1/24/2011, Initial Disclosure Deadline is 2/7/2011, by Judge James L. Robart. (CC) (Entered: 12/07/2010) |
| 12/15/2010 | 36 | MOTION to Dismiss by Defendants Motorola Mobility, Inc., Motorola, Inc.. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 1/7/2011, (McCune, Philip) (Entered: 12/15/2010) |
| 12/15/2010 | 37 | DECLARATION of Norman H. Beamer filed by Defendants Motorola Mobility, Inc., Motorola, Inc. re 36 MOTION to Dismiss (Attachments: # 1 Exhibit 1−3, pp. 4−57, # 2 Exhibit 4, Pt. 1, pp. 58−84, # 3 Exhibit 4, Pt. 2, pp. 85−110, # 4 Exhibit 5−6, pp. 111−146)(McCune, Philip) (Entered: 12/15/2010) |
| 01/03/2011 | 38 | RESPONSE, by Plaintiff Microsoft Corporation, to 36 MOTION to Dismiss. (Attachments: # 1 Proposed Order)(Harrigan, Arthur) (Entered: 01/03/2011) |
| 01/03/2011 | 39 | DECLARATION of Shane P. Cramer filed by Plaintiff Microsoft Corporation re 36 MOTION to Dismiss (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Harrigan, Arthur) (Entered: 01/03/2011) |
| 01/07/2011 | 40 | REPLY, filed by Defendants Motorola Mobility, Inc., Motorola, Inc., TO RESPONSE to 36 MOTION to Dismiss (McCune, Philip) (Entered: 01/07/2011) |
| 01/07/2011 | 41 | Supplemental DECLARATION of Norman H. Beamer filed by Defendants Motorola Mobility, Inc., Motorola, Inc. re 36 MOTION to Dismiss (Attachments: # 1 Exhibit 1−2, pp. 5−9, # 2 Exhibit 3, pp. 10−72, # 3 Exhibit 4−7, pp. 73−153, # 4 Exhibit 8, pp. 154−227)(McCune, Philip) (Entered: 01/07/2011) |
| 01/12/2011 | 42 | NOTICE *of Intent to File Surreply* ; filed by Plaintiff Microsoft Corporation. (Harrigan, Arthur) (Entered: 01/12/2011) |
| 01/12/2011 | 43 | SURREPLY filed by Plaintiff Microsoft Corporation re 36 MOTION to Dismiss (Harrigan, Arthur) (Entered: 01/12/2011) |
| 02/07/2011 | 44 | JOINT STATUS REPORT signed by all parties estimated Trial Days: 4−10. Filed by Plaintiff Microsoft Corporation.(Wion, Christopher) (Entered: 02/07/2011) |

| 02/07/2011 | 45 | MOTION to Amend *for Leave to File Amended and Supplemental Complaint* by Plaintiff Microsoft Corporation. (Attachments: #1 Exhibit A, #2 Proposed Order) Noting Date 02/25/2011, (Cramer, Shane) (Entered: 02/07/2011) |
|---|---|---|
| 02/07/2011 | 46 | DECLARATION of Shane P. Cramer filed by Plaintiff Microsoft Corporation re 45 MOTION to Amend *for Leave to File Amended and Supplemental Complaint* (Attachments: #1 Exhibit 1−3, #2 Exhibit 4)(Cramer, Shane) (Entered: 02/07/2011) |
| 02/07/2011 | 47 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by Motorola, Inc. Filed by Defendant Motorola, Inc..(McCune, Philip) (Entered: 02/07/2011) |
| 02/07/2011 | 48 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by Motorola Mobility, Inc. Filed by Defendant Motorola Mobility, Inc..(McCune, Philip) (Entered: 02/07/2011) |
| 02/22/2011 | 49 | NOTICE *OF ENTRY OF ORDER IN RELATED CASE* ; filed by Plaintiff Microsoft Corporation. (Cramer, Shane) (Entered: 02/22/2011) |
| 02/22/2011 | 50 | RESPONSE, by Defendants Motorola Mobility, Inc., Motorola, Inc., to 45 MOTION to Amend *for Leave to File Amended and Supplemental Complaint*. (McCune, Philip) (Entered: 02/22/2011) |
| 02/22/2011 | 51 | WITHDRAWAL of Motion re 36 MOTION to Dismiss ; by Defendants Motorola Mobility, Inc., Motorola, Inc.. (McCune, Philip) (Entered: 02/22/2011) |
| 02/23/2011 | 52 | WITHDRAWAL of Motion re 45 MOTION to Amend *for Leave to File Amended and Supplemental Complaint* ; by Plaintiff Microsoft Corporation. (Wion, Christopher) (Entered: 02/23/2011) |
| 02/23/2011 | 53 | AMENDED COMPLAINT *and Supplemental Complaint* against defendant(s) Motorola Mobility, Inc., Motorola, Inc., General Instrument Corporation, filed by Microsoft Corporation.(Wion, Christopher) (Entered: 02/23/2011) |
| 02/23/2011 | 54 | The court strikes the Joint Status Report (Dkt. #44). The parties shall file a Joint Status Report by no later than 2 weeks after the related case is transferred to this court (see Dkt. #49).(CC) (Entered: 02/23/2011) |
| 02/23/2011 | 55 | RESPONSE by Defendants Motorola Mobility, Inc., Motorola, Inc. re 49 Notice−Other *Defendants' Clarification Regarding Microsoft's Notice of Entry of Order in Related Case*. (McCune, Philip) (Entered: 02/23/2011) |
| 02/25/2011 | 56 | WAIVER OF SERVICE of summons upon defendant General Instrument Corporation mailed on 2/24/2011 (Wion, Christopher) (Entered: 02/25/2011) |
| 03/09/2011 | 57 | MOTION to Dismiss *Renewed* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. Oral Argument Requested. (Attachments: #1 Proposed Order) Noting Date 4/1/2011, (McCune, Philip) (Entered: 03/09/2011) |
| 03/09/2011 | 58 | Third DECLARATION of Norman H. Beamer filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 57 MOTION to Dismiss *Renewed* (Attachments: #1 Exhibit 1−3, pp. 5−61, #2 Exhibit 4, pp. 62−79, #3 Exhibit 4, pp. 80−97, #4 Exhibit 4, pp. 98−114, #5 Exhibit 5−9, pp. 115−163, #6 Exhibit 10, pp. 164−226, #7 Exhibit 11, pp. 227−254)(McCune, Philip) (Entered: 03/09/2011) |
| 03/14/2011 | 59 | SUPPLEMENT re 44 Joint Status Report by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., Plaintiff Microsoft Corporation. (Cramer, Shane) (Entered: 03/14/2011) |
| 03/28/2011 | 60 | RESPONSE, by Plaintiff Microsoft Corporation, to 57 MOTION to Dismiss *Renewed*. (Attachments: #1 Proposed Order)(Cramer, Shane) (Entered: 03/28/2011) |
| 03/28/2011 | 61 | DECLARATION of Shane Cramer filed by Plaintiff Microsoft Corporation re 57 MOTION to Dismiss *Renewed* (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3)(Cramer, Shane) (Entered: 03/28/2011) |
| 04/01/2011 | 62 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., TO RESPONSE to 57 MOTION to Dismiss *Renewed* (Engel, Lynn) (Entered: 04/01/2011) |
| 04/01/2011 | 63 | Supplemental DECLARATION of Norman H. Beamer filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 57 MOTION to Dismiss *Renewed* (Attachments: #1 Exhibit 1, pp. 5−17, #2 Exhibit 2, pp. 18−33, #3 Exhibit 3, pp. 34−77, #4 Exhibit 4, pp. 78−151, #5 Exhibit 5−8, pp. 152−353)(Engel, Lynn) (Entered: 04/01/2011) |
| 04/22/2011 | 64 | STIPULATION AND PROPOSED ORDER *for Protective Order re Disclosure and Use of Discovery Materials* by parties. (Cramer, Shane) Modified text on 4/25/2011 (MD). (Entered: 04/22/2011) |

| 05/12/2011 | | Set/Reset Hearings: Oral argument on the motion to dismiss, Dkt. #57, is scheduled Wednesday, May 18, 2011 at 10:00 a.m. before Hon. James L. Robart. (CC) (Entered: 05/12/2011) |
|---|---|---|
| 05/18/2011 | 65 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Jesse Jenner, Philip McCune, Norman Beamer*; Def Counsel: *Arthur Harrigan, Shane Cramer, Christopher Wion, Richard Cederoth*; CR: *Nancy Bauer*; **Motion Hearing** held on 5/18/2011. The court hears argument from counsel. The court takes the matter under advisement.(CC) (Entered: 05/18/2011) |
| 06/01/2011 | 66 | ORDER Granting in Part and Denying in Part Motorola's Motions to Dismiss, Denying Microsoft's Motion to Dismiss and Consolidating Case C10−1823JLR and C11−343JLR by Judge James L. Robart; The Court ORDERS the cases consolidated into C10−1823JLR and no further documents hereafter shall be filed and docketed in C11−343JLR. The briefing schedule set forth in case no. C10−1823JLR shall apply to all issues. (TF) (Entered: 06/01/2011) |
| 06/03/2011 | | Set/Reset Deadlines: The parties are directed to file a Joint Status Report by June 17, 2011. (CC) (Entered: 06/03/2011) |
| 06/15/2011 | 67 | ANSWER to 1 Complaint with JURY DEMAND, COUNTERCLAIM *to Microsoft Corp.'s Counterclaims Originally Filed in 3:10−cv−699 (W.D. Wis.)* against plaintiff Microsoft Corporation, Microsoft Corporation, Microsoft Corporation by Motorola Mobility, Inc., General Instrument Corporation, General Instrument Corporation, General Instrument Corporation and Motorola, Inc..(McCune, Philip) (Entered: 06/15/2011) |
| 06/15/2011 | 68 | ANSWER to 53 Amended Complaint *and Supplemental Complaint*, COUNTERCLAIM against plaintiff Microsoft Corporation, Microsoft Corporation, Microsoft Corporation by Motorola Mobility, Inc., General Instrument Corporation, General Instrument Corporation, Motorola, Inc., General Instrument Corporation.(McCune, Philip) (Entered: 06/15/2011) |
| 06/17/2011 | 69 | JOINT STATUS REPORT signed by all parties estimated Trial Days: 4−10.. (Wion, Christopher) (Entered: 06/17/2011) |
| 06/27/2011 | 70 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Christopher C. Davis; J Donald Best and Charles J. Crueger for Microsoft Corporation. (MD) (Entered: 06/28/2011) |
| 07/05/2011 | 71 | MOTION to Dismiss *Motorola's "Rand"−Based Counterclaims* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 7/29/2011, (Wion, Christopher) (Entered: 07/05/2011) |
| 07/21/2011 | 72 | PROTECTIVE ORDER, by Judge James L. Robart. (CL) (Entered: 07/22/2011) |
| 07/25/2011 | 73 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., Counter Claimants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 71 MOTION to Dismiss *Motorola's "Rand"−Based Counterclaims*. (McCune, Philip) (Entered: 07/25/2011) |
| 07/25/2011 | 74 | PROPOSED ORDER (Unsigned) re 73 Response to Motion, (McCune, Philip) (Entered: 07/25/2011) |
| 07/29/2011 | 75 | REPLY, filed by Plaintiff Microsoft Corporation, TO RESPONSE to 71 MOTION to Dismiss *Motorola's "Rand"−Based Counterclaims* (Cramer, Shane) (Entered: 07/29/2011) |
| 08/05/2011 | 76 | MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES; Length of Trial: *5 days*. Jury Trial is set for 11/26/2012 at 01:30 PM before Judge James L. Robart. Statement of asserted claims and preliminary infringement contentions due 9/2/2011, Statement of preliminary invalidity contentions due 9/23/2011, Reports from expert witnesses regarding Markman issues due 10/21/2011, Rebuttal expert reports regarding Markman issues due 11/17/2011, Proposed terms and Claim Elements and Preliminary Claim Chart due 12/2/2011, Joint claim chart due 12/28/2011, Opening claim construction briefs due 1/20/2012, Responsive claim construction briefs due 2/3/2012, Markman Hearing set for 3/9/2012 at 09:00 AM before Judge James L. Robart, Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 4/27/2012, Rebuttal Expert Disclosure/Reports due by 5/25/2012, Discovery completed by 6/15/2012, Dispositive motions due by 7/24/2012, Settlement conference to be held by 8/24/2012, 39.1 mediation to be completed by 9/14/2012, Motions in Limine due by 10/22/2012, Pretrial Order due by 11/8/2012, Pretrial Conference set for 11/13/2012 at 02:00 PM before Judge James L. Robart. Trial briefs to be submitted by 11/19/2012, Proposed voir dire/jury instructions due by 11/19/2012, by Judge James L. Robart. (CC) (Entered: 08/05/2011) |
| 08/18/2011 | 77 | MOTION for Partial Summary Judgment by Plaintiff Microsoft Corporation. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 9/9/2011, (Harrigan, Arthur) (Entered: 08/18/2011) |
| 08/18/2011 | 78 | DECLARATION of Roy Harlin filed by Plaintiff Microsoft Corporation re 77 MOTION for Partial Summary Judgment (Harrigan, Arthur) (Entered: 08/18/2011) |

| 08/18/2011 | 79 | DECLARATION of Christopher T. Wion filed by Plaintiff Microsoft Corporation re 77 MOTION for Partial Summary Judgment (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Harrigan, Arthur) (Entered: 08/18/2011) |
|---|---|---|
| 09/02/2011 | 80 | STIPULATION AND PROPOSED ORDER *Re−Noting Pending Motion for Summary Judgment and Setting Briefing Schedule* by parties re 77 MOTION for Partial Summary Judgment. (Wion, Christopher) (Entered: 09/02/2011) |
| 09/02/2011 | 83 | STIPULATION AND ORDER RE−NOTING 77 MOTION for Partial Summary Judgment ; RE−Noting Date 9/30/2011, by Judge James L. Robart. (MD) (Entered: 09/06/2011) |
| 09/05/2011 | 81 | APPLICATION OF ATTORNEY Kevin J. Post FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., Counter Claimants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. (Fee Paid) Receipt No. 0981−2545412. (McCune, Philip) (Entered: 09/05/2011) |
| 09/05/2011 | 82 | APPLICATION OF ATTORNEY Stuart W. Yothers FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., Counter Claimants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. (Fee Paid) Receipt No. 0981−2545413. (McCune, Philip) (Entered: 09/05/2011) |
| 09/21/2011 | 84 | Joint MOTION to Amend 76 Minute Order Setting Trial Date &Related Dates (Patent), Minute Order Setting Trial Date &Related Dates (Patent), Minute Order Setting Trial Date &Related Dates (Patent), Minute Order Setting Trial Date &Related Dates (Patent), Minute Order Setting Trial Date &Related Dates (Patent), Minute Order Setting Trial Date &Related Dates (Patent) by Plaintiffs Microsoft Corporation, Motorola Mobility, Inc.. (Attachments: # 1 Exhibit A, # 2 Proposed Order of Microsoft, # 3 Proposed Order of Motorola) Noting Date 9/21/2011, (Wion, Christopher) (Entered: 09/21/2011) |
| 09/23/2011 | 85 | MOTION to Seal *Documents re Opposition to Microsoft's Motion for Partial Summary Judgment* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 10/7/2011, (McCune, Philip) (Entered: 09/23/2011) |
| 09/23/2011 | 86 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 77 MOTION for Partial Summary Judgment. Oral Argument Requested. (Attachments: # 1 Proposed Order)(McCune, Philip) (Entered: 09/23/2011) |
| 09/23/2011 | 87 | DECLARATION of Kevin J. Post filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 77 MOTION for Partial Summary Judgment, 85 MOTION to Seal *Documents re Opposition to Microsoft's Motion for Partial Summary Judgment* (Attachments: # 1 Exhibit 1−6, pp 14−94, # 2 Exhibit 7, pp 95−110, # 3 Exhibit 8 (SEALED), # 4 Exhibit 9−13, pp 122−148, # 5 Exhibit 14, pp 149−153, # 6 Exhibit 15 (SEALED), # 7 Exhibit 16−17, pp 161−175, # 8 Exhibit 18, pp 176−238, # 9 Exhibit 19−20, pp 239−270, # 10 Exhibit 21, pp 271−285)(McCune, Philip) (Entered: 09/23/2011) |
| 09/23/2011 | 88 | DECLARATION of Richard J. Holleman filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 77 MOTION for Partial Summary Judgment (Attachments: # 1 Exhibit A, pp 4−27)(McCune, Philip) (Entered: 09/23/2011) |
| 09/23/2011 | 89 | DECLARATION of David J. Teece filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 77 MOTION for Partial Summary Judgment (Attachments: # 1 Exhibit A (SEALED))(McCune, Philip) (Entered: 09/23/2011) |
| 09/23/2011 | 90 | **SEALED DOCUMENT** *Defendants' Opposition to Microsoft's Motion for Partial Summary Judgment [Filed Under Seal: Outside Attorneys' Eyes Only − Subject to Protective Order]* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 85 MOTION to Seal *Documents re Opposition to Microsoft's Motion for Partial Summary Judgment* (McCune, Philip) (Entered: 09/23/2011) |
| 09/23/2011 | 91 | **SEALED DOCUMENT** *Exs 8 and 15 to the Declaration of Kevin J. Post* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 85 MOTION to Seal *Documents re Opposition to Microsoft's Motion for Partial Summary Judgment* (Attachments: # 1 Exhibit Exs 8 and 15)(McCune, Philip) (Entered: 09/23/2011) |
| 09/23/2011 | 92 | **SEALED DOCUMENT** *Ex A to Declaration of David J. Teece* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 85 MOTION to Seal *Documents re Opposition to Microsoft's Motion for Partial Summary Judgment* (McCune, Philip) (Entered: 09/23/2011) |

| 09/29/2011 | 93 | ORDER ON PARTIES JOINT MOTION FOR AMENDED SCHEDULING ORDER DKT. 84 . Length of Trial: *5 days*. Jury Trial is set for 11/26/2012 at 09:00 AM before Judge James L. Robart. Proposed terms and Claim Elements and Preliminary Claim Chart due 12/16/2011, Joint claim chart due 1/6/2012, Opening claim construction briefs due 1/20/2012, Responsive claim construction briefs due 2/3/2012, Markman Hearing set for 3/9/2012 at 09:00 AM before Judge James L. Robart, Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 4/27/2012, Rebuttal Expert Disclosure/Reports due by 5/25/2012, Discovery completed by 6/15/2012, Dispositive motions due by 6/29/2012, Settlement conference to be held by 8/24/2012, 39.1 mediation to be completed by 9/14/2012, Motions in Limine due by 10/22/2012, Pretrial Order due by 11/8/2012, Pretrial Conference set for 11/13/2012 at 02:00 PM before Judge James L. Robart. Trial briefs to be submitted by 11/19/2012, Proposed voir dire/jury instructions due by 11/19/2012, by Judge James L. Robart. (MD) (Entered: 09/29/2011) |
| --- | --- | --- |
| 09/30/2011 | 94 | MOTION to Seal by Plaintiff Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 10/14/2011, (Wion, Christopher) (Entered: 09/30/2011) |
| 09/30/2011 | 95 | **SEALED DOCUMENT** *Microsoft's Reply in Support of Motion for Partial Summary Judgment* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 94 MOTION to Seal (Attachments: # 1 Proposed Order)(Harrigan, Arthur) (Entered: 09/30/2011) |
| 09/30/2011 | 96 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 77 MOTION for Partial Summary Judgment (Attachments: # 1 Proposed Order)(Harrigan, Arthur) (Entered: 09/30/2011) |
| 09/30/2011 | 97 | DECLARATION of Shane Cramer filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 77 MOTION for Partial Summary Judgment (Attachments: # 1 Exhibit 1 − 3)(Harrigan, Arthur) (Entered: 09/30/2011) |
| 10/05/2011 | 98 | RESPONSE, by Plaintiff Microsoft Corporation, to 85 MOTION to Seal *Documents re Opposition to Microsoft's Motion for Partial Summary Judgment*. (Harrigan, Arthur) (Entered: 10/05/2011) |
| 10/07/2011 | 99 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., TO RESPONSE to 85 MOTION to Seal *Documents re Opposition to Microsoft's Motion for Partial Summary Judgment* (McCune, Philip) (Entered: 10/07/2011) |
| 10/12/2011 | 100 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 94 MOTION to Seal. (McCune, Philip) (Entered: 10/12/2011) |
| 10/13/2011 | 101 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Kevin C. Wheeler for Plaintiff Microsoft Corporation. (Cramer, Shane) (Entered: 10/13/2011) |
| 10/14/2011 | 102 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 94 MOTION to Seal (Wion, Christopher) (Entered: 10/14/2011) |
| 10/19/2011 | 103 | ORDER re (81 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Kevin J. Post for Motorola Mobility, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 10/19/2011) |
| 10/19/2011 | 104 | ORDER re (82 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Stuart W. Yothers for Motorola Mobility, Inc., and for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 10/19/2011) |
| 10/25/2011 | 105 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Anthony Pastor for Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (McCune, Philip) (Entered: 10/25/2011) |
| 10/27/2011 | 106 | MOTION for Leave *(Unopposed) Motion for Leave to Amend Preliminary Infringement Contentions* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 10/27/2011, (Wion, Christopher) (Entered: 10/27/2011) |
| 10/31/2011 | 107 | ORDER granting 106 Microsoft's (Unopposed) Motion for Leave to amend preliminary infringement contentions by Judge James L. Robart.(MD) (Entered: 11/01/2011) |
| 11/10/2011 | 108 | MOTION for Leave *to Amend Its Invalidity Contentions* by Plaintiffs General Instrument Corporation, Motorola Mobility, Inc., Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 11/18/2011, (McCune, Philip) (Entered: 11/10/2011) |
| 11/10/2011 | 109 | DECLARATION of Stuart W. Yothers filed by Plaintiffs General Instrument Corporation, Motorola Mobility, Inc., Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 108 MOTION for Leave *to Amend Its Invalidity Contentions* (Attachments: # 1 Exhibit 1−4, pp 7−444, # 2 Exhibit 5, Pt 1, pp 445−693, # 3 Exhibit 5, Pt 2, pp 694−1018, # 4 Exhibit 6, pp 1019−1083)(McCune, |

| | | |
|---|---|---|
| | | Philip) (Entered: 11/10/2011) |
| 11/14/2011 | 110 | MOTION to Seal *Motion for Leave to File Supplemental Declaration of Christopher Wion* by Plaintiff Microsoft Corporation. (Attachments: #1 Proposed Order) Noting Date 12/2/2011, (Cramer, Shane) (Entered: 11/14/2011) |
| 11/14/2011 | 111 | DECLARATION of Shane P. Cramer filed by Plaintiff Microsoft Corporation re 110 MOTION to Seal *Motion for Leave to File Supplemental Declaration of Christopher Wion* (Cramer, Shane) (Entered: 11/14/2011) |
| 11/14/2011 | 112 | **SEALED MOTION** to for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment; re 110 MOTION to Seal *Motion for Leave to File Supplemental Declaration of Christopher Wion* ; by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: #1 Proposed Order) Noting Date 12/2/2011, (Wion, Christopher) (Entered: 11/14/2011) |
| 11/14/2011 | 113 | Redacted MOTION for Leave to File *Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: #1 Proposed Order) Noting Date 12/2/2011, (Wion, Christopher) (Entered: 11/14/2011) |
| 11/15/2011 | 114 | NOTICE that the following is RE−NOTED: 108 MOTION for Leave *to Amend Its Invalidity Contentions*. Filed by Plaintiffs General Instrument Corporation, Motorola Mobility, Inc., Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. Noting Date 12/2/2011, (McCune, Philip) (Entered: 11/15/2011) |
| 11/17/2011 | 115 | APPLICATION OF ATTORNEY David Greenfield FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Microsoft Corporation, Defendant Microsoft Corporation (Fee Paid) Receipt No. 0981−2624772. (Cramer, Shane) (Entered: 11/17/2011) |
| 11/17/2011 | 116 | ORDER re (115 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney David Greenfield for Microsoft Corporation, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 11/17/2011) |
| 11/28/2011 | 117 | MOTION to Seal *Exhibit B to Declaration of Christopher Wion in Support of MIcrosoft's Opposition to Motorola's Motion for Leave to Amend Its Invalidity Contentions* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: #1 Proposed Order) Noting Date 12/9/2011, (Wion, Christopher) (Entered: 11/28/2011) |
| 11/28/2011 | 118 | RESPONSE, by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, to 108 MOTION for Leave *to Amend Its Invalidity Contentions*. (Wion, Christopher) (Entered: 11/28/2011) |
| 11/28/2011 | 119 | DECLARATION of Alison Potter in Support of Microsoft's Response in Opposition to Motorola's Motion for Leave to Amend Invalidity Contentions filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 108 MOTION for Leave *to Amend Its Invalidity Contentions* (Attachments: #1 Exhibit E, #2 Exhibit F)(Wion, Christopher) (Entered: 11/28/2011) |
| 11/28/2011 | 120 | **SEALED DOCUMENT** *Declaration of Christopher Wion in Support of Microsoft's Opposition to Motorola's Motion for Leave to Amend its Invalidity Contentions* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 117 MOTION to Seal *Exhibit B to Declaration of Christopher Wion in Support of MIcrosoft's Opposition to Motorola's Motion for Leave to Amend its Invalidity Contentions* (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit G)(Wion, Christopher) (Entered: 11/28/2011) |
| 11/28/2011 | 121 | Redacted DECLARATION of Christopher Wion in Support of Microsoft's Opposition to Motorola's Motion for Leave to Amend its Invalidity Contentions filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 108 MOTION for Leave *to Amend Its Invalidity Contentions* (Attachments: #1 Exhibit A, #2 Exhibit C, #3 Exhibit D, #4 Exhibit G)(Wion, Christopher) (Entered: 11/28/2011) |
| 11/28/2011 | 122 | MOTION to Seal *Opposition to Microsoft's Motion for Leave to File Supplemental Declaration* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: #1 Proposed Order) Noting Date 12/9/2011, (McCune, Philip) (Entered: 11/28/2011) |
| 11/28/2011 | 123 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 113 Redacted MOTION for Leave to File *Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment*, 112 **SEALED MOTION** to for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment; re 110 MOTION to Seal *Motion for Leave to File Supplemental Declaration of Christophe* **SEALED MOTION** *to for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment; re 110 MOTION to Seal Motion for Leave to File Supplemental Declaration of Christophe.* (Attachments: |

| | | #_1_ Proposed Order)(McCune, Philip) (Entered: 11/28/2011) |
|---|---|---|
| 11/28/2011 | 124 | DECLARATION of Kevin J. Post filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 122 MOTION to Seal *Opposition to Microsoft's Motion for Leave to File Supplemental Declaration,* 113 Redacted MOTION for Leave to File *Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment,* 112 **SEALED MOTION** to for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment; re 110 MOTION to Seal *Motion for Leave to File Supplemental Declaration of Christophe **SEALED MOTION** to for Leave to File Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment; re 110 MOTION to Seal Motion for Leave to File Supplemental Declaration of Christophe* (McCune, Philip) (Entered: 11/28/2011) |
| 11/28/2011 | 125 | **SEALED DOCUMENT** *Defendants' Opposition to Microsoft's Motion for Leave to File Supplemental Declaration* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 122 MOTION to Seal *Opposition to Microsoft's Motion for Leave to File Supplemental Declaration* (McCune, Philip) (Entered: 11/28/2011) |
| 11/28/2011 | 126 | **SEALED DOCUMENT** *Exhibit A, pp 5−48, to Declaration of Kevin J. Post in Support of Defendants' Opposition to Microsoft's Motion for Leave to File Supplemental Declaration and Defendants' Motion to File Documents Under Seal* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 122 MOTION to Seal *Opposition to Microsoft's Motion for Leave to File Supplemental Declaration* (McCune, Philip) (Entered: 11/28/2011) |
| 12/02/2011 | 127 | RESPONSE, by Plaintiff Microsoft Corporation, to 122 MOTION to Seal *Opposition to Microsoft's Motion for Leave to File Supplemental Declaration.* (Wion, Christopher) (Entered: 12/02/2011) |
| 12/02/2011 | 128 | REPLY, filed by Plaintiff Microsoft Corporation, TO RESPONSE to 113 Redacted MOTION for Leave to File *Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment* (Wion, Christopher) (Entered: 12/02/2011) |
| 12/02/2011 | 129 | Redacted DECLARATION of Christopher Wion filed by Plaintiff Microsoft Corporation re 113 Redacted MOTION for Leave to File *Supplemental Declaration of Christopher Wion in Support of Motion for Partial Summary Judgment* (Wion, Christopher) (Entered: 12/02/2011) |
| 12/02/2011 | 130 | **SEALED DOCUMENT** *Reply in Support of Motion for Leave to File Supplmental Declaration of Christopher Wion* by Plaintiff Microsoft Corporation re 122 MOTION to Seal *Opposition to Microsoft's Motion for Leave to File Supplemental Declaration* (Wion, Christopher) (Entered: 12/02/2011) |
| 12/02/2011 | 131 | **SEALED DOCUMENT** *Declaration of Christopher Wion In Support of Motion for Leave to File Supplemental Declaration* by Plaintiff Microsoft Corporation re 122 MOTION to Seal *Opposition to Microsoft's Motion for Leave to File Supplemental Declaration* (Wion, Christopher) (Entered: 12/02/2011) |
| 12/02/2011 | 132 | REPLY, filed by Plaintiff Microsoft Corporation, TO RESPONSE to 110 MOTION to Seal *Motion for Leave to File Supplemental Declaration of Christopher Wion* (Wion, Christopher) (Entered: 12/02/2011) |
| 12/02/2011 | 133 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., TO RESPONSE to 108 MOTION for Leave *to Amend Its Invalidity Contentions* (McCune, Philip) (Entered: 12/02/2011) |
| 12/02/2011 | 134 | DECLARATION of Stuart W. Yothers filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 108 MOTION for Leave *to Amend Its Invalidity Contentions* (Attachments: #_1_ Exhibit 14 &15, pp 4−48, #_2_ Exhibit 14 &15, pp 49−118)(McCune, Philip) (Entered: 12/02/2011) |
| 12/07/2011 | 135 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 117 MOTION to Seal *Exhibit B to Declaration of Christopher Wion in Support of MIcrosoft's Opposition to Motorola's Motion for Leave to Amend its Invalidity Contentions.* (McCune, Philip) (Entered: 12/07/2011) |
| 12/07/2011 | 136 | PROPOSED ORDER (Unsigned) re 122 MOTION to Seal *Opposition to Microsoft's Motion for Leave to File Supplemental Declaration,* 127 Response to Motion *to seal Opposition to Microsoft's Motion for Leave to File Supplemental Declaration.* (Wion, Christopher) (Entered: 12/07/2011) |
| 12/09/2011 | 137 | REPLY, filed by Plaintiff Microsoft Corporation, TO RESPONSE to 117 MOTION to Seal *Exhibit B to Declaration of Christopher Wion in Support of MIcrosoft's Opposition to Motorola's Motion for Leave to Amend its Invalidity Contentions* (Wion, Christopher) (Entered: 12/09/2011) |

| 12/15/2011 | 138 | MOTION to Seal *Microsoft's Motion for Partial Summary Judgment and Christopher T. Wion Declaration in Support* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 1/6/2012, (Wion, Christopher) (Entered: 12/15/2011) |
|---|---|---|
| 12/15/2011 | 139 | **SEALED MOTION** to Partial Summary Judgment Dismissing Motorola's Claim for Injunctive Relief; re 138 MOTION to Seal *Microsoft's Motion for Partial Summary Judgment and Christopher T. Wion Declaration in Support* ; by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 1/6/2012, (Harrigan, Arthur) (Entered: 12/15/2011) |
| 12/15/2011 | 140 | **SEALED DOCUMENT** *Declaration of Christopher T. Wion in Support of Microsoft's Motion for Partial Summary Judgment Dismissing Motorola's Claim for Injunctive Relief* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 138 MOTION to Seal *Microsoft's Motion for Partial Summary Judgment and Christopher T. Wion Declaration in Support* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Harrigan, Arthur) (Entered: 12/15/2011) |
| 12/15/2011 | 141 | Redacted MOTION for Partial Summary Judgment *Dismissing Motorola's Claim for Injunctive Relief* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 1/6/2012, (Harrigan, Arthur) (Entered: 12/15/2011) |
| 12/15/2011 | 142 | Redacted DECLARATION of Christopher Wion in Support of Microsoft's Motion for Partial Summary Judgment Dismissing Motorola's Claim for Injunctive Relief filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 141 Redacted MOTION for Partial Summary Judgment *Dismissing Motorola's Claim for Injunctive Relief* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Harrigan, Arthur) (Entered: 12/15/2011) |
| 01/03/2012 | 143 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 141 Redacted MOTION for Partial Summary Judgment *Dismissing Motorola's Claim for Injunctive Relief.* (McCune, Philip) (Entered: 01/03/2012) |
| 01/03/2012 | 144 | DECLARATION of Kevin J. Post filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 141 Redacted MOTION for Partial Summary Judgment *Dismissing Motorola's Claim for Injunctive Relief* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9a, # 10 Exhibit 9b, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13)(McCune, Philip) (Entered: 01/03/2012) |
| 01/03/2012 | 145 | MOTION to Seal *Post Exs. 1, 6 &7* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 1/13/2012, (Entered: 01/03/2012) |
| 01/03/2012 | 146 | **SEALED DOCUMENT** *Post Ex. 1* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 145 MOTION to Seal *Post Exs. 1, 6 &7* (McCune, Philip) (Entered: 01/03/2012) |
| 01/03/2012 | 147 | **SEALED DOCUMENT** *Post Ex. 6* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 145 MOTION to Seal *Post Exs. 1, 6 &7* (McCune, Philip) (Entered: 01/03/2012) |
| 01/03/2012 | 148 | **SEALED DOCUMENT** *Post Ex. 7* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 145 MOTION to Seal *Post Exs. 1, 6 &7* (McCune, Philip) (Entered: 01/03/2012) |
| 01/04/2012 | 149 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 138 MOTION to Seal *Microsoft's Motion for Partial Summary Judgment and Christopher T. Wion Declaration in Support.* (McCune, Philip) (Entered: 01/04/2012) |
| 01/04/2012 | 150 | PROPOSED ORDER (Unsigned) re 143 Response to Motion *for Partial Summary Judgment Dismissing Motorola's Claims for Injunctive Relief.* (McCune, Philip) (Entered: 01/04/2012) |
| 01/06/2012 | 151 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 138 MOTION to Seal *Microsoft's Motion for Partial Summary Judgment and Christopher T. Wion Declaration in Support* (Wion, Christopher) (Entered: 01/06/2012) |
| 01/06/2012 | 152 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 141 Redacted MOTION for Partial Summary Judgment *Dismissing Motorola's Claim for Injunctive Relief* (Harrigan, Arthur) (Entered: 01/06/2012) |
| 01/06/2012 | 153 | STATEMENT *Microsoft's Prehearing Statement (LPR 132)* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Cramer, Shane) (Entered: 01/06/2012) |
| 01/06/2012 | 154 | STATEMENT *Joint Claim Chart* by Plaintiff General Instrument Corporation, Defendants Motorola Mobility, Inc., Motorola, Inc.. (McCune, Philip) (Entered: 01/07/2012) |

| 01/07/2012 | 155 | STATEMENT *Motorola's Prehearing Statement Regarding Claim Construction* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (McCune, Philip) (Entered: 01/07/2012) |
|---|---|---|
| 01/07/2012 | 156 | DECLARATION *of Stuart W. Yothers in Support of Motorola's Prehearing Statement* re 155 Statement by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: # 1 Exhibit A−L, pp 5−157)(McCune, Philip) (Entered: 01/07/2012) |
| 01/07/2012 | 157 | EXHIBIT *Microsoft's Exhibits to the Joint Claim Construction and Prehearing Statement* re 154 Statement by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit A−3, # 4 Exhibit A−4, # 5 Exhibit A−5, # 6 Exhibit A−6, # 7 Exhibit A−7, # 8 Exhibit A−8, # 9 Exhibit A−9, # 10 Exhibit A−10, # 11 Exhibit A−11, # 12 Exhibit A−12, # 13 Exhibit A−13, # 14 Exhibit A−14, # 15 Exhibit A−15)(Cramer, Shane) (Entered: 01/07/2012) |
| 01/07/2012 | 158 | DECLARATION of Philip S. McCune re 154 Statement by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (McCune, Philip) (Entered: 01/07/2012) |
| 01/07/2012 | 159 | EXHIBIT *Motorola's Exhibits to Joint Claim Chart* re 154 Statement by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: # 1 Exhibit A−B, # 2 Exhibit C−E, # 3 Exhibit F)(McCune, Philip) (Entered: 01/07/2012) |
| 01/07/2012 | 160 | EXHIBIT *Motorola's Exhibits to Joint Claim Chart* re 154 Statement by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: # 1 Exhibit I−J, # 2 Exhibit K−M, # 3 Exhibit N−1)(McCune, Philip) (Entered: 01/07/2012) |
| 01/07/2012 | 161 | EXHIBIT *Motorola's Exhibits to Joint Claim Chart* re 154 Statement by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: # 1 Exhibit N−3, # 2 Exhibit N−4, # 3 Exhibit N−5)(McCune, Philip) (Entered: 01/07/2012) |
| 01/07/2012 | 162 | EXHIBIT *Motorola's Exhibits to Joint Claim Chart* re 154 Statement by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: # 1 Exhibit N−7, # 2 Exhibit O−Q, # 3 Exhibit R−T)(McCune, Philip) (Entered: 01/07/2012) |
| 01/07/2012 | 163 | EXHIBIT *Motorola's Exhibits to Joint Claim Chart* re 154 Statement by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: # 1 Exhibit V−Y, # 2 Exhibit Z−AA)(McCune, Philip) (Entered: 01/07/2012) |
| 01/11/2012 | 164 | RESPONSE, by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, to 145 MOTION to Seal *Post Exs. 1, 6 &7.* (Wion, Christopher) (Entered: 01/11/2012) |
| 01/12/2012 | 165 | Agreed MOTION for Leave *to Enlarge the Claim Construction Briefing and Number of Terms to be Construed* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Plaintiff Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 1/12/2012, (Wion, Christopher) (Entered: 01/12/2012) |
| 01/20/2012 | 166 | MINUTE ORDER − RE: 165 Agreed Motion for Leave to Enlarge the Claim Construction Briefing and Number of Terms to be Construed. Telephone Conference set for 1/24/2012 at 10:00 AM before Judge James L. Robart, by Judge James L. Robart.(MD) (Entered: 01/23/2012) |
| 01/23/2012 | | Set/Reset Hearings: The Telephone Conference scheduled Tuesday, January 24, 2012 at 10:00 a.m. will be held in open court. The same call−in number will be used.(CC) (Entered: 01/23/2012) |
| 01/24/2012 | 167 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan &Andrew Culbert (present), David Pritikin &Rick Cederoth (telephone)*; Def Counsel: *Philip McCune (present), Jesse Jenner, Steve Pepe, Stuart Yothers, Paul Schoenhard (telephone)*; CR: *Kristine Triboulet, Vernon &Associates*; **Status Conference held on 1/24/2012. The Motorola asserted patents will go first. After completion of the Motorola asserted patents, the court will provide a schedule for the Microsoft asserted patents.The court directs counsel to submit a joint prehearing statement providing the court with not more than 10 disputed claim terms for the Motorola asserted patents no later than Friday, January 27, 2012. Opening claim construction briefs will be due February 3, 2012, and responsive briefs due February 17, 2012. The Markman hearing is scheduled Friday, March 9, 2012 at 9:00 a.m. The court strikes all deadlines following the Markman hearing and schedules a second Markman hearing for any additional disputed terms, not to exceed 10, of the Motorola asserted patents. Opening briefs shall be submitted by March 23, 2012. Responsive briefs submitted by April 6, 2012. The second Markman hearing is scheduled Thursday, June 7, 2012 at 9:00 a.m. The court directs counsel to file no further motions without a telephone conference first being held. (CC) (Entered: 01/24/2012)** |

| 01/26/2012 | 168 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Telephone Conference held on 1/24/2012 before Judge James L. Robart.<br><br>Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript contact court reporter KRISTINE M. TRIBOULET by telephone at 3641 N. Pearl St., #D, Tacoma, WA 98407.<br><br>. Release of Transcript Restriction set for 4/25/2012, (SA) (Entered: 01/26/2012) |
|---|---|---|
| 01/27/2012 | 169 | NOTICE of Association of Attorney by Ralph H Palumbo on behalf of Plaintiffs General Instrument Corporation, Motorola Mobility, Inc., Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., Counter Claimants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., Counter Defendants General Instrument Corporation, Motorola Mobility, Inc.. (Palumbo, Ralph) (Entered: 01/27/2012) |
| 01/27/2012 | 170 | STATEMENT *Joint Claim Construction and Prehearing Statement* by Plaintiffs General Instrument Corporation, Motorola Mobility, Inc., Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., Counter Claimants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., Counter Defendants General Instrument Corporation, Motorola Mobility, Inc.. (Palumbo, Ralph) (Entered: 01/27/2012) |
| 01/27/2012 | 171 | STATEMENT *Parties' Joint Claim Construction Chart* by Plaintiffs General Instrument Corporation, Motorola Mobility, Inc., Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., Counter Claimants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., Counter Defendants General Instrument Corporation, Motorola Mobility, Inc.. (Palumbo, Ralph) (Entered: 01/27/2012) |
| 02/02/2012 | 172 | NOTICE *of Withdrawal of Microsoft's Opposition to Motorola's Motion for Leave to Amend its Invalidity Contentions* re 118 Response to Motion ; filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Harrigan, Arthur) (Entered: 02/02/2012) |
| 02/03/2012 | 173 | *Microsoft Corporation's* BRIEF *Opening Claim Construction Brief* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Exhibit A − Part 1, # 2 Exhibit A − Part 2, # 3 Exhibit A − Part 3, # 4 Exhibit A − Part 4, # 5 Exhibit A − Part 5, # 6 Exhibit B − Part 1, # 7 Exhibit B − Part 2, # 8 Exhibit B − Part 3, # 9 Exhibit C, # 10 Exhibit D, # 11 Exhibit E, # 12 Exhibit F, # 13 Exhibit G, # 14 Exhibit H, # 15 Exhibit I)(Harrigan, Arthur) (Entered: 02/03/2012) |
| 02/03/2012 | 174 | BRIEF *Opening Claim Construction Brief* by Plaintiffs General Instrument Corporation, Motorola Mobility, Inc., Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., Counter Defendants General Instrument Corporation, Motorola Mobility, Inc.. (Palumbo, Ralph) (Entered: 02/03/2012) |
| 02/06/2012 | 175 | ORDER granting in part and denying in part 71 Plaintiff's Motion to Dismiss. Telephone Conference set for 2/13/2012 at 02:00 PM before Judge James L. Robart, by Judge James L. Robart.(MD) (Entered: 02/07/2012) |
| 02/09/2012 | 176 | ORDER granting Unopposed 85 94 110 122 145 Motions to Seal by Judge James L. Robart. Further, the court DIRECTS the clerk to maintain the seal on Docket Numbers 90, 91, 92, 95, 112, 125, 126, 146, 147, and 148.(MD) (Entered: 02/09/2012) |
| 02/10/2012 | 177 | ORDER TO SHOW CAUSE − the court ORDERS the parties to show cause no later than February 15, 2012 why the five documents should remain under seal. The parties shall limit their response to no more than five pages each. If neither Microsoft or Motorola responds to this order, the court will lift the seal of the documents at issue in Microsofts two motions, by Judge James L. Robart. (MD) (Entered: 02/10/2012) |
| 02/10/2012 | 178 | ORDER granting 108 Motorola's Motion for Leave to amend its invalidity contentions by Judge James L. Robart.(MD) (Entered: 02/10/2012) |
| 02/13/2012 | 179 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Christopher Wion, Andrew Culbert, Richard Cederoth*; Def Counsel: *Ralph Palumbo, Philip McCune, Jesse Jenner, Lynn Engel, St eve Pepe, Kevin Post*; CR: *Barry Fanning*; |

| | | |
|---|---|---|
| | | **Telephone Conference** held on 2/13/2012. (CC) (Entered: 02/14/2012) |
| 02/15/2012 | 180 | RESPONSE TO ORDER TO SHOW CAUSE by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Palumbo, Ralph) (Entered: 02/15/2012) |
| 02/17/2012 | 181 | MOTION to Seal *Motorola Mobility−VTech License Agreement* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. (Attachments: # 1 Proposed Order) Noting Date 3/2/2012, (Palumbo, Ralph) (Entered: 02/17/2012) |
| 02/17/2012 | 182 | DECLARATION of Philip S. McCune filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 77 MOTION for Partial Summary Judgment (Palumbo, Ralph) (Entered: 02/17/2012) |
| 02/17/2012 | 183 | **SEALED DOCUMENT** by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 181 MOTION to Seal *Motorola Mobility−VTech License Agreement* (Palumbo, Ralph) (Entered: 02/17/2012) |
| 02/17/2012 | 184 | NOTICE *Microsoft's Notice of Supplemental Authority re Microsoft's Motions for Partial Summary Judgment (77 and 141)* re 141 Redacted MOTION for Partial Summary Judgment *Dismissing Motorola's Claim for Injunctive Relief*, 77 MOTION for Partial Summary Judgment ; filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Harrigan, Arthur) (Entered: 02/17/2012) |
| 02/17/2012 | 185 | RESPONSIVE BRIEF *Microsoft Corporation's Response to Motorola's Opening Claim Construction Brief* re 174 Brief, by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation.. (Harrigan, Arthur) (Entered: 02/17/2012) |
| 02/17/2012 | 186 | RESPONSIVE BRIEF *Motorola's Responsive Claim Construction Brief* re 173 Brief,, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc... (Attachments: # 1 Exhibit AB−AE, pp 14−51)(Palumbo, Ralph) (Entered: 02/17/2012) |
| 02/24/2012 | 187 | ORDER granting Unopposed 117 138 181 Motion to Seal. The Court GRANTS Motorola's motions (Dkt. ## 117, 138, 181) to seal the documents at issue in this Order. Further, the court DIRECTS the clerk to maintain the seal on Docket Numbers 120−2, 139, 140, 140−5, 140−6, and 183, by Judge James L. Robart.(MD) (Entered: 02/24/2012) |
| 02/27/2012 | 188 | ORDER granting in part and denying in part 77 Plaintiff's Motion for Partial Summary Judgment by Judge James L. Robart.(MD) (Entered: 02/27/2012) |
| 03/02/2012 | 189 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., TO RESPONSE to 181 MOTION to Seal *Motorola Mobility−VTech License Agreement* (Palumbo, Ralph) (Entered: 03/02/2012) |
| 03/05/2012 | 190 | Stipulated MOTION *and Proposed Order Regarding (1) Amendment of Motorola's Infringement Contentions and (2) Microsoft's Answers to Counterclaims* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. Noting Date 3/5/2012, (Harrigan, Arthur) (Entered: 03/05/2012) |
| 03/07/2012 | 191 | ORDER granting 190 Stipulated Motion regarding amendment of Motorola's Infringement Contentions and Microsoft's answers to counterclaims by Judge James L. Robart.(MD) (Entered: 03/07/2012) |
| 03/09/2012 | 192 | *Microsoft's Answer to Motorola's Counterclaims* ANSWER to 68 Answer to Amended Complaint, Counterclaim,, by Microsoft Corporation, Microsoft Corporation.(Harrigan, Arthur) (Entered: 03/09/2012) |
| 03/09/2012 | 193 | *Microsoft's Answer to Motorola's Counterclaims Filed in Previously Captioned 2:11−00343−JLR Action* ANSWER to 67 Answer to Complaint, Counterclaim,, by Microsoft Corporation, Microsoft Corporation.(Harrigan, Arthur) (Entered: 03/09/2012) |
| 03/09/2012 | 194 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Richard Cederoth*; Def Counsel: *Ralph Palumbo, Jesse Jenner, Gabrielle Higgins*; CR: *Barry Fanning*; **Markman Hearing** held on 3/9/2012. Professor Timothy Drabik presents the tutorial. The court hears from counsel. The court takes the matter under submission.The court ORDERS the following with respect to further proceedings:1.The court directs counsel to meet and confer on any disputed claim terms to be presented at the MARKMAN hearing scheduled for June 7, 2012, as well as any further MARKMAN hearings.2. The court authorizes Microsoft to file a motion for summary judgment by March 22, 2012 with respect to invalidity of certain means−plus−function claims in Motorolas asserted patents. Motorola shall respond by April 6, 2012 and Microsoft shall reply by April 13, 2012.3.The court authorizes Microsoft to file a summary judgment motion on the two RAND−based issues remaining in this litigation after the Courts February 27, 2012 Order (Dkt. # 188). Microsoft shall file this motion by March 30, 2012. Motorola shall respond by April 13, 2012 and Microsoft shall reply by April 20, 2012. The court schedules a HEARING for argument on Microsoft's motion for summary judgment on |

| | | the RAND issues on May 7, 2012 at 9:30 a.m. 4.The court authorizes Microsoft to file a motion with respect to enforcement of injunctive relief sought by Motorola. (Entered: 03/12/2012) |
|---|---|---|
| 03/13/2012 | 195 | APPLICATION OF ATTORNEY William H. Baumgartner, Jr. FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Microsoft Corporation, Defendant Microsoft Corporation (Fee Paid) Receipt No. 0981−2743967. (Cramer, Shane) (Entered: 03/13/2012) |
| 03/13/2012 | 196 | APPLICATION OF ATTORNEY David C. Giardina FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Microsoft Corporation, Defendant Microsoft Corporation (Fee Paid) Receipt No. 0981−2743981. (Cramer, Shane) (Entered: 03/13/2012) |
| 03/14/2012 | 197 | ORDER re (195 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney William H Baumgartner, Jr for Microsoft Corporation, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 03/14/2012) |
| 03/14/2012 | 198 | ORDER re (196 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney David C. Giardina for Microsoft Corporation, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 03/14/2012) |
| 03/19/2012 | 199 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Richard Cederoth, Andy Culbert, Shane Cramer*; Def Counsel: *Ralph Palumbo, Philip McCune*; CR: *Barry Fanning*; **Telephone Conference** held on 3/19/2012. The court extends deadlines for the June 7, 2012 MARKMAN hearing. Opening briefs shall be filed by March 30, 2012 and responsive briefs filed by May 18, 2012. (CC) (Entered: 03/20/2012) |
| 03/22/2012 | 200 | APPLICATION OF ATTORNEY Carter G. Phillips FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Microsoft Corporation, Defendant Microsoft Corporation (Fee Paid) Receipt No. 0981−2755131. (Cramer, Shane) (Entered: 03/22/2012) |
| 03/22/2012 | 201 | APPLICATION OF ATTORNEY Constantine L. Trela, Jr. FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Microsoft Corporation, Defendant Microsoft Corporation (Fee Paid) Receipt No. 0981−2755136. (Cramer, Shane) (Entered: 03/22/2012) |
| 03/22/2012 | 202 | ORDER re (200 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Carter G. Phillips for Plaintiff Microsoft Corporation, and for Defendant Microsoft Corporation, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 03/22/2012) |
| 03/22/2012 | 203 | ORDER re (201 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Constantine L. Trela, Jr for Microsoft Corporation, and for Microsoft Corporation, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 03/22/2012) |
| 03/22/2012 | 204 | MOTION to Seal *Exhibit 3 to Douglas Lewis Declaration* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 3/30/2012, (Harrigan, Arthur) (Entered: 03/22/2012) |
| 03/22/2012 | 205 | MOTION for Summary Judgment *of Invalidity* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 4/13/2012, (Harrigan, Arthur) (Entered: 03/22/2012) |
| 03/22/2012 | 206 | **SEALED DOCUMENT** *Declaration of Douglas I. Lewis in Support of Microsoft Corporation's Motion for Summary Judgment of Invalidity* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 204 MOTION to Seal *Exhibit 3 to Douglas Lewis Declaration* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4 − Part 1, # 5 Exhibit 4 − Part 2)(Harrigan, Arthur) (Entered: 03/22/2012) |
| 03/22/2012 | 207 | Redacted DECLARATION of Douglas I. Lewis filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 205 MOTION for Summary Judgment of Invalidity (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 − SEALED, # 4 Exhibit 4 − Part 1, # 5 Exhibit 4 − Part 2)(Harrigan, Arthur) (Entered: 03/22/2012) |
| 03/28/2012 | 208 | MOTION to Seal *Microsoft's 3/28/12 Motion to File Documents Under Seal* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 4/20/2012, (Harrigan, Arthur) (Entered: 03/28/2012) |
| 03/28/2012 | 209 | **SEALED MOTION** to Microsoft's Motion for Temporary Restraining Order and Preliminary Injunction; re 208 MOTION to Seal *Microsoft's 3/28/12 Motion to File Documents Under Seal* ; by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 4/20/2012, (Harrigan, Arthur) (Entered: 03/28/2012) |

| 03/28/2012 | 210 | Redacted MOTION for Preliminary Injunction *and Temporary Restraining Order* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 4/20/2012, (Harrigan, Arthur) (Entered: 03/28/2012) |
|---|---|---|
| 03/28/2012 | 211 | DECLARATION of Christopher Wion filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 210 Redacted MOTION for Preliminary Injunction *and Temporary Restraining Order* (Attachments: # 1 Exhibit 1−4)(Harrigan, Arthur) (Entered: 03/28/2012) |
| 03/28/2012 | 212 | **SEALED DOCUMENT** *Declaration of Peter Chrociel* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 208 MOTION to Seal *Microsoft's 3/28/12 Motion to File Documents Under Seal* (Harrigan, Arthur) (Entered: 03/28/2012) |
| 03/28/2012 | 213 | Redacted DECLARATION of Peter Chrociel filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 210 Redacted MOTION for Preliminary Injunction *and Temporary Restraining Order* (Harrigan, Arthur) (Entered: 03/28/2012) |
| 03/28/2012 | 214 | **SEALED DOCUMENT** *Declaration of Marcelo Prieto* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 208 MOTION to Seal *Microsoft's 3/28/12 Motion to File Documents Under Seal* (Harrigan, Arthur) (Entered: 03/28/2012) |
| 03/28/2012 | 215 | Redacted DECLARATION of Marcelo Prieto filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 210 Redacted MOTION for Preliminary Injunction *and Temporary Restraining Order* (Harrigan, Arthur) (Entered: 03/28/2012) |
| 03/28/2012 | 216 | **SEALED DOCUMENT** *Declaration of Josh Hutto* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 208 MOTION to Seal *Microsoft's 3/28/12 Motion to File Documents Under Seal* (Harrigan, Arthur) (Entered: 03/28/2012) |
| 03/28/2012 | 217 | Redacted DECLARATION of Josh Hutto filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 210 Redacted MOTION for Preliminary Injunction *and Temporary Restraining Order* (Harrigan, Arthur) (Entered: 03/28/2012) |
| 03/28/2012 | 218 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 204 MOTION to Seal *Exhibit 3 to Douglas Lewis Declaration*. (Palumbo, Ralph) (Entered: 03/28/2012) |
| 03/30/2012 | 219 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 204 MOTION to Seal *Exhibit 3 to Douglas Lewis Declaration* (Harrigan, Arthur) (Entered: 03/30/2012) |
| 03/30/2012 | 220 | APPLICATION OF ATTORNEY Ellen S. Robbins FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Microsoft Corporation, Defendant Microsoft Corporation (Fee Paid) Receipt No. 0981−2763959. (Cramer, Shane) (Entered: 03/30/2012) |
| 03/30/2012 | 221 | ORDER re (220 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Ellen S. Robbins for Microsoft Corporation, and for Microsoft Corporation, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 03/30/2012) |
| 03/30/2012 | 222 | NOTICE of Filing Exhibit J (Video DVD) to the Declaration of Chris Wilson in Support of Microsoft Corporation's Opening Claim Construction Brief in Paper or Physical Form with the Clerk's Office by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Harrigan, Arthur) (Entered: 03/30/2012) |
| 03/30/2012 | 223 | OPENING BRIEF *Microsoft's Opening Claim Construction Brief on its '780 and '582 Counterclaim Patents* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Harrigan, Arthur) (Entered: 03/30/2012) |
| 03/30/2012 | 224 | DECLARATION *In Support of Microsoft's Opening Claim Construction Brief on its '780 and '582 Counterclaim Patents* of Christopher Wilson re 223 Brief − Opening by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q)(Harrigan, Arthur) (Entered: 03/30/2012) |
| 03/30/2012 | 225 | OPENING BRIEF *Motorola's Opening Claim Construction Brief* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Palumbo, Ralph) (Entered: 03/30/2012) |
| 03/30/2012 | 226 | DECLARATION *of Philip S. McCune (Second) in Support of Motorola's Opening Claim Construction Brief* re 225 Brief − Opening by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: # 1 Exhibit BB, pp 5−12, # 2 Exhibit CC, pp 13−31, # 3 Exhibit DD, pp 32−65, # 4 Exhibit EE, pp 66−72, # 5 Exhibit FF, pp 73−92, # 6 Exhibit GG, pp 93−99, # 7 Exhibit HH |

| | | (Part 1), pp 100−127, #8 Exhibit HH (Part 2), pp 128−155)(Palumbo, Ralph) (Entered: 03/30/2012) |
|---|---|---|
| 03/30/2012 | 227 | MOTION to Seal *Motorola's Motion to File Documents Under Seal in Support of Its Motion for Partial Summary Judgment* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: #1 Proposed Order) Noting Date 4/13/2012, (Palumbo, Ralph) (Entered: 03/30/2012) |
| 03/30/2012 | 228 | Redacted MOTION for Partial Summary Judgment by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. Oral Argument Requested. (Attachments: #1 Proposed Order) Noting Date 5/7/2012, (Palumbo, Ralph) (Entered: 03/30/2012) |
| 03/30/2012 | 229 | Redacted DECLARATION of K. McNeill Taylor filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 228 Redacted MOTION for Partial Summary Judgment (Palumbo, Ralph) (Entered: 03/30/2012) |
| 03/30/2012 | 230 | DECLARATION of Kevin J. Post filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 228 Redacted MOTION for Partial Summary Judgment (Attachments: #1 Exhibit 7−9, pp 433−484, #2 Exhibit 12−17, pp 578−679, #3 Exhibit 18, pp 680−697, #4 Exhibit 19, pp 698−713, #5 Exhibit 20−24, pp 714−810, #6 (SEALED PER CNSL) Exhibit 25−26, pp 811−830)(Palumbo, Ralph) Modified on 4/2/2012 (MD). (Entered: 03/30/2012) |
| 03/30/2012 | 231 | **SEALED MOTION** to Defendants' Motion for Partial Summary Judgment; re 227 MOTION to Seal *Motorola's Motion to File Documents Under Seal in Support of Its Motion for Partial Summary Judgment* ; by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. Oral Argument Requested. Noting Date 5/7/2012, (Palumbo, Ralph) (Entered: 03/30/2012) |
| 03/30/2012 | 232 | **SEALED DOCUMENT** *Declaration of K. McNeill Taylor, Jr. in Support of Defendants' Motion for Partial Summary Judgment* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 227 MOTION to Seal *Motorola's Motion to File Documents Under Seal in Support of Its Motion for Partial Summary Judgment* (Palumbo, Ralph) (Entered: 03/30/2012) |
| 03/30/2012 | 233 | **SEALED DOCUMENT** *Exhibits 1−6, 10−11 to Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 227 MOTION to Seal *Motorola's Motion to File Documents Under Seal in Support of Its Motion for Partial Summary Judgment* (Attachments: #1 Exhibit 2, pp 74−253, #2 Exhibit 3, pp 254−279, #3 Exhibit 4, pp 280−308, #4 Exhibit 5, pp 309−404, #5 Exhibit 6, pp 405−432, #6 Exhibit 10, pp 485−501, #7 Exhibit 11, pp 502−577)(Palumbo, Ralph) (Entered: 03/30/2012) |
| 03/30/2012 | 234 | MOTION to Seal *Microsoft's 3/30/12 Motion to File Documents Under Seal* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: #1 Proposed Order) Noting Date 4/20/2012, (Harrigan, Arthur) (Entered: 03/30/2012) |
| 03/30/2012 | 235 | **SEALED DOCUMENT** *Exhibit 26 to Declaration of Kevin J. Post in Support of Defendants' Motion for Partial Summary Judgment* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 227 MOTION to Seal *Motorola's Motion to File Documents Under Seal in Support of Its Motion for Partial Summary Judgment* (Palumbo, Ralph) (Entered: 03/30/2012) |
| 03/30/2012 | 236 | **SEALED MOTION** to Microsoft's Motion for Summary Judgment of Breach of Contract; re 234 MOTION to Seal *Microsoft's 3/30/12 Motion to File Documents Under Seal* ; by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. Oral Argument Requested. (Attachments: #1 Proposed Order) Noting Date 4/20/2012, (Harrigan, Arthur) (Entered: 03/30/2012) |
| 03/30/2012 | 237 | Redacted MOTION for Summary Judgment *of Breach of Contract* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. Oral Argument Requested. (Attachments: #1 Proposed Order) Noting Date 4/20/2012, (Harrigan, Arthur) (Entered: 03/30/2012) |
| 03/30/2012 | 238 | **SEALED DOCUMENT** *Declaration of Christopher Wion in Support of Microsoft's Motion for Summary Judgment of Breach of Contract* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 234 MOTION to Seal *Microsoft's 3/30/12 Motion to File Documents Under Seal* (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7, #8 Exhibit 8, #9 Exhibit 9, #10 Exhibit 10, #11 Exhibit 11, #12 Exhibit 12, #13 Exhibit 13, #14 Exhibit 14, #15 Exhibit 15, #16 Exhibit 16, #17 Exhibit 17, #18 Exhibit 18, #19 Exhibit 19, #20 Exhibit 20, #21 Exhibit 21)(Harrigan, Arthur) (Entered: 03/30/2012) |
| 03/30/2012 | 239 | Redacted DECLARATION of Christopher Wion filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 237 Redacted MOTION for Summary Judgment *of Breach of Contract* (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7, #8 Exhibit 8, #9 Exhibit 9, #10 Exhibit 10, #11 Exhibit 11, #12 Exhibit 12, #13 Exhibit 13, #14 Exhibit 14, #15 Exhibit 15, #16 Exhibit 16, #17 Exhibit 17, #18 Exhibit 18, #19 Exhibit 19, #20 |

|  |  | Exhibit 20, # 21 Exhibit 21)(Harrigan, Arthur) (Entered: 03/30/2012) |
|---|---|---|
| 04/02/2012 | 240 | MINUTE ORDER − Court sets Oral Argument on 209 210 Microsoft Corporation's Redacted MOTION for Preliminary Injunction *and Temporary Restraining Order*. Motion Hearing set for 4/11/2012 at 11:00 AM before Judge James L. Robart. Motorolas responsive brief shall be filed no later than April 6, 2012 at 12:00 p.m. Pacific Standard Time. Microsofts reply brief shall be filed no later than April 9, 2012 at 4:30 p.m. Pacific Standard Time, by Judge James L. Robart. (MD) (Entered: 04/02/2012) |
| 04/02/2012 | 241 | NOTICE of Filing Exhibit J (Video DVD) to the Declaration of Chris Wilson in support of Microsoft Corp's Opening Claim Construction Brief on its '780 and '582 Counterclaim Patents in Paper or Physical Form with the Clerk's Office. (Video DVD forwarded to chambers) (MD) (Entered: 04/03/2012) |
| 04/04/2012 | 242 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Telephone Conference held on 2/13/2012

Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.

Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.

To purchase a copy of the transcript contact court reporter Barry Fanning by telephone at 206−370−8507. or by e−mail at barry_fanning@wawd.uscourts.gov.

. Release of Transcript Restriction set for 7/3/2012, (BF) (Entered: 04/04/2012) |
| 04/04/2012 | 243 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Markman Hearing held on 3/9/2012

Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.

Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.

To purchase a copy of the transcript contact court reporter Barry Fanning by telephone at 206−370−8507. or by e−mail at barry_fanning@wawd.uscourts.gov.

. Release of Transcript Restriction set for 7/3/2012, (BF) (Entered: 04/04/2012) |
| 04/06/2012 | 244 | RESPONSE, by Defendants General Instrument Corporation, Motorola, Inc., Plaintiff Motorola Mobility, Inc., to 209 **SEALED MOTION** to Microsoft's Motion for Temporary Restraining Order and Preliminary Injunction; re 208 MOTION to Seal *Microsoft's 3/28/12 Motion to File Documents Under Seal* ; **SEALED MOTION** to Microsoft's Motion for Temporary Restraining Order and Preliminary Injunction; re 208 MOTION to Seal *Microsoft's 3/28/12 Motion to File Documents Under Seal* ;, 210 Redacted MOTION for Preliminary Injunction *and Temporary Restraining Order*. (Palumbo, Ralph) (Entered: 04/06/2012) |
| 04/06/2012 | 245 | Redacted DECLARATION of Dr. Marcus Grosch filed by Defendants General Instrument Corporation, Motorola, Inc., Plaintiff Motorola Mobility, Inc. re 209 **SEALED MOTION** to Microsoft's Motion for Temporary Restraining Order and Preliminary Injunction; re 208 MOTION to Seal *Microsoft's 3/28/12 Motion to File Documents Under Seal* ; **SEALED MOTION** to Microsoft's Motion for Temporary Restraining Order and Preliminary Injunction; re 208 MOTION to Seal *Microsoft's 3/28/12 Motion to File Documents Under Seal* ;, 210 Redacted MOTION for Preliminary Injunction *and Temporary Restraining Order* (Attachments: # 1 Exhibit A, pp 14−34)(Palumbo, Ralph) (Entered: 04/06/2012) |
| 04/06/2012 | 246 | DECLARATION of Kevin J. Post filed by Defendants Motorola Mobility, Inc., Motorola, Inc. re 209 **SEALED MOTION** to Microsoft's Motion for Temporary Restraining Order and Preliminary Injunction; re 208 MOTION to Seal *Microsoft's 3/28/12 Motion to File Documents Under Seal* ; **SEALED MOTION** to Microsoft's Motion for Temporary Restraining Order and Preliminary Injunction; re 208 MOTION to Seal *Microsoft's 3/28/12 Motion to File Documents Under Seal* ;, 210 Redacted MOTION for Preliminary Injunction *and Temporary Restraining Order* (Attachments: # 1 Exhibit 2, pp 22−39, # 2 Exhibit 7−8, pp 252−357)(Palumbo, Ralph) (Entered: 04/06/2012) |

| 04/06/2012 | 247 | MOTION to Seal *Defendants' Documents in Support of Its Opposition to Microsoft's Motion for a Temporary Restraining Order and Preliminary Injunction* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. (Attachments: # 1 Proposed Order) Noting Date 4/20/2012, (Palumbo, Ralph) (Entered: 04/06/2012) |
|---|---|---|
| 04/06/2012 | 248 | **SEALED DOCUMENT** *Defendants' Opposition to Microsoft's Motion for a Temporary Restraining Order and Preliminary Injunction* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 247 MOTION to Seal *Defendants' Documents in Support of Its Opposition to Microsoft's Motion for a Temporary Restraining Order and Preliminary Injunction* (Palumbo, Ralph) (Entered: 04/06/2012) |
| 04/06/2012 | 249 | **SEALED DOCUMENT** *Declaration of Dr. Marcus Grosch in Support of Defendants' Opposition to Microsoft's Motion for a Temporary Restraining Order and Preliminary Injunction* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 247 MOTION to Seal *Defendants' Documents in Support of Its Opposition to Microsoft's Motion for a Temporary Restraining Order and Preliminary Injunction* (Palumbo, Ralph) (Entered: 04/06/2012) |
| 04/06/2012 | 250 | **SEALED DOCUMENT** *Post Declaration, Exhibits 1, 3, 4, 5, 6 and 9* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 247 MOTION to Seal *Defendants' Documents in Support of Its Opposition to Microsoft's Motion for a Temporary Restraining Order and Preliminary Injunction* (Attachments: # 1 Exhibit 4, # 2 Exhibit 5, # 3 Exhibit 6 and 9)(Palumbo, Ralph) (Entered: 04/06/2012) |
| 04/06/2012 | 251 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 205 MOTION for Summary Judgment *of Invalidity*. Oral Argument Requested. (Attachments: # 1 Proposed Order)(Palumbo, Ralph) (Entered: 04/06/2012) |
| 04/06/2012 | 252 | DECLARATION of Timothy J. Drabik filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 205 MOTION for Summary Judgment *of Invalidity* (Attachments: # 1 Exhibit A−M, pp 28−223)(Palumbo, Ralph) (Entered: 04/06/2012) |
| 04/09/2012 | 253 | APPLICATION OF ATTORNEY Nathaniel C. Love FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Microsoft Corporation, Defendant Microsoft Corporation (Fee Paid) Receipt No. 0981−2773609. (Cramer, Shane) (Entered: 04/09/2012) |
| 04/09/2012 | 254 | ORDER re (253 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Nathaniel C. Love for Plaintiff Microsoft Corporation, and for Defendant Microsoft Corporation, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 04/09/2012) |
| 04/09/2012 | 255 | EXHIBIT *16 (Inadvertently Omitted) and 25 (Re−Filed Not Under Seal) to Kevin J. Post Declaration in Support of Defendants' Motion for Partial Summary Judgment* re 230 Declaration, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: # 1 Exhibit 16 (inadvertently omitted) and 25 (re−filed not under seal))(Palumbo, Ralph) (Entered: 04/09/2012) |
| 04/09/2012 | 256 | NOTICE/ Dr Timothy Drabik's Tutorial. (TF) (Entered: 04/09/2012) |
| 04/09/2012 | 257 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 210 Redacted MOTION for Preliminary Injunction *and Temporary Restraining Order* (Harrigan, Arthur) (Entered: 04/09/2012) |
| 04/10/2012 | 258 | ORDER on Claim Construction by Judge James L. Robart. (MD) (Entered: 04/10/2012) |
| 04/10/2012 | 259 | ORDER − The court directs the parties to be prepared to address the following issues at the April 11, 2012 hearing on Microsoft Corporations (Microsoft) Motion for a Temporary Restraining Order (Microsofts Motion) (Dkt. # 209), by Judge James L. Robart. (MD) (Entered: 04/10/2012) |
| 04/11/2012 | 260 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Christopher Wion, David Pritikin, Andy Culbert*; Def Counsel: *Jesse Jenner, Ralph Palumbo, Philip McCune, Neill Taylor, Mark Rowland*; CR: *Debbie Zurn*; **Motion Hearing** held on 4/11/2012. The court hears from counsel regarding Microsoft's Motion for Temporary Restraining Order. Court in recess at 11:50 a.m. and shall resume at 3:15 p.m. The court grants the motions to seal, Dkt. ##208,247. For the reasons stated on the record, the court grants the Motion for Temporary Restraining Order, Dkt. ##209,210. An order shall follow.(CC) (Entered: 04/11/2012) |
| 04/11/2012 | 263 | ORDER GRANTING Plaintiff's re 208 MOTION to Seal *Microsoft's 3/28/12 Motion to File Documents Under Seal* filed by Microsoft Corporation by Judge James L. Robart. (MD) Modified text on 4/12/2012 (MD). (Entered: 04/12/2012) |

| 04/12/2012 | | Set/Reset Hearings: A tutorial is scheduled Wednesday, May 30, 2012 at 10:00 a.m. for the June 7, 2012 <u>Markman</u> Hearing. (CC) (Entered: 04/12/2012) |
|---|---|---|
| 04/12/2012 | <u>261</u> | ORDER re <u>209</u> **SEALED MOTION** to Microsoft's Motion for Temporary Restraining Order and Preliminary Injunction filed by Microsoft Corporation, <u>210</u> Redacted MOTION for Preliminary Injunction *and Temporary Restraining Order* filed by Microsoft Corporation. The court further ORDERS that Microsoft shall post a security bond in the amount of $100 million USD in connection with this motion, by Judge James L. Robart. (MD) Modified on 4/12/2012 − cc to Fin'l Dept(MD). (Entered: 04/12/2012) |
| 04/12/2012 | <u>262</u> | ORDER GRANTING DEFENDANTS' re <u>247</u> MOTION to Seal *Defendants' Documents in Support of Its Opposition to Microsoft's Motion for a Temporary Restraining Order and Preliminary Injunction* filed by Motorola, Inc., Motorola Mobility, Inc., General Instrument Corporation by Judge James L. Robart. (MD) (Entered: 04/12/2012) |
| 04/13/2012 | <u>264</u> | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., TO RESPONSE to <u>227</u> MOTION to Seal *Motorola's Motion to File Documents Under Seal in Support of Its Motion for Partial Summary Judgment* (Palumbo, Ralph) (Entered: 04/13/2012) |
| 04/13/2012 | <u>265</u> | NOTICE *Microsoft's Temporary Restraining Order Bond No. 023019073 w/ Power of Attorney* re <u>261</u> Order− filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Harrigan, Arthur) Modified text on 4/16/2012 (MD). (Entered: 04/13/2012) |
| 04/13/2012 | <u>266</u> | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to <u>205</u> MOTION for Summary Judgment *of Invalidity* (Harrigan, Arthur) (Entered: 04/13/2012) |
| 04/13/2012 | <u>267</u> | DECLARATION of Shane Cramer filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re <u>205</u> MOTION for Summary Judgment *of Invalidity* (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3)(Harrigan, Arthur) (Entered: 04/13/2012) |
| 04/13/2012 | <u>268</u> | RESPONSE, by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, to <u>228</u> Redacted MOTION for Partial Summary Judgment. (Harrigan, Arthur) (Entered: 04/13/2012) |
| 04/13/2012 | <u>269</u> | **SEALED DOCUMENT** *Microsoft's Opposition to Motorola's Motion for Partial Summary Judgment* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re <u>227</u> MOTION to Seal *Motorola's Motion to File Documents Under Seal in Support of Its Motion for Partial Summary Judgment* (Harrigan, Arthur) (Entered: 04/13/2012) |
| 04/13/2012 | <u>270</u> | DECLARATION of Christopher Wion filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re <u>228</u> Redacted MOTION for Partial Summary Judgment (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4)(Harrigan, Arthur) (Entered: 04/13/2012) |
| 04/13/2012 | <u>271</u> | MOTION to Seal *Documents in Support of Defendants' Opposition to Microsoft's Motion for Summary Judgment of Breach of Contract* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: # <u>1</u> Proposed Order) Noting Date 4/27/2012, (Palumbo, Ralph) (Entered: 04/13/2012) |
| 04/13/2012 | <u>272</u> | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to <u>237</u> Redacted MOTION for Summary Judgment *of Breach of Contract*. Oral Argument Requested. (Attachments: # <u>1</u> Proposed Order)(Palumbo, Ralph) (Entered: 04/13/2012) |
| 04/13/2012 | <u>273</u> | Second DECLARATION of Kevin J. Post filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re <u>237</u> Redacted MOTION for Summary Judgment *of Breach of Contract* (Attachments: # <u>1</u> Exhibit 28, # <u>2</u> Exhibit 33, # <u>3</u> Exhibit 40, # <u>4</u> Exhibit 41, # <u>5</u> Exhibit 42, # <u>6</u> Exhibit 43, # <u>7</u> Exhibit 44, # <u>8</u> Exhibit 45, # <u>9</u> Exhibit 46, # <u>10</u> Exhibit 47, # <u>11</u> Exhibit 49, # <u>12</u> Exhibit 51, # <u>13</u> Exhibit 54)(Palumbo, Ralph) (Entered: 04/13/2012) |
| 04/13/2012 | <u>274</u> | **SEALED DOCUMENT** *Defendants' Response to Microsoft's Motion for Summary Judgment of Breach of Contract* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re <u>271</u> MOTION to Seal *Documents in Support of Defendants' Opposition to Microsoft's Motion for Summary Judgment of Breach of Contract* (Palumbo, Ralph) (Entered: 04/13/2012) |
| 04/13/2012 | <u>275</u> | **SEALED DOCUMENT** *Exhibits 27, 29−32, 34−39, 48, 50, and 52−53 to Second Declaration of Kevin J. Post* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re <u>271</u> MOTION to Seal *Documents in Support of Defendants' Opposition to Microsoft's Motion for Summary Judgment of Breach of Contract* (Attachments: # <u>1</u> Exhibit 29, # <u>2</u> Exhibit 30, # <u>3</u> Exhibit 31, # <u>4</u> Exhibit 32, # <u>5</u> Exhibit 34, # <u>6</u> Exhibit 35, # <u>7</u> Exhibit 36, # <u>8</u> Exhibit 37, # <u>9</u> Exhibit 38, # <u>10</u> Exhibit 39, # <u>11</u> Exhibit 48, # <u>12</u> Exhibit 50, # <u>13</u> Exhibit 52, # <u>14</u> Exhibit 53)(Palumbo, Ralph) (Entered: 04/13/2012) |

| 04/16/2012 | 276 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing − TRO held on 4/11/2012<br><br>Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript contact court reporter Debbie Zurn by telephone at 206−370−8504. or by e−mail at debbie_zurn@wawd.uscourts.gov.<br><br>. Release of Transcript Restriction set for 7/16/2012, (DZ) (Entered: 04/16/2012) |
| --- | --- | --- |
| 04/16/2012 | 278 | NOTICE of Intent to Request Redaction by Ralph H Palumbo of 242 Electronic Transcript (Palumbo, Ralph) (Entered: 04/16/2012) |
| 04/18/2012 | 279 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 234 MOTION to Seal *Microsoft's 3/30/12 Motion to File Documents Under Seal*. (Palumbo, Ralph) (Entered: 04/18/2012) |
| 04/19/2012 | | Set/Reset Hearings: The hearing for argument on Microsoft's motion for summary judgment on the RAND issues scheduled May 7, 2012 at 9:30 a.m. is rescheduled for 9:00 a.m. before Hon. James L. Robart. The hearing is scheduled from 9:00 a.m. to 12:00 p.m.(CC) (Entered: 04/19/2012) |
| 04/20/2012 | 280 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 234 MOTION to Seal *Microsoft's 3/30/12 Motion to File Documents Under Seal* (Harrigan, Arthur) (Entered: 04/20/2012) |
| 04/20/2012 | 281 | MOTION to Redact 242 Notice of Filing of Official Transcript,,, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Palumbo, Ralph) (Entered: 04/20/2012) |
| 04/20/2012 | 282 | MOTION to Seal *Microsoft's 4/20/12 Motion to File Documents Under Seal* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 5/4/2012, (Harrigan, Arthur) (Entered: 04/20/2012) |
| 04/20/2012 | 283 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 237 Redacted MOTION for Summary Judgment *of Breach of Contract* (Harrigan, Arthur) (Entered: 04/20/2012) |
| 04/20/2012 | 284 | **SEALED DOCUMENT** *Microsoft's Reply in Support of its Motion for Summary Judgment for Breach of Contract* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 282 MOTION to Seal *Microsoft's 4/20/12 Motion to File Documents Under Seal* (Harrigan, Arthur) (Entered: 04/20/2012) |
| 04/20/2012 | 285 | Redacted DECLARATION of Christopher Wion in Support of Microsoft's Reply re Motion for Summary Judgment Breach Contract filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 237 Redacted MOTION for Summary Judgment *of Breach of Contract* (Attachments: # 1 Exhibit 1 − 6)(Harrigan, Arthur) (Entered: 04/20/2012) |
| 04/20/2012 | 286 | **SEALED DOCUMENT** *Declaration of Christopher Wion in Support of Microsoft's Reply re Motion for Summary Judgment Breach of Contract* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 282 MOTION to Seal *Microsoft's 4/20/12 Motion to File Documents Under Seal* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Harrigan, Arthur) (Entered: 04/20/2012) |
| 04/20/2012 | 287 | MOTION to Seal *Motorola Documents in Support of Its Reply in Support of Motion for Partial Summary Judgment* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 5/4/2012, (Palumbo, Ralph) (Entered: 04/20/2012) |
| 04/20/2012 | 288 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., TO RESPONSE to 228 Redacted MOTION for Partial Summary Judgment (Palumbo, Ralph) (Entered: 04/20/2012) |
| 04/20/2012 | 289 | Third DECLARATION of Kevin J. Post filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 228 Redacted MOTION for Partial Summary Judgment (Attachments: # 1 Exhibit 56, pp 15−28, # 2 Exhibit 57, Part 1, pp 29−41, # 3 Exhibit 57, Part 2, pp 42−54, # 4 Exhibit 58, pp |

| | | 55−62, #_5 Exhibit 59, pp 63−70, #_6 Exhibit 61, pp 74−76, #_7 Exhibit 62, pp 77−139, #_8 Exhibit 63, pp 140−193)(Palumbo, Ralph) (Entered: 04/20/2012) |
|---|---|---|
| 04/20/2012 | 290 | **SEALED DOCUMENT** *Motorola's Reply in Support of Its Motion for Partial Summary Judgment* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 287 MOTION to Seal *Motorola Documents in Support of Its Reply in Support of Motion for Partial Summary Judgment* (Palumbo, Ralph) (Entered: 04/20/2012) |
| 04/20/2012 | 291 | **SEALED DOCUMENT** *Exs. 55 and 60 to Third Declaration of Kevin J. Post* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 287 MOTION to Seal *Motorola Documents in Support of Its Reply in Support of Motion for Partial Summary Judgment* (Attachments: #_1 Exhibit 55 and 60)(Palumbo, Ralph) (Entered: 04/20/2012) |
| 04/23/2012 | 292 | ORDER REGARDING MOTIONS TO SEAL − granting 204 Plaintiff's Motion to Seal; granting in part and denying in part 234 Plaintiff's Motion to Seal. The Court Orders the parties to show cause, no later than 4/30/12 why Exhibits 15,17 and 19 in support of Microsoft's motion for sj of breach of contract (Dkt. ## 236, 237) should remain under seal. by Judge James L. Robart.(MD) (Entered: 04/23/2012) |
| 04/23/2012 | 293 | With respect to Microsoft's motion for summary judgment on invalidity, Dkt. # 205, pursuant to Motorola's request, Motorola may file a surreply of no more than 3 pages, no later than April 25, 2012 at 5 p.m. Microsoft may file its reply to the surreply no later than April 27, 2012 at 5 p.m.(CC) (Entered: 04/23/2012) |
| 04/24/2012 | 294 | ORDER granting 227 Motorola's Motion to Seal by Judge James L. Robart.(MD) (Entered: 04/24/2012) |
| 04/24/2012 | 295 | MINUTE ORDER− On February 27, 2012, the court issued its order on Microsofts motion for partial summary judgment. (Order (Dkt. # 188).) Accordingly, the court STRIKES as moot Microsofts motion (Dkt. ## 112, 113), by Judge James L. Robart.(MD) (Entered: 04/24/2012) |
| 04/24/2012 | | Noting Date Set/Reset re 281 MOTION to Redact 242 Notice of Filing of Official Transcript: Noting Date 5/4/2012, (CC) (Entered: 04/24/2012) |
| 04/25/2012 | 296 | SURREPLY filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 205 MOTION for Summary Judgment *of Invalidity* (Palumbo, Ralph) (Entered: 04/25/2012) |
| 04/25/2012 | 297 | NOTICE that the following is RE−NOTED: 271 MOTION to Seal *Documents in Support of Defendants' Opposition to Microsoft's Motion for Summary Judgment of Breach of Contract.* Filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. Noting Date 5/4/2012, (Palumbo, Ralph) (Entered: 04/25/2012) |
| 04/26/2012 | 298 | NOTICE of Intent to Request Redaction by Ralph H Palumbo re 276 Electronic Transcript (Palumbo, Ralph) (Entered: 04/26/2012) |
| 04/27/2012 | 299 | SURREPLY filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 205 MOTION for Summary Judgment *of Invalidity* (Harrigan, Arthur) (Entered: 04/27/2012) |
| 04/30/2012 | 300 | RESPONSE TO ORDER TO SHOW CAUSE by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Palumbo, Ralph) (Entered: 04/30/2012) |
| 04/30/2012 | 301 | PRAECIPE to attach document (Exhibit) *Exhibit FF to Second Declaration of Philip S. McCune in Support of Motorola's Opening Claim Construction Brief* re 226 Declaration (non motion), Declaration (non motion) by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: #_1 Exhibit FF, pp 73−92)(Palumbo, Ralph) (Entered: 04/30/2012) |
| 05/02/2012 | 302 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 282 MOTION to Seal *Microsoft's 4/20/12 Motion to File Documents Under Seal.* (Palumbo, Ralph) (Entered: 05/02/2012) |
| 05/02/2012 | 303 | NOTICE OF APPEAL (12−35352) to Ninth Circuit by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. Filing Fee $455, Receipt number 0981−2802744. (Palumbo, Ralph) Modified on 5/4/2012; added CCA case number (LMK). (Entered: 05/02/2012) |
| 05/02/2012 | 304 | RESPONSE, by Plaintiff Microsoft Corporation, to 287 MOTION to Seal *Motorola Documents in Support of Its Reply in Support of Motion for Partial Summary Judgment,* 271 MOTION to Seal *Documents in Support of Defendants' Opposition to Microsoft's Motion for Summary Judgment of Breach of Contract.* (Attachments: #_1 Exhibit A)(Harrigan, Arthur) (Entered: 05/02/2012) |
| 05/04/2012 | 305 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., TO RESPONSE to 281 MOTION to Redact 242 Notice of Filing of Official Transcript,,, (Palumbo, Ralph) |

| | | (Entered: 05/04/2012) |
|---|---|---|
| 05/04/2012 | 306 | Joint MOTION to Seal *Joint Motion to File ITC Initial Determination Under Seal* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: #1 Proposed Order) Noting Date 5/4/2012, (Harrigan, Arthur) (Entered: 05/04/2012) |
| 05/04/2012 | 307 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., TO RESPONSE to 287 MOTION to Seal *Motorola Documents in Support of Its Reply in Support of Motion for Partial Summary Judgment,* 271 MOTION to Seal *Documents in Support of Defendants' Opposition to Microsoft's Motion for Summary Judgment of Breach of Contract* (Palumbo, Ralph) (Entered: 05/04/2012) |
| 05/04/2012 | 308 | SUPPLEMENT re 141 Redacted MOTION for Partial Summary Judgment *Dismissing Motorola's Claim for Injunctive Relief,* 228 Redacted MOTION for Partial Summary Judgment, 237 Redacted MOTION for Summary Judgment *of Breach of Contract REDACTED Joint Notice of Ruling in Related Case and Motion to Supplement the Record on Summary Judgment* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: #1 Proposed Order, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4)(Harrigan, Arthur) (Entered: 05/04/2012) |
| 05/04/2012 | 309 | **SEALED DOCUMENT** *Joint Notice of Ruling in Related Case and Motion to Supplement the Record on Summary Judgment* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 306 Joint MOTION to Seal *Joint Motion to File ITC Initial Determination Under Seal* (Attachments: #1 Proposed Order, #2 Exhibit 1 − Part 1, #3 Exhibit 1 − Part 2, #4 Exhibit 1 − Part 3, #5 Exhibit 1− Part 4, #6 Exhibit 2, #7 Exhibit 3, #8 Exhibit 4)(Harrigan, Arthur) (Entered: 05/04/2012) |
| 05/04/2012 | 310 | ORDER − The court directs the parties to be prepared to address the following issues at the May 7, 2012 hearing on Microsoft Corporations (Microsoft) Motion for Summary Judgment of Breach of Contract (Dkt. # 236); Motorola Inc., Motorola Mobility, Inc., and General Instrument Corporations (collectively, Motorola) Motion for Partial Summary Judgment concerning repudiation (Dkt. # 231); and Microsofts Motion for Partial Summary Judgment Dismissing Motorolas Claim for Injunctive Relief (Dkt. # 139), by Judge James L. Robart. (MD) (Entered: 05/04/2012) |
| 05/04/2012 | 311 | TIME SCHEDULE ORDER (12−35352) as to 303 Notice of Appeal, filed by Motorola, Inc., Motorola Mobility, Inc., General Instrument Corporation : The schedule is set as follows: Mediation Questionnaire due on 05/11/2012. Referred to MOATT pursuant to 9th Cir. R. 3−3.(LMK) (Entered: 05/04/2012) |
| 05/07/2012 | 312 | MOTION to Redact 276 Notice of Filing of Official Transcript,,, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: #1 Exhibit A, #2 Proposed Order)(Palumbo, Ralph) (Entered: 05/07/2012) |
| 05/07/2012 | 313 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Christopher Wion, David Pritikin, Richard Cederoth, Andrew Culbert*; Def Counsel: *Ralph Palumbo, Jesse Jenner, Philip McCune, Neill Taylor, Norman Beamer, Kevin Post*; CR: *Debbie Zurn*; **Hearing** held on 5/7/2012. The court hears argument from counsel. The court takes the matter under advisement. (CC) (Entered: 05/07/2012) |
| 05/07/2012 | | Set/Reset Hearings: Trial currently scheduled November 26, 2012 is rescheduled for Monday, November 19, 2012 at 9:00 a.m. (CC) (Entered: 05/07/2012) |
| 05/08/2012 | | Noting Date Set/Reset re 312 MOTION to Redact 276 Notice of Filing of Official Transcript. Noting Date 5/18/2012, (CC) (Entered: 05/08/2012) |
| 05/08/2012 | 314 | ~~NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Markman Tutorial held on 4/11/2012~~ Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov. To purchase a copy of the transcript contact court reporter Debbie Zurn by telephone at 206−370−8504. or by e−mail at debbie_zurn@wawd.uscourts.gov. . Release of Transcript Restriction set for 8/6/2012, (DZ) Modified on 5/8/2012; TRANSCRIPT FILED IN WRONG CASE (LMK). (Entered: 05/08/2012) |

| 05/09/2012 | 315 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing held on 5/7/2012<br><br>Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript contact court reporter Debbie Zurn by telephone at 206−370−8504. or by e−mail at debbie_zurn@wawd.uscourts.gov.<br><br>. Release of Transcript Restriction set for 8/7/2012, (DZ) (Entered: 05/09/2012) |
| 05/09/2012 | 316 | ORDER granting 281 Defendants' Motion to Redact 242 Notice of Filing of Official Transcript, by Judge James L. Robart.(MD) Modified on 5/17/2012 − correct link to motion is #281 and dkt no. 312 motion is re−opened. Cnsl notified. (MD). (Entered: 05/10/2012) |
| 05/09/2012 | | NOTICE of Docket Text Modification re 316 Order on Motion to Redact Transcript : CORRECTION TO THE DOCKET: DKT. NO. 316 SHOULD BE LINKED TO DKT. NO. 281 AND NOT TO DKT. NO. 312. CORRECTIONS MADE ON THE DOCKET (MD) (Entered: 05/17/2012) |
| 05/10/2012 | 317 | Redaction re of 242 Electronic Transcript. (SA) (Entered: 05/10/2012) |
| 05/14/2012 | 318 | ORDER − the court GRANTS Microsofts motion for a preliminary injunction (Dkt. ## 209 (sealed motion), 210 (redacted motion)) and CONVERTS the courts April 11, 2012 temporary restraining order (Dkt. # 261 ) into a preliminary injunction. This preliminary injunction shall remain in effect until this court is able to determine whether injunctive relief is an appropriate remedy for Motorola to seek with respect to Microsofts alleged infringement of Motorolas standard essential patents, by Judge James L. Robart. (MD) (Entered: 05/14/2012) |
| 05/16/2012 | 319 | AMENDED Notice of Appeal as to 303 Notice of Appeal, by Plaintiffs General Instrument Corporation, Motorola Mobility, Inc., Counter Defendants General Instrument Corporation, Motorola Mobility, Inc.. (Attachments: # 1 Exhibit A−C)(Palumbo, Ralph) (Entered: 05/16/2012) |
| 05/17/2012 | | Set/Reset Transcript Deadlines re 317 Redacted Transcript. Release of Transcript Restriction set for 7/3/2012, (LMK) (Entered: 05/17/2012) |
| 05/18/2012 | 320 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., TO RESPONSE to 312 MOTION to Redact 276 Notice of Filing of Official Transcript,,, (Palumbo, Ralph) (Entered: 05/18/2012) |
| 05/18/2012 | 321 | RESPONSIVE BRIEF *Microsoft's Responsive Claim Construction Brief on its '780 and '582 Counterclaim Patents* re 225 Brief − Opening by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation.. (Harrigan, Arthur) (Entered: 05/18/2012) |
| 05/18/2012 | 322 | DECLARATION *of Christopher Wilson in Support of Microsoft's Responsive Claim Construction Brief on its '780 and '582 Counterclaim Patents* re 321 Brief − Responsive by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Exhibit R, # 2 Exhibit S, # 3 Exhibit T)(Harrigan, Arthur) (Entered: 05/18/2012) |
| 05/18/2012 | 323 | RESPONSIVE BRIEF *Motorola's Responsive Claim Construction Brief* re 223 Brief − Opening by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc... (Palumbo, Ralph) (Entered: 05/18/2012) |
| 05/21/2012 | 324 | NOTICE *Supplement to Joint Notice of Rulings in Related Cases* re 308 Supplement,, ; filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Exhibit A − Part 1, # 2 Exhibit A − Part 2, # 3 Exhibit A − Part 3, # 4 Exhibit A − Part 4, # 5 Exhibit A − Part 5, # 6 Exhibit B, # 7 Exhibit C)(Harrigan, Arthur) (Entered: 05/21/2012) |
| 05/30/2012 | 326 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Richard Cederoth, David Greenfield, Christopher Wilson*; Def Counsel: *Ralph Palumbo, Philip McCune, Steve Pepe, Rob Pluta*; CR: *Nancy Bauer*; **In Court Hearing/Tutorial** held on 5/30/2012. Tutorials are presented by Richard Cederoth and Steve Pepe. (CC) (Entered: 05/30/2012) |
| 05/30/2012 | 327 | Letter from Christopher Wion *to Honorable James L. Robart*. (Wion, Christopher) (Entered: 05/30/2012) |

| 06/01/2012 | 328 | Letter from Christopher Wion re 141 Redacted MOTION for Partial Summary Judgment *Dismissing Motorola's Claim for Injunctive Relief (attaching Motorola's Motion and Memorandum in Support of its Motion for SJ of No Injunctive Relief in Apple v Motorola − USDC Northern District Illinois*. (Attachments: # 1 Appendix)(Wion, Christopher) (Entered: 06/01/2012) |
|---|---|---|
| 06/04/2012 | 329 | APPLICATION OF ATTORNEY Samuel Lawrence Brenner FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. (Fee Paid) Receipt No. 0981−2835781. (McCune, Philip) (Entered: 06/04/2012) |
| 06/04/2012 | 330 | APPLICATION OF ATTORNEY Conor Brew McDonough FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. (Fee Paid) Receipt No. 0981−2835786. (McCune, Philip) (Entered: 06/04/2012) |
| 06/04/2012 | 331 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Google Inc., Other Affiliate Motorola Mobility Holdings, Inc. for General Instrument Corporation, Motorola Mobility, Inc.. Filed pursuant to Fed.R.Civ.P 7.1.. (Palumbo, Ralph) (Entered: 06/04/2012) |
| 06/05/2012 | 332 | ORDER re (329 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Samuel Lawrence Brenner for General Instrument Corporation, Motorola Mobility, Inc., and for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 06/05/2012) |
| 06/05/2012 | 333 | ORDER re (330 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Conor Brew McDonough for General Instrument Corporation, Motorola Mobility, Inc., and for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 06/05/2012) |
| 06/05/2012 | 334 | CORPORATE DISCLOSURE STATEMENT identifying Other Affiliate Motorola Solutions, Inc. for Motorola, Inc.. Filed pursuant to Fed.R.Civ.P 7.1.. (Palumbo, Ralph) (Entered: 06/05/2012) |
| 06/06/2012 | 335 | ORDER − The court DENIES Microsofts motion for summary judgment for breach of contract (Dkt. ## 236 (sealed motion) &237 (redacted motion)) without prejudice. The court also DENIES Motorolas motion for partial summary judgment regarding repudiation (Dkt. # 228 (redacted motion) &231 (sealed motion)) with prejudice, by Judge James L. Robart.(MD) (Entered: 06/06/2012) |
| 06/06/2012 | 336 | ORDER granting 271 Defendants' Motion to Seal documents in support of its opposition to plaintiff's motion for summary judgment of breach of contract by Judge James L. Robart.(MD) (Entered: 06/06/2012) |
| 06/06/2012 | 337 | ORDER granting 282 Plaintiff's Motion to Seal by Judge James L. Robart.(MD) (Entered: 06/06/2012) |
| 06/06/2012 | 338 | ORDER granting 287 Motorola's Motion to Seal documents in support of Motorola's reply in support of its motion for partial summry judgment by Judge James L. Robart.(MD) (Entered: 06/06/2012) |
| 06/06/2012 | 339 | ORDER granting 306 Joint Motion to file ITC Initial Determination Under Seal by Judge James L. Robart.(MD) (Entered: 06/06/2012) |
| 06/07/2012 | 340 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Rhonda Miller*; Pla Counsel: *Arthur Harrigan, Richard Cederoth, David Greenfield, Chris Wilson*; Def Counsel: *Steven Pepe, Ralph Palumbo, Philip McCune, Samuel Brenner, Conor McDonough, Daron Greene, Dane Lacombe*; CR: *Debbie Zurn*; **Markman Hearing** held on 6/7/2012. The Court hears argument of counsel. Court takes matter under advisement and will issue an order. (RM) (Entered: 06/07/2012) |
| 06/12/2012 | 341 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Tutorial presentation held on 5/30/2012 before Judge James L. Robart.<br><br>Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript contact court reporter Nancy Bauer by telephone at 206−370−8506. or by e−mail at nancy_bauer@wawd.uscourts.gov.<br><br>. Release of Transcript Restriction set for 9/10/2012, (NB) (Entered: 06/12/2012) |

| 06/14/2012 | 346 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Jesse Jenner, Ralph Palumbo, Steve Pepe, Stuart Yothers, Khue Hoang, Mark Rowland*; Def Counsel: *Arthur Harrigan, Theodore Chandler, Shubham Mukherjee, John McBride, Christopher Wion, Richard Cederoth, Andy Culbert, David Pritikin*; CR: *Debbie Zurn*; **Status Conference** held on 6/14/2012. The court held a status conference regarding trial date and deadlines for RAND issues. The parties proposed a pre−trial schedule which the court took under advisement. The court now sets the following deadlines. TRIAL: Nov. 13, 2012 at 9:00 a.m. Close of fact discovery: July 18, 2012. Opening expert reports: July 19, 2012. Rebuttal expert reports: August 8, 2012. Close of expert discovery: August 22, 2012. All motions fully briefed and noted on the motion calendar by September 10, 2012. Pretrial order to be filed by October 24, 2012. Pretrial conference scheduled Monday, October 29, 2012 at 2:00 p.m. The bench trial is scheduled for 6 days and limited to RAND issues. In the event the parties agree to a bench trial for the breach of contract issue the court may adjust the length of the trial accordingly. (CC) (Entered: 06/18/2012) |
| 06/15/2012 | 342 | MOTION to Seal by Plaintiff Microsoft Corporation. (Attachments: #1 Proposed Order) Noting Date 6/29/2012, (Harrigan, Arthur) (Entered: 06/15/2012) |
| 06/15/2012 | 343 | DECLARATION of Shane P. Cramer filed by Plaintiff Microsoft Corporation re 342 MOTION to Seal (Harrigan, Arthur) (Entered: 06/15/2012) |
| 06/15/2012 | 344 | Letter from Christopher Wion re 141 Redacted MOTION for Partial Summary Judgment *Dismissing Motorola's Claim for Injunctive Relief*. (Wion, Christopher) (Entered: 06/15/2012) |
| 06/15/2012 | 345 | **SEALED DOCUMENT** *Letter to Judge James Robart from Christopher Wion* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 342 MOTION to Seal (Wion, Christopher) (Entered: 06/15/2012) |
| 06/20/2012 | 347 | APPLICATION OF ATTORNEY Amanda F. Wieker FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. (Fee Paid) Receipt No. 0981−2854060. (McCune, Philip) (Entered: 06/20/2012) |
| 06/21/2012 | 348 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Markman Hearing held on 6/7/2012 before Judge James L. Robart. Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov. To purchase a copy of the transcript contact court reporter Debbie Zurn by telephone at 206−370−8504. or by e−mail at debbie_zurn@wawd.uscourts.gov. . Release of Transcript Restriction set for 9/19/2012, (DZ) (Entered: 06/21/2012) |
| 06/21/2012 | 349 | ORDER re (347 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Amanda Wieker for General Instrument Corporation Motorola Mobility, Inc., and Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 06/21/2012) |
| 06/26/2012 | 351 | PRAECIPE re 350 Letter *dated June 25, 2012 to Judge Robart with Tab A* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: #1 Appendix 06.25.12 Letter to Judge Robart)(Cramer, Shane) (Entered: 06/26/2012) |
| 06/27/2012 | 352 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 342 MOTION to Seal. (Palumbo, Ralph) (Entered: 06/27/2012) |
| 06/29/2012 | 353 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 342 MOTION to Seal (Harrigan, Arthur) (Entered: 06/29/2012) |
| 07/09/2012 | 354 | MINUTE ORDER by Judge James L. Robart, United States District Judge; The court hereby schedules a telephonic conference to address scheduling and scope for the November 13, 2012 trial. The telephonic conference shall take place on July 9, 2012 at 4:00 p.m. Pacific Standard Time. Counsel shall telephone chambers jointly to initiate the call. (TF) (Entered: 07/09/2012) |

| 07/09/2012 | 358 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Christopher Wion, Andy Culbert*; Def Counsel: *Ralph Palumbo, Philip McCune, Jesse Jenner, Steve Pepe*; CR: *Denae Hovland*; **Telephone Conference** held on 7/9/2012. The November 13, 2012 trial will be a bench trial and limited to RAND license issues. The breach of contract claim shall be tried at a later date. Motorola advises they wish a jury for the breach of contract claim. (CC) (Entered: 07/13/2012) |
|---|---|---|
| 07/10/2012 | 355 | Joint MOTION to Stay *All Patent−Infringement Related Cases and Claims Between the Plaintiff Microsoft and Defendants Motorola, et al.* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 7/10/2012, (Harrigan, Arthur) (Entered: 07/10/2012) |
| 07/11/2012 | 356 | APPLICATION OF ATTORNEY James R. Batchelder FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. (Fee Paid) Receipt No. 0981−2876314. (McCune, Philip) (Entered: 07/11/2012) |
| 07/12/2012 | 357 | ORDER re (356 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney James R. Batchelder for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 07/12/2012) |
| 07/16/2012 | 359 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELEPHONE CONFERENCE held on 7/9/2012 before Judge James L. Robart.<br><br>Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript contact court reporter Denae Hovland by e−mail at denae_hovland@wawd.uscourts.gov.<br><br>. Release of Transcript Restriction set for 10/15/2012, (DH) (Entered: 07/16/2012) |
| 07/16/2012 | 360 | ORDER GRANTING 355 JOINT MOTION TO STAY ALL PENDING PATENT−INFRINGEMENT RELATED CASES AND CLAIMS BETWEEN THE PLAINTIFF MICROSOFT AND DEFENDANTS MOTOROLA, ET AL by Judge James L. Robart.(TF) (Entered: 07/16/2012) |
| 07/16/2012 | | Set/Reset Trial Date and Related Deadlines: Bench Trial is set for 11/13/2012 at 09:00 AM before Judge James L. Robart. Opening Expert Reports due by 7/19/2012, Pretrial Order due by 10/24/2012, Pretrial Conference set for 10/29/2012 at 02:00 PM. Rebuttal Expert Reports due by 8/8/2012. (TF) (Entered: 07/16/2012) |
| 07/18/2012 | 361 | MOTION to Seal *Documents in Support of Motion for Partial Summary Judgment* by Defendants General Instrument Corporation, Motorola Mobility, Inc.. (Attachments: # 1 Proposed Order) Noting Date 7/27/2012, (Palumbo, Ralph) (Entered: 07/18/2012) |
| 07/18/2012 | 362 | MOTION for Partial Summary Judgment *Dismissing Microsoft's Claim for a RAND Patent License Agreement to be Determined Ab Initio by the Court* by Defendants General Instrument Corporation, Motorola Mobility, Inc.. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 8/10/2012, (Palumbo, Ralph) (Entered: 07/18/2012) |
| 07/18/2012 | 363 | DECLARATION of Kevin J. Post filed by Defendants General Instrument Corporation, Motorola Mobility, Inc. re 362 MOTION for Partial Summary Judgment *Dismissing Microsoft's Claim for a RAND Patent License Agreement to be Determined Ab Initio by the Court* (Attachments: # 1 Exhibit 1, # 2 Exhibit 5, # 3 Exhibit 7, # 4 Exhibit 12, # 5 Exhibit 13, # 6 Exhibit 14, # 7 Exhibit 15, # 8 Exhibit 16, # 9 Exhibit 18, # 10 Exhibit 19, # 11 Exhibit 20)(Palumbo, Ralph) (Entered: 07/18/2012) |
| 07/18/2012 | 364 | **SEALED DOCUMENT** *Partial Summary Judgment Motion Dismissing Microsoft's Claim for a RAND Patent License Agreement to Be Determined Ab Initio by the Court; Sealed Exhibits to the Declaration of Kevin J. Post* by Defendants General Instrument Corporation, Motorola Mobility, Inc. re 361 MOTION to Seal *Documents in Support of Motion for Partial Summary Judgment* (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 6, # 5 Exhibit 8, # 6 Exhibit 9, # 7 Exhibit 10, # 8 Exhibit 11, # 9 Exhibit 17)(Palumbo, Ralph) (Entered: 07/18/2012) |
| 07/19/2012 | 365 | PRAECIPE re 362 MOTION for Partial Summary Judgment *Dismissing Microsoft's Claim for a RAND Patent License Agreement to be Determined Ab Initio by the Court*, 364 Sealed Document,, *Correcting* |

| | | |
|---|---|---|
| | | *Signature Page* by Defendants General Instrument Corporation, Motorola Mobility, Inc.. (Attachments: #1 Errata Corrected Signature Page)(Palumbo, Ralph) (Entered: 07/19/2012) |
| 07/24/2012 | 366 | NOTICE *OF FIRM NAME CHANGE* ; filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Harrigan, Arthur) Modified Address on 7/25/2012 (DS). (Entered: 07/24/2012) |
| 07/24/2012 | 367 | APPLICATION OF ATTORNEY Josef B. Schenker FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. (Fee Paid) Receipt No. 0981−2891169. (McCune, Philip) (Entered: 07/24/2012) |
| 07/25/2012 | 368 | RESPONSE, by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, to 361 MOTION to Seal *Documents in Support of Motion for Partial Summary Judgment*. (Harrigan, Arthur) (Entered: 07/25/2012) |
| 07/26/2012 | 369 | ORDER re 367 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Josef B. Schenker for General Instrument Corporation, Motorola Mobility, Inc., and for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 07/26/2012) |
| 07/27/2012 | 370 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., TO RESPONSE to 361 MOTION to Seal *Documents in Support of Motion for Partial Summary Judgment* (Palumbo, Ralph) (Entered: 07/27/2012) |
| 07/31/2012 | 371 | NOTICE of Change of Address of Attorney Kevin J. Post. Filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Post, Kevin) Address updated on 8/2/2012 (KN). (Entered: 07/31/2012) |
| 08/06/2012 | 372 | MOTION to Seal *Microsoft's 8/6/12 Motion to File Documents Under Seal* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: #1 Proposed Order) Noting Date 8/17/2012, (Harrigan, Arthur) (Entered: 08/06/2012) |
| 08/06/2012 | 373 | RESPONSE, by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, to 362 MOTION for Partial Summary Judgment *Dismissing Microsoft's Claim for a Rand Patent License Agreement to be Determined Ab Initio by the Court*. Oral Argument Requested. (Attachments: #1 Proposed Order)(Harrigan, Arthur) (Entered: 08/06/2012) |
| 08/06/2012 | 374 | **SEALED DOCUMENT** *Microsoft's Opposition to Motorola's "Motion for Partial Summary Judgment Dismissing Microsoft's Claim for Rand Patent License Agreement to be Determined Ab Initio by Court* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 372 MOTION to Seal *Microsoft's 8/6/12 Motion to File Documents Under Seal* (Attachments: #1 Proposed Order)(Harrigan, Arthur) (Entered: 08/06/2012) |
| 08/06/2012 | 375 | DECLARATION of Christopher Wion filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 362 MOTION for Partial Summary Judgment *Dismissing Microsoft's Claim for a RAND Patent License Agreement to be Determined Ab Initio by the Court* (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7, #8 Exhibit 8, #9 Exhibit 9, #10 Exhibit 10, #11 Exhibit 11)(Harrigan, Arthur) (Entered: 08/06/2012) |
| 08/06/2012 | 376 | **SEALED DOCUMENT** *Declaration of Christopher Wion in Support of Microsoft's Opposition to Motorola's Motion for Partial Summary Judgment Dismissing Microsoft's Claim for a Rand Patent License Agreement to be Determined Ab Initio by the Court and SEALED Exhibit 12 thereto* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 372 MOTION to Seal *Microsoft's 8/6/12 Motion to File Documents Under Seal* (Attachments: #1 Exhibit 12)(Harrigan, Arthur) (Entered: 08/06/2012) |
| 08/10/2012 | 377 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., TO RESPONSE to 362 MOTION for Partial Summary Judgment *Dismissing Microsoft's Claim for a RAND Patent License Agreement to be Determined Ab Initio by the Court* (Palumbo, Ralph) (Entered: 08/10/2012) |
| 08/13/2012 | 378 | NOTICE *of Supplemental Authority* re 362 MOTION for Partial Summary Judgment *Dismissing Microsoft's Claim for a RAND Patent License Agreement to be Determined Ab Initio by the Court* ; filed by Plaintiff Microsoft Corporation. (Harrigan, Arthur) (Entered: 08/13/2012) |
| 08/14/2012 | 379 | Stipulated MOTION *TO SET/RE−SET PRE−TRIAL DEADLINES AND (PROPOSED) ORDER* by Counter Defendant Microsoft Corporation. Noting Date 8/14/2012, (Wion, Christopher) (Entered: 08/14/2012) |
| 08/14/2012 | 380 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 372 MOTION to Seal *Microsoft's 8/6/12 Motion to File Documents Under Seal*. (Palumbo, Ralph) (Entered: 08/14/2012) |

| 08/16/2012 | 381 | Stipulated MOTION *(REVISED) to Set/Re−Set Pre−Trial Deadlines and (Proposed) Order* by Plaintiff Microsoft Corporation. Noting Date 8/16/2012, (Wion, Christopher) (Entered: 08/16/2012) |
|---|---|---|
| 08/17/2012 | 382 | REPLY, filed by Plaintiff Microsoft Corporation, TO RESPONSE to 372 MOTION to Seal *Microsoft's 8/6/12 Motion to File Documents Under Seal* (Harrigan, Arthur) (Entered: 08/17/2012) |
| 08/20/2012 | 383 | ORDER granting 342 Microsoft's Motion to Seal, Docket Number 345 shall remain under seal, by Judge James L. Robart.(MD) (Entered: 08/20/2012) |
| 08/20/2012 | 384 | ORDER granting 361 Motorola Mobility's and General Instrument's Motion to Seal in support of the motion for partial summary judgment. Docket number 364 shall remain under seal, by Judge James L. Robart.(MD) (Entered: 08/20/2012) |
| 08/20/2012 | 385 | ORDER granting 372 Microsoft's Motion to Seal. Docket Numbers 374 and 376 shall remain under seal, by Judge James L. Robart. (MD) (Entered: 08/20/2012) |
| 08/21/2012 | 386 | APPLICATION OF ATTORNEY Laurence S. Rogers FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. (Fee Paid) Receipt No. 0981−2920022. (McCune, Philip) (Entered: 08/21/2012) |
| 08/22/2012 | 387 | ORDER re 386 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Laurence S Rogers for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(JEM) (Entered: 08/22/2012) |
| 08/24/2012 | 388 | ORDER − The Court adopts in part 379 381 Stipulated Motion to set/re−set pretrial deadlines in advance of the currently−scheduled November 13, 2012 trial by Judge James L. Robart.(MD) (Entered: 08/24/2012) |
| 08/24/2012 | 389 | MINUTE ORDER − The court GRANTS Microsoft permission to seek leave to amend the protective order. So that the court may fully evaluate Microsofts motion for leave, Microsoft shall attach its proposed motion to amend the protective order to its motion for leave. Further, any motion seeking leave to amend the protective order shall be noted on the second Friday after filing, by Judge James L. Robart. (MD) (Entered: 08/24/2012) |
| 08/27/2012 | 390 | MOTION to Seal *Plaintiffs' Daubert Motion* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 9/7/2012, (Palumbo, Ralph) (Entered: 08/27/2012) |
| 08/27/2012 | 391 | MOTION to Exclude *Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy and Simcoe* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc.. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 9/10/2012, (Palumbo, Ralph) (Entered: 08/27/2012) |
| 08/27/2012 | 392 | DECLARATION of Samuel L. Brenner filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 391 MOTION to Exclude *Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy and Simcoe* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2−9, # 3 Exhibit 10−16, # 4 Exhibit 17−21, # 5 Exhibit 22−26, # 6 Exhibit 27−28, # 7 Exhibit 29−30, # 8 Exhibit 31−34)(Palumbo, Ralph) (Entered: 08/27/2012) |
| 08/27/2012 | 393 | **SEALED DOCUMENT** *Motorola Mobility and General Instrument's Daubert Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy and Simcoe; Sealed Exhibits to Brenner Declaration, Exs. 3−8, 10, 21, and 33* by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 390 MOTION to Seal *Plaintiffs' Daubert Motion* (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5, # 4 Exhibit 6, # 5 Exhibit 7, # 6 Exhibit 8, # 7 Exhibit 10, # 8 Exhibit 21, # 9 Exhibit 33)(Palumbo, Ralph) (Entered: 08/27/2012) |
| 08/27/2012 | 394 | MOTION to Seal *Microsoft's Motion to File Documents Under Seal* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 9/7/2012, (Harrigan, Arthur) (Entered: 08/27/2012) |
| 08/27/2012 | 395 | Redacted MOTION to Exclude *Testimony by Charles R. Donohoe and Dr. R. Sukumar* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 9/10/2012, (Harrigan, Arthur) (Entered: 08/27/2012) |
| 08/27/2012 | 396 | **SEALED MOTION** to Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. R. Sukumar; re 394 MOTION to Seal *Microsoft's Motion to File Documents Under Seal* ; by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 9/10/2012, (Harrigan, Arthur) (Entered: 08/27/2012) |

| 08/27/2012 | 397 | DECLARATION of Peter E. Rossi in Support of Microsoft's Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. R. Sukumar filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 395 Redacted MOTION to Exclude *Testimony by Charles R. Donohoe and Dr. R. Sukumar* (Harrigan, Arthur) (Entered: 08/27/2012) |
|---|---|---|
| 08/27/2012 | 398 | DECLARATION of Christopher Wion filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 395 Redacted MOTION to Exclude *Testimony by Charles R. Donohoe and Dr. R. Sukumar* (Attachments: # 1 Exhibit 4)(Harrigan, Arthur) (Entered: 08/27/2012) |
| 08/27/2012 | 399 | **SEALED DOCUMENT** *Declaration of Christopher Wion in Support of Microsoft's Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. R. Sukumar* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 394 MOTION to Seal *Microsoft's Motion to File Documents Under Seal* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 5)(Harrigan, Arthur) (Entered: 08/27/2012) |
| 08/30/2012 | 400 | MOTION for Leave *to File Motion to Amend Protective Order* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Exhibit 1) Noting Date 9/7/2012, (Harrigan, Arthur) (Entered: 08/30/2012) |
| 09/05/2012 | 401 | MOTION to Seal by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 9/14/2012, (Harrigan, Arthur) (Entered: 09/05/2012) |
| 09/05/2012 | 402 | MOTION to Seal *in Support of Its Opposition to Microsoft's Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. R. Sukumar* by Defendants General Instrument Corporation, Motorola Mobility, Inc.. (Attachments: # 1 Proposed Order) Noting Date 9/14/2012, (Palumbo, Ralph) (Entered: 09/05/2012) |
| 09/05/2012 | 404 | DECLARATION of Dr. R. Sukumar filed by Defendants General Instrument Corporation, Motorola Mobility, Inc. re 396 **SEALED MOTION** to Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. R. Sukumar; re 394 MOTION to Seal *Microsoft's Motion to File Documents Under Seal* ;, 395 Redacted MOTION to Exclude *Testimony by Charles R. Donohoe and Dr. R. Sukumar* (Palumbo, Ralph) (Entered: 09/05/2012) |
| 09/05/2012 | 405 | RESPONSE, by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, to 391 MOTION to Exclude *Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy and Simcoe*. Oral Argument Requested. (Harrigan, Arthur) (Entered: 09/05/2012) |
| 09/05/2012 | 407 | Redacted DECLARATION of Christopher Wion in Support of Microsoft's Opposition to Motorola's Daubert Motion filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 391 MOTION to Exclude *Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy and Simcoe* (Attachments: # 1 Exhibit 4, # 2 Exhibit 5, # 3 Exhibit 9, # 4 Exhibit 12, # 5 Exhibit 13, # 6 Exhibit 14, # 7 Exhibit 15, # 8 Exhibit 16 − Part 1, # 9 Exhibit 16 − Part 2, # 10 Exhibit 16 − Part 3, # 11 Exhibit 16 − Part 4, # 12 Exhibit 17)(Harrigan, Arthur) (Entered: 09/05/2012) |
| 09/05/2012 | 408 | **SEALED DOCUMENT** *DECLARATION OF CHRISTOPHER WION* by Plaintiff Microsoft Corporation re 401 MOTION to Seal (Attachments: # 1 Exhibit 1, # 2 Exhibit 3, # 3 Exhibit 6, # 5 Exhibit 7, # 6 Exhibit 8, # 7 Exhibit 10, # 8 Exhibit 11)(Wion, Christopher) (Entered: 09/05/2012) |
| 09/05/2012 | 409 | **SEALED DOCUMENT** *MMI &GI's Opposition to MSFT's Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. R. Sukumar; Sealed Exhibits to Second Declaration of Samuel L. Brenner in Support* by Defendants General Instrument Corporation, Motorola Mobility, Inc. re 402 MOTION to Seal *in Support of Its Opposition to Microsoft's Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. R. Sukumar* (Attachments: # 1 Exhibit 35−50, # 2 Exhibit 58(1), # 3 Exhibit 58(2), # 4 Exhibit 58(3), # 5 Exhibit 58(4), # 6 Exhibit 58(5), # 7 Exhibit 58(6), # 8 Exhibit 58(7), # 9 Exhibit 63−64)(Palumbo, Ralph) (Entered: 09/05/2012) |
| 09/05/2012 | 410 | **SEALED DOCUMENT** *Microsoft's Opposition to Motorola's Daubert Motion to Exclude Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy, and Simcoe* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 401 MOTION to Seal (Harrigan, Arthur) (Entered: 09/05/2012) |
| 09/05/2012 | 411 | PROPOSED ORDER (Unsigned) re 405 Response to Motion *in Response to Motorola's Daubert Motion to Exclude Certain Testimony of Plaintiff's Drs. Lynde, Murphy, and Simcoe*. (Harrigan, Arthur) (Entered: 09/05/2012) |
| 09/05/2012 | 412 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 394 MOTION to Seal *Microsoft's Motion to File Documents Under Seal*. (Palumbo, Ralph) (Entered: 09/05/2012) |

| | | |
|---|---|---|
| 09/05/2012 | 413 | RESPONSE, by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, to 390 MOTION to Seal *Plaintiffs' Daubert Motion*. (Attachments: # 1 Proposed Order)(Harrigan, Arthur) (Entered: 09/05/2012) |
| 09/05/2012 | 414 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 400 MOTION for Leave *to File Motion to Amend Protective Order*. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Palumbo, Ralph) (Entered: 09/05/2012) |
| 09/07/2012 | 415 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 394 MOTION to Seal *Microsoft's Motion to File Documents Under Seal* (Harrigan, Arthur) (Entered: 09/07/2012) |
| 09/07/2012 | 416 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., TO RESPONSE to 390 MOTION to Seal *Plaintiffs' Daubert Motion* (Attachments: # 1 Proposed Order)(Palumbo, Ralph) (Entered: 09/07/2012) |
| 09/07/2012 | 417 | AMENDMENT *Revised Redactions* to 391 MOTION to Exclude *Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy and Simcoe* by Defendants General Instrument Corporation, Motorola Mobility, Inc.. (Palumbo, Ralph) (Entered: 09/07/2012) |
| 09/07/2012 | 418 | REPLY, filed by Plaintiff Microsoft Corporation, TO RESPONSE to 400 MOTION for Leave *to File Motion to Amend Protective Order* (Harrigan, Arthur) (Entered: 09/07/2012) |
| 09/10/2012 | 419 | ORDER granting 394 Microsoft's Motion to Seal. Document Numbers 396 and 399 shall remain under seal, by Judge James L. Robart.(MD) (Entered: 09/10/2012) |
| 09/10/2012 | 420 | ORDER granting 390 Motorola Mobility's and General Instrument's Motion to Seal. Document Number 393 shall remain under seal, by Judge James L. Robart.(MD) (Entered: 09/10/2012) |
| 09/10/2012 | 421 | MOTION to Seal by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 9/21/2012, (Harrigan, Arthur) (Entered: 09/10/2012) |
| 09/10/2012 | 422 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 395 Redacted MOTION to Exclude *Testimony by Charles R. Donohoe and Dr. R. Sukumar* (Harrigan, Arthur) (Entered: 09/10/2012) |
| 09/10/2012 | 423 | **SEALED DOCUMENT** *Microsoft's Reply in Support of its Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. R. Sukumar* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 421 MOTION to Seal (Harrigan, Arthur) (Entered: 09/10/2012) |
| 09/10/2012 | 424 | Second DECLARATION of Christopher Wion in Support of Microsoft's Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. Ramamirtham Sukumar filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 395 Redacted MOTION to Exclude *Testimony by Charles R. Donohoe and Dr. R. Sukumar* (Attachments: # 1 Exhibit 8)(Harrigan, Arthur) (Entered: 09/10/2012) |
| 09/10/2012 | 425 | **SEALED DOCUMENT** *Second Declaration of Christopher Wion in Support of Microsoft's Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. Ramamirtham Sukumar* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 421 MOTION to Seal (Attachments: # 1 Exhibit 6, # 2 Exhibit 7)(Harrigan, Arthur) (Entered: 09/10/2012) |
| 09/10/2012 | 426 | MOTION to Seal *Documents in Support of Motorola Mobility's and General Instrument's Reply to Motorola's Daubert Motion* by Defendants General Instrument Corporation, Motorola Mobility, Inc.. (Attachments: # 1 Proposed Order) Noting Date 9/21/2012, (Palumbo, Ralph) (Entered: 09/10/2012) |
| 09/10/2012 | 427 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., TO RESPONSE to 391 MOTION to Exclude *Certain Testimony of Plaintiff's Experts Drs. Lynde, Murphy and Simcoe* (Palumbo, Ralph) (Entered: 09/10/2012) |
| 09/10/2012 | 428 | **SEALED DOCUMENT** *Motorola Mobility's and General Instrument's Reply to Motorola's Daubert Motion* by Defendants General Instrument Corporation, Motorola Mobility, Inc. re 426 MOTION to Seal *Documents in Support of Motorola Mobility's and General Instrument's Reply to Motorola's Daubert Motion* (Palumbo, Ralph) (Entered: 09/10/2012) |
| 09/12/2012 | 429 | RESPONSE, by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, to 402 MOTION to Seal *in Support of Its Opposition to Microsoft's Rule 702 Motion to Preclude Testimony by Charles R. Donohoe and Dr. R. Sukumar*. (Attachments: # 1 Proposed Order)(Harrigan, Arthur) (Entered: 09/12/2012) |

| 09/12/2012 | 430 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 401 MOTION to Seal . (Palumbo, Ralph) (Entered: 09/12/2012) |
|---|---|---|
| 09/12/2012 | 431 | ORDER granting 400 Microsoft's Motion for Leave to file a motion to amend the protective order entered in this case, by Judge James L. Robart.(MD) (Entered: 09/13/2012) |
| 09/13/2012 | 432 | ORDER granting 402 Motorola Mobility's and General Instrument's Motion to Seal. Document Numbers 403 and 406 shall remain sealed, by Judge James L. Robart.(MD) (Entered: 09/13/2012) |
| 09/13/2012 | 433 | ORDER granting 401 MICROSOFT'S 9/5/12 Motion to Seal. Document Numbers 408 and 410 shall remain sealed, by Judge James L. Robart.(MD) (Entered: 09/13/2012) |
| 09/13/2012 | 434 | MOTION to Amend 72 Protective Order, *to Allow Designated In−House Counsel Expanded Access to Confidential Business Information* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Exhibit A − Clean, # 2 Exhibit B − Redlined) Noting Date 9/13/2012, (Harrigan, Arthur) (Entered: 09/13/2012) |
| 09/13/2012 | 435 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc., to 434 MOTION to Amend 72 Protective Order, *to Allow Designated In−House Counsel Expanded Access to Confidential Business Information*. (Attachments: # 1 Proposed Order)(Palumbo, Ralph) (Entered: 09/13/2012) |
| 09/13/2012 | 436 | DECLARATION of Kevin J. Post filed by Defendants General Instrument Corporation, Motorola Mobility, Inc., Motorola, Inc. re 434 MOTION to Amend 72 Protective Order, *to Allow Designated In−House Counsel Expanded Access to Confidential Business Information* (Attachments: # 1 Exhibit 1−4)(Palumbo, Ralph) (Entered: 09/13/2012) |
| 09/13/2012 | 437 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 434 MOTION to Amend 72 Protective Order, *to Allow Designated In−House Counsel Expanded Access to Confidential Business Information* (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Harrigan, Arthur) (Entered: 09/13/2012) |
| 09/13/2012 | 438 | Agreed MOTION to Substitute *Parties* by Defendants General Instrument Corporation, Motorola Mobility, Inc.. (Attachments: # 1 Exhibit 1−2, # 2 Proposed Order) Noting Date 9/13/2012, (Palumbo, Ralph) (Entered: 09/13/2012) |
| 09/17/2012 | 439 | ORDER granting 438 Motorola Mobility's and General Instrument's Unopposed and Agreed Motion to Substitute Parties, by Judge James L. Robart.(MD) (Entered: 09/17/2012) |
| 09/19/2012 | 440 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., to 421 MOTION to Seal . (Palumbo, Ralph) (Entered: 09/19/2012) |
| 09/19/2012 | 441 | RESPONSE, by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, to 426 MOTION to Seal *Documents in Support of Motorola Mobility's and General Instrument's Reply to Motorola's Daubert Motion.* (Attachments: # 1 Proposed Order)(Harrigan, Arthur) (Entered: 09/19/2012) |
| 09/21/2012 | 442 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 421 MOTION to Seal (Harrigan, Arthur) (Entered: 09/21/2012) |
| 09/21/2012 | 443 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility LLC, TO RESPONSE to 426 MOTION to Seal *Documents in Support of Motorola Mobility's and General Instrument's Reply to Motorola's Daubert Motion* (Palumbo, Ralph) (Entered: 09/21/2012) |
| 09/21/2012 | 444 | ORDER granting 421 Microsoft Corp's Motion to Seal. Document No. 423 and 425 shall remain under seal, by Judge James L. Robart.(MD) (Entered: 09/21/2012) |
| 09/21/2012 | 445 | ORDER granting 426 Motorola Mobility's Motion to Seal. Document Number 428 shall remain under seal, by Judge James L. Robart.(MD) (Entered: 09/21/2012) |
| 10/01/2012 | 446 | OPINION of USCA (12−35352, NOT THE MANDATE) as to 303 Notice of Appeal, filed by Motorola, Inc., Motorola Mobility LLC, General Instrument Corporation AFFIRMED. (SA) (Entered: 10/01/2012) |
| 10/03/2012 | 447 | ORDER granting 434 Microsoft's Motion to Amend Protective Order to allow designated in−house counsel expanded access to confidential business information, by Judge James L. Robart.(MD) (Entered: 10/04/2012) |
| 10/04/2012 | 448 | MOTION to Seal *to File Documents Under Seal* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 10/12/2012, (Harrigan, Arthur) (Entered: 10/04/2012) |

| 10/04/2012 | 449 | Redacted MOTIONS IN LIMINE by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 10/19/2012, (Harrigan, Arthur) (Entered: 10/04/2012) |
|---|---|---|
| 10/04/2012 | 450 | **SEALED MOTION** to In Limine; re 448 MOTION to Seal *to File Documents Under Seal* ; by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 10/19/2012, (Harrigan, Arthur) (Entered: 10/04/2012) |
| 10/04/2012 | 451 | DECLARATION of Christopher Wion in Support of Microsoft Motions in Limine filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 449 Redacted MOTIONS IN LIMINE (Attachments: # 1 Exhibit 13)(Harrigan, Arthur) (Entered: 10/04/2012) |
| 10/04/2012 | 452 | **SEALED DOCUMENT** *Declaration of Christopher Wion in Support of Microsoft's Motions In Limine* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 448 MOTION to Seal *to File Documents Under Seal* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 14, # 14 Exhibit 15 Part 1, # 15 Exhibit 15 Part 2, # 16 Exhibit 15 Part 3, # 17 Exhibit 15 Part 4, # 18 Exhibit 16)(Harrigan, Arthur) (Entered: 10/04/2012) |
| 10/04/2012 | 453 | Proposed Findings of Fact by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation (Harrigan, Arthur) (Entered: 10/04/2012) |
| 10/04/2012 | 454 | **SEALED DOCUMENT** *Proposed Findings of Fact and Conclusions of Law* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 448 MOTION to Seal *to File Documents Under Seal* (Harrigan, Arthur) (Entered: 10/04/2012) |
| 10/04/2012 | 455 | MOTION to Seal *Documents in Support of Defendants' Motions in Limine* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 10/12/2012, (Palumbo, Ralph) (Entered: 10/04/2012) |
| 10/04/2012 | 456 | Redacted MOTIONS IN LIMINE by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 10/19/2012, (Palumbo, Ralph) (Entered: 10/04/2012) |
| 10/04/2012 | 457 | DECLARATION of Stuart W. Yothers filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 456 Redacted MOTIONS IN LIMINE Sealed (Attachments: # 1 Exhibit 5, # 2 Exhibit 6)(Palumbo, Ralph) Modified on 10/19/2012− sealed attachments per order dated 10/19/12 (MD). (Entered: 10/04/2012) |
| 10/04/2012 | 458 | **SEALED DOCUMENT** *Defendants' Motions in Limine* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 455 MOTION to Seal *Documents in Support of Defendants' Motions in Limine* (Palumbo, Ralph) (Entered: 10/04/2012) |
| 10/04/2012 | 459 | **SEALED DOCUMENT** *Exs 1−4 and Exs 7−12 to Declaration of Stuart W. Yothers in Support of Defendants Motions in Limine* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 455 MOTION to Seal *Documents in Support of Defendants' Motions in Limine* (Attachments: # 1 Exhibit 1−4, # 2 Exhibit 7−12)(Palumbo, Ralph) (Entered: 10/04/2012) |
| 10/04/2012 | 460 | MOTION to Seal *Proposed Findings of Fact and Conclusions of Law* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 10/12/2012, (Palumbo, Ralph) (Entered: 10/04/2012) |
| 10/04/2012 | 461 | Proposed Findings of Fact by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. (Palumbo, Ralph) (Entered: 10/04/2012) |
| 10/04/2012 | 462 | **SEALED DOCUMENT** *Proposed Findings of Fact and Conclusions of Law* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 460 MOTION to Seal *Proposed Findings of Fact and Conclusions of Law* (Palumbo, Ralph) (Entered: 10/04/2012) |
| 10/05/2012 | 463 | NOTICE *of Local Civil Rule 7(d)(4) Certification re Microsoft's Motions in Limine* re 450 **SEALED MOTION** to In Limine; re 448 MOTION to Seal *to File Documents Under Seal* ;, 449 Redacted MOTIONS IN LIMINE ; filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Harrigan, Arthur) (Entered: 10/05/2012) |
| 10/05/2012 | | Set/Reset Hearings: Pretrial Conference scheduled Monday, October 29, 2012 at 2:00 p.m. is rescheduled for 9:00 a.m.(CC) (Entered: 10/05/2012) |
| 10/05/2012 | | Set/Reset Hearings: A Daubert hearing is scheduled Thursday, October 18, 2012 at 9:00 a.m. before Hon. James L. Robart. (CC) (Entered: 10/05/2012) |

| 10/05/2012 | 464 | The court is in receipt of a request for video recording of the trial. Counsel shall respond by Wed., Oct. 17, 2012 stating their position.(CC) (Entered: 10/05/2012) |
|---|---|---|
| 10/10/2012 | 465 | ORDER denying 362 Motorola's Motion for Partial Summary Judgment, by Judge James L. Robart.(MD) (Entered: 10/10/2012) |
| 10/10/2012 | 466 | RESPONSE, by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, to 455 MOTION to Seal *Documents in Support of Defendants' Motions in Limine*, 460 MOTION to Seal *Proposed Findings of Fact and Conclusions of Law*. (Attachments: # 1 Proposed Order)(Harrigan, Arthur) (Entered: 10/10/2012) |
| 10/10/2012 | 467 | APPLICATION OF ATTORNEY Khue V. Hoang FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. (Fee Paid) Receipt No. 0981−2976228. (McCune, Philip) (Entered: 10/10/2012) |
| 10/10/2012 | 468 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., to 460 MOTION to Seal *Proposed Findings of Fact and Conclusions of Law*. (Palumbo, Ralph) (Entered: 10/10/2012) |
| 10/11/2012 | 469 | AMENDED ORDER to re 465 Order on Motion for Partial Summary Judgment by Judge James L. Robart. (MD) (Entered: 10/11/2012) |
| 10/11/2012 | 470 | ORDER re 467 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Khue V. Hoang for Motorola Mobility LLC, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 10/11/2012) |
| 10/12/2012 | 471 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 448 MOTION to Seal *to File Documents Under Seal* (Harrigan, Arthur) (Entered: 10/12/2012) |
| 10/12/2012 | 472 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., TO RESPONSE to 455 MOTION to Seal *Documents in Support of Defendants' Motions in Limine*, 460 MOTION to Seal *Proposed Findings of Fact and Conclusions of Law* (Palumbo, Ralph) (Entered: 10/12/2012) |
| 10/15/2012 | 473 | MOTION to Seal by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 10/26/2012, (Harrigan, Arthur) (Entered: 10/15/2012) |
| 10/15/2012 | 474 | RESPONSE, by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, to 456 Redacted MOTIONS IN LIMINE . Oral Argument Requested. (Harrigan, Arthur) (Entered: 10/15/2012) |
| 10/15/2012 | 475 | **SEALED DOCUMENT** *Microsoft's Oppositions to Defendants' Motions in Limine* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 473 MOTION to Seal (Harrigan, Arthur) (Entered: 10/15/2012) |
| 10/15/2012 | 476 | DECLARATION of Christopher Wion in Support of Microsoft's Opposition to Defs. Motions In Limine filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 456 Redacted MOTIONS IN LIMINE (Attachments: # 1 Exhibit 1, # 2 Exhibit 4, # 3 Exhibit 5, # 4 Exhibit 8, # 5 Exhibit 12, # 6 Exhibit 13)(Harrigan, Arthur) (Entered: 10/15/2012) |
| 10/15/2012 | 477 | **SEALED DOCUMENT** *Declaration of Christopher Wion in Support of Microsoft's Opposition to Defs. Motions in Limine* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 473 MOTION to Seal (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 6, # 4 Exhibit 7, # 5 Exhibit 9, # 6 Exhibit 10, # 7 Exhibit 11)(Harrigan, Arthur) (Entered: 10/15/2012) |
| 10/15/2012 | 478 | MOTION to Seal *Defendants' Opposition to Microsoft's Motions in Limine and Certain Exhibits to Declaration of Stuart W. Yothers* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 10/26/2012, (Palumbo, Ralph) (Entered: 10/15/2012) |
| 10/15/2012 | 479 | RESPONSE, by Defendants General Instrument Corporation, Motorola, Inc., Plaintiff Motorola Mobility LLC, to 449 Redacted MOTIONS IN LIMINE . Oral Argument Requested. (Attachments: # 1 Proposed Order)(Palumbo, Ralph) (Entered: 10/15/2012) |
| 10/15/2012 | 480 | DECLARATION of Stuart W. Yothers filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 456 Redacted MOTIONS IN LIMINE (Attachments: # 1 Exhibit 15, # 2 Exhibit 18, # 3 Exhibit 21−23, # 4 Exhibit 33, # 5 Exhibit 36)(Palumbo, Ralph) (Entered: 10/15/2012) |
| 10/15/2012 | 481 | **SEALED DOCUMENT** *Defendants' Opposition to Microsoft's Motions in Limine* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 478 MOTION to Seal *Defendants' Opposition to Microsoft's Motions in Limine and Certain Exhibits to Declaration of Stuart W. Yothers* (Palumbo, Ralph) (Entered: 10/15/2012) |

| 10/15/2012 | 482 | **SEALED DOCUMENT** *Exs. 13−14, 16−17, 19−20, 24−32, 34−35, 37−39 to Second Declaration of Stuart W. Yothers in Support of Defendants' Opposition to Microsoft's Motions in Limine* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 478 MOTION to Seal *Defendants' Opposition to Microsoft's Motions in Limine and Certain Exhibits to Declaration of Stuart W. Yothers* (Attachments: # 1 Exhibit 13−14, # 2 Exhibit 16−17, # 3 Exhibit 19−20, # 4 Exhibit 24−27, # 5 Exhibit 28−32, # 6 Exhibit 34−35, # 7 Exhibit 37−39)(Palumbo, Ralph) (Entered: 10/15/2012) |
|---|---|---|
| 10/18/2012 | 483 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Christopher Wion, David Pritikin, David Giardina,Richard Cederoth, Andy Culbert, Shane Cramer, David Kilbough*; Def Counsel: *Jesse Jenner, Philip McCune, Ralph Palumbo, James Batchelder, Khue Hoang, Kevin Post, Steven Pepe*; CR: *Nancy Bauer*; **Motion Hearing** held on 10/18/2012. The court hears from counsel. The court takes the matter under advisement. (CC) (Entered: 10/19/2012) |
| 10/19/2012 | 484 | ORDER granting 448 Microsoft's Motion to Seal. Dkt No. 452 exhibits 1−12 and 14−16; 450 and 454 remain under seal, by Judge James L. Robart.(MD) (Entered: 10/19/2012) |
| 10/19/2012 | 485 | ORDER granting 455 Defendants' Motion to Seal. Document No. 457 exhibits 1−4 and 7−12; 455 remain under seal, by Judge James L. Robart.(MD) (Entered: 10/19/2012) |
| 10/19/2012 | 486 | ORDER granting 460 Defendants' Motion to Seal Proposed findings of fact and conclusions of law, by Judge James L. Robart. (Dkt no. 462 sealed)(MD) (Entered: 10/19/2012) |
| 10/19/2012 | 487 | ORDER granting 473 Microsoft's Motion to Seal, by Judge James L. Robart. (Document No. 477 − exhibits 2,3,6,7,9−11; and dkt no. 475 remain under seal)(MD) (Entered: 10/19/2012) |
| 10/19/2012 | 488 | ORDER granting 312 Defendants' Motion to Redact 277 Notice of Filing of Official Transcript,,, re 277 Notice of Filing of Official Transcript, by Judge James L. Robart.(MD) (Entered: 10/19/2012) |
| 10/19/2012 | 489 | ORDER granting 478 Defendants' Motion to Seal in suport of defendants' opposition to Microsoft's motions in limine, by Judge James L. Robart. (Document No. 482 and 481 sealed)(MD) (Entered: 10/19/2012) |
| 10/22/2012 | 490 | ORDER − the court DENIES Motorolas motion (Dkt. # 393) to exclude testimony related to ex ante, multilateral negotiations to determine a RAND royalty rate. The court also DENIES Microsofts motion (Dkt. # 396) to exclude testimony of Charles Donohoe and survey evidence of Dr. Sukumar, by Judge James L. Robart.(MD) (Entered: 10/23/2012) |
| 10/23/2012 | 491 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Daubert hearing held on 10/18/2012 before Judge James L. Robart.<br><br>Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript contact court reporter Nancy Bauer by telephone at 206−370−8506. or by e−mail at nancy_bauer@wawd.uscourts.gov.<br><br>. Release of Transcript Restriction set for 1/22/2013, (NB) (Entered: 10/23/2012) |
| 10/24/2012 | 492 | APPLICATION OF ATTORNEY Michael D. Laufert FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. (Fee Paid) Receipt No. 0981−2992931. (McCune, Philip) (Entered: 10/24/2012) |
| 10/24/2012 | 493 | Proposed Pretrial Order by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Attachments: # 1 Appendix A − Joint Trial Exhibit list)(Harrigan, Arthur) (Entered: 10/24/2012) |
| 10/25/2012 | 494 | ORDER re (492 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Michael D Laufert for Motorola Mobility LLC, by William D McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 10/25/2012) |
| 10/29/2012 | 495 | MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order) |

| | | |
|---|---|---|
| | | Noting Date 11/9/2012, (Palumbo, Ralph) (Entered: 10/29/2012) |
| 10/29/2012 | <u>496</u> | DECLARATION of Brian Blasius filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re <u>495</u> MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets* (Palumbo, Ralph) (Entered: 10/29/2012) |
| 10/29/2012 | 497 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, David Pritikin, Richard Cederoth, Christopher Wion, Andy Culbert, David Giardina, Ellen Robbins, Shane Cramer, David Killough*; Def Counsel: *Ralph Palumbo, Jesse Jenner, Steve Pepe, Kevin Post, Stuart Yothers, Philip McCune*; CR: *Debbie Zurn*; **Pretrial Conference** held on 10/29/2012. The court discusses the trial schedule with counsel. Trial shall begin Tuesday, Nov. 13, 2012 at 9:00 a.m. Trial schedule Nov. 13−16 is 9:00 a.m. to 12:00 p.m. and 1:00 p.m. to 4:00 p.m. Monday, Nov. 19 trial will begin at 1:00 p.m. Nov. 20−21, trial schedule is 9:00 a.m. to 12:00 p.m. and 1:00 p.m. to 4:00 p.m. Each side allowed 18 hours of trial time. Included in the 18 hours is the time used by the court to read depositions. The court encourages counsel to attend technology training. Trial briefs may be up to 24 pages. For the reasons stated on the record, the court grants in part and denies in part the motions in limine, Dkt. ##449,450,456. (CC) (Entered: 10/29/2012) |
| 10/29/2012 | <u>498</u> | MOTION to Seal by Interested Parties IBM Corp., IBM Corp.. (Attachments: #<u>1</u> Proposed Order) Noting Date 11/9/2012, (Tondini, John) (Entered: 10/29/2012) |
| 10/29/2012 | <u>499</u> | DECLARATION of Kenneth S. King filed by Interested Party IBM Corp. re (103 in 2:11−cv−00343−JLR) MOTION to Seal (Tondini, John) (Entered: 10/29/2012) |
| 10/29/2012 | <u>500</u> | DECLARATION of John A. Tondini filed by Interested Party IBM Corp. re (103 in 2:11−cv−00343−JLR) MOTION to Seal (Tondini, John) (Entered: 10/29/2012) |
| 10/29/2012 | <u>501</u> | MOTION to Seal *Nonparties Research in Motion Limited and Research in Motion Corporation's Motion to File Documents Under Seal* by ThirdParty Defendant Research in Motion Limited and Research in Motion Corporation. (Attachments: #<u>1</u> Proposed Order) Noting Date 11/9/2012, (Denkenberger, John) (Entered: 10/29/2012) |
| 10/29/2012 | <u>502</u> | **SEALED MOTION** to Seal Terms of Patent License Agreements and to Deny Microsoft In−House Counsel Access to the Agreements; re <u>501</u> MOTION to Seal *Nonparties Research in Motion Limited and Research in Motion Corporation's Motion to File Documents Under Seal* ; by ThirdParty Defendant Research in Motion Limited and Research in Motion Corporation. Oral Argument Requested. (Attachments: #<u>1</u> Proposed Order) Noting Date 11/9/2012, (Denkenberger, John) (Entered: 10/29/2012) |
| 10/29/2012 | <u>503</u> | **SEALED DOCUMENT** *Declaration of Michael J. Crowley in Support of Nonparties Research in Motion Limited and Research in Motion Corporation's Motion to Seal Terms of Patent License Agreements and to Deny Microsoft Inside Counsel Access to the Agreements* by ThirdParty Defendant Research in Motion Limited and Research in Motion Corporation re <u>501</u> MOTION to Seal *Nonparties Research in Motion Limited and Research in Motion Corporation's Motion to File Documents Under Seal* (Denkenberger, John) (Entered: 10/29/2012) |
| 10/29/2012 | <u>504</u> | REDACTION to <u>502</u> **SEALED MOTION** to Seal Terms of Patent License Agreements and to Deny Microsoft In−House Counsel Access to the Agreements; re <u>501</u> MOTION to Seal *Nonparties Research in Motion Limited and Research in Motion Corpora* by ThirdParty Defendant Research in Motion Limited and Research in Motion Corporation. (Attachments: #<u>1</u> Proposed Order)(Denkenberger, John) (Entered: 10/29/2012) |
| 10/29/2012 | <u>505</u> | REDACTION to <u>503</u> Sealed Document,, <u>504</u> Redacted Document, *Redacted Declaration of Michael J. Crowley in Support of Nonparties Research in Motion Limited and Research in Motion Corporation's Motion to Seal Terms of Patent License Agreements and to Deny Microsoft Inside Counsel Access to the Agreements* by ThirdParty Defendant Research in Motion Limited and Research in Motion Corporation. (Denkenberger, John) (Entered: 10/29/2012) |
| 10/29/2012 | <u>506</u> | APPLICATION OF ATTORNEY Vincent J. Belusko FOR LEAVE TO APPEAR PRO HAC VICE for ThirdParty Defendant Research in Motion Limited and Research in Motion Corporation (Fee Paid) Receipt No. 0981−2997677. (Denkenberger, John) (Entered: 10/29/2012) |
| 10/30/2012 | <u>507</u> | ORDER re (506 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Vincent J Belusko for Research in Motion Limited and Research in Motion Corporation, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 10/30/2012) |

| | | |
|---|---|---|
| 11/01/2012 | <u>508</u> | NOTICE of Joinder JOINING (495 in 2:10−cv−01823−JLR) MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets*, by Interested Parties VTech Communications, VTech Communications. (Barton, Walter) (Entered: 11/01/2012) |
| 11/01/2012 | <u>509</u> | DECLARATION of Kenton Erwin filed by Interested Party VTech Communications re <u>495</u> MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets* (Barton, Walter) (Entered: 11/01/2012) |
| 11/01/2012 | <u>510</u> | MOTION to Seal *Trial Exhibits That Disclose Microsoft's Trade Secrets* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. Oral Argument Requested. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Appendix A) Noting Date 11/9/2012, (Harrigan, Arthur) (Entered: 11/01/2012) |
| 11/01/2012 | <u>511</u> | DECLARATION of Erich Andersen in Support of Microsoft's Motion to Seal filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re <u>510</u> MOTION to Seal *Trial Exhibits That Disclose Microsoft's Trade Secrets* (Harrigan, Arthur) (Entered: 11/01/2012) |
| 11/01/2012 | <u>512</u> | DECLARATION of Jennifer Ochs in Support of Microsoft's Motion to Seal filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re <u>510</u> MOTION to Seal *Trial Exhibits That Disclose Microsoft's Trade Secrets* (Harrigan, Arthur) (Entered: 11/01/2012) |
| 11/01/2012 | <u>513</u> | DECLARATION of Tanya Moore in Support of Microsoft's Motion to Seal Confidential Documents filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re <u>510</u> MOTION to Seal *Trial Exhibits That Disclose Microsoft's Trade Secrets* (Harrigan, Arthur) (Entered: 11/01/2012) |
| 11/01/2012 | <u>514</u> | DECLARATION of Leo Del Castillo in Support of Microsoft's Motion to Seal filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re <u>510</u> MOTION to Seal *Trial Exhibits That Disclose Microsoft's Trade Secrets* (Harrigan, Arthur) (Entered: 11/01/2012) |
| 11/02/2012 | <u>515</u> | NOTICE of Joinder JOINING <u>495</u> MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets*, by Interested Party Ericsson Inc. (Jost, Shannon) (Entered: 11/02/2012) |
| 11/02/2012 | <u>516</u> | DECLARATION of Anna Johns filed by Interested Party Ericsson Inc re <u>495</u> MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets* (Jost, Shannon) (Entered: 11/02/2012) |
| 11/02/2012 | <u>517</u> | NOTICE of Intent to Request Redaction by Ralph H Palumbo of <u>491</u> Electronic Transcript (Palumbo, Ralph) (Entered: 11/02/2012) |
| 11/05/2012 | <u>518</u> | NOTICE of Joinder JOINING <u>495</u> MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets*, by Interested Party LG Electronics, Inc.. (Attachments: # <u>1</u> Exhibit Declaration of Jungsheek Juhn, # <u>2</u> Certificate of Service Certificate of Service)(Rylander, Kurt) (Entered: 11/05/2012) |
| 11/05/2012 | <u>519</u> | MOTION to Seal by Interested Party MPEG LA, LLC. Noting Date 11/9/2012, (Bigby, Aaron) (Entered: 11/05/2012) |
| 11/05/2012 | <u>520</u> | DECLARATION of Tony Piotrowski filed by Interested Party MPEG LA, LLC re <u>519</u> MOTION to Seal (Bigby, Aaron) (Entered: 11/05/2012) |
| 11/05/2012 | <u>521</u> | PROPOSED ORDER (Unsigned) re <u>519</u> MOTION to Seal , <u>520</u> Declaration (Bigby, Aaron) (Entered: 11/05/2012) |
| 11/06/2012 | <u>522</u> | NOTICE of Joinder JOINING (495 in 2:10−cv−01823−JLR) MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets*, by Plaintiffs Kyocera Communications, Inc., Kyocera Communications, Inc., Kyocera Corporation, Kyocera Corporation. (Tondini, John) (Entered: 11/06/2012) |
| 11/06/2012 | <u>523</u> | DECLARATION of Eric Klein filed by Plaintiffs Kyocera Communications, Inc., Kyocera Corporation re (495 in 2:10−cv−01823−JLR) MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets* (Tondini, John) (Entered: 11/06/2012) |
| 11/06/2012 | <u>529</u> | ORDER of USCA (12−35352) as to <u>303</u> Notice of Appeal, filed by Motorola, Inc., Motorola Mobility LLC, General Instrument Corporation; The panel has unanimously voted to deny appellants petition for rehearing. Judge Thomas and Judge Berzon have voted to deny the petition for rehearing en banc, and Judge Wallace so recommends. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for |

| | | rehearing is denied and the petition for rehearing en banc is rejected (LMK) (Entered: 11/07/2012) |
|---|---|---|
| 11/07/2012 | 524 | MOTION to Seal by Interested Parties Kyocera Communications, Inc., Kyocera Corporation. (Attachments: #1 Proposed Order) Noting Date 11/16/2012, (Tondini, John) (Entered: 11/07/2012) |
| 11/07/2012 | 525 | **SEALED MOTION** to Amend the Protective Order; re 447 Order on Motion to Amend ; by Interested Parties Kyocera Communications, Inc., Kyocera Corporation. (Attachments: #1 Proposed Order) Noting Date 11/23/2012, (Tondini, John) (Entered: 11/07/2012) |
| 11/07/2012 | 526 | **SEALED DOCUMENT** *Declaration of Eric Klein In Support of Motion to Amend Protective Order* by Interested Parties Kyocera Communications, Inc., Kyocera Corporation re 447 Order on Motion to Amend (Tondini, John) (Entered: 11/07/2012) |
| 11/07/2012 | 527 | MOTION to Amend *Protective Order [Redacted]* by Interested Parties Kyocera Communications, Inc., Kyocera Corporation. (Attachments: #1 Proposed Order) Noting Date 11/23/2012, (Tondini, John) (Entered: 11/07/2012) |
| 11/07/2012 | 528 | DECLARATION of Eric Klein filed by Interested Parties Kyocera Communications, Inc., Kyocera Corporation re (527 in 2:10−cv−01823−JLR, 111 in 2:11−cv−00343−JLR) MOTION to Amend *Protective Order [Redacted]* (Tondini, John) (Entered: 11/07/2012) |
| 11/07/2012 | 530 | APPLICATION OF ATTORNEY Matthew R. Clements FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. (Fee Paid) Receipt No. 0981−3008299. (McCune, Philip) (Entered: 11/07/2012) |
| 11/07/2012 | 531 | NOTICE of Joinder JOINING 495 MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets*, by Interested Party Koninklijke Philips Electronics N.V.. (Stewart, Douglas) (Entered: 11/07/2012) |
| 11/07/2012 | 532 | DECLARATION *of Michael Marion in support of* re 531 Notice of Joinder, by Interested Party Koninklijke Philips Electronics N.V.. (Stewart, Douglas) (Entered: 11/07/2012) |
| 11/07/2012 | 533 | RESPONSE, by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, to 495 MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets*, 498 MOTION to Seal . (Harrigan, Arthur) (Entered: 11/07/2012) |
| 11/07/2012 | 534 | TRIAL BRIEF *REDACTED* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Harrigan, Arthur) (Entered: 11/07/2012) |
| 11/07/2012 | 535 | **SEALED DOCUMENT** *Microsoft Corporation's Trial Brief* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 495 MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets* (Harrigan, Arthur) (Entered: 11/07/2012) |
| 11/07/2012 | 536 | RESPONSE, by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, to 502 **SEALED MOTION** to Seal Terms of Patent License Agreements and to Deny Microsoft In−House Counsel Access to the Agreements; re 501 MOTION to Seal *Nonparties Research in Motion Limited and Research in Motion Corpora. (Attachments: #1 Proposed Order)(Harrigan, Arthur) (Entered: 11/07/2012)* |
| 11/07/2012 | 537 | DECLARATION of T. Andrew Culbert in Support of Microsoft's Response to RIM's Motion to Seal filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 502 **SEALED MOTION** to Seal Terms of Patent License Agreements and to Deny Microsoft In−House Counsel Access to the Agreements; re 501 MOTION to Seal *Nonparties Research in Motion Limited and Research in Motion Corpora (Harrigan, Arthur) (Entered: 11/07/2012)* |
| 11/07/2012 | 538 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., to 510 MOTION to Seal *Trial Exhibits That Disclose Microsoft's Trade Secrets*, 498 MOTION to Seal , 502 **SEALED MOTION** to Seal Terms of Patent License Agreements and to Deny Microsoft In−House Counsel Access to the Agreements; re 501 MOTION to Seal *Nonparties Research in Motion Limited and Research in Motion Corpora, 519 MOTION to Seal . (Palumbo, Ralph) (Entered: 11/07/2012)* |
| 11/07/2012 | 539 | TRIAL BRIEF *REDACTED* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Palumbo, Ralph) (Entered: 11/07/2012) |
| 11/07/2012 | 540 | MOTION to Seal *Trial Brief* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: #1 Proposed Order) Noting Date 11/16/2012, (Palumbo, Ralph) (Entered: 11/07/2012) |

| 11/07/2012 | 541 | **SEALED DOCUMENT** *Motorola's Trial Brief* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 540 MOTION to Seal *Trial Brief* (Palumbo, Ralph) (Entered: 11/07/2012) |
|---|---|---|
| 11/08/2012 | 542 | ORDER re (530 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Matthew R Clements for ~~Kyocera Corporation,~~ and for General Instrument Corporation,Matthew R Clements for Motorola Mobility LLC, by William M. McCool. (No document associated with this docket entry, text only.)(DS) Modified on 11/9/2012 − removed party (DS). (Entered: 11/08/2012) |
| 11/08/2012 | 543 | MOTION to Seal *Trial Exhibits* by Interested Parties Via Licensing Corporation, Via Licensing Corporation. Oral Argument Requested. (Attachments: # 1 Appendix, # 2 Proposed Order) Noting Date 11/9/2012, (Sekits, Matthew) (Entered: 11/08/2012) |
| 11/08/2012 | 544 | DECLARATION of Keith P. Gray filed by Interested Party Via Licensing Corporation re 543 MOTION to Seal *Trial Exhibits* (Sekits, Matthew) (Entered: 11/08/2012) |
| 11/08/2012 | 545 | **SEALED DOCUMENT** *Declaration of Matthew J. Sekits in Support of Non−Party Via Licensing Corporation's Motion to Seal Trial Exhibits* by Interested Party Via Licensing Corporation re 543 MOTION to Seal *Trial Exhibits* (Attachments: # 1 Exhibit pages 5−32, # 2 Exhibit pages 33−118, # 3 Exhibit pages 119−193, # 4 Exhibit 194−267, # 5 Exhibit 268−307)(Sekits, Matthew) (Entered: 11/08/2012) |
| 11/09/2012 | 546 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 510 MOTION to Seal *Trial Exhibits That Disclose Microsoft's Trade Secrets* (Harrigan, Arthur) (Entered: 11/09/2012) |
| 11/09/2012 | 547 | MOTION to Seal *Confidential Business Information* by Interested Parties Nokia Corporation, Nokia Inc.. (Attachments: # 1 Exhibit Declaration of Paul Melin, # 2 Proposed Order) Noting Date 11/9/2012, (Termes, Lance) (Entered: 11/09/2012) |
| 11/09/2012 | 548 | NOTICE of Appearance by attorney Donald Stewart Cohen on behalf of Interested Party Samsung Electronics Co., LTD.. (Cohen, Donald) (Entered: 11/09/2012) |
| 11/09/2012 | 549 | APPLICATION OF ATTORNEY R. Paul Zeineddin FOR LEAVE TO APPEAR PRO HAC VICE for Interested Party Samsung Electronics Co., LTD. (Fee Paid) Receipt No. 0981−3011566. (Cohen, Donald) (Entered: 11/09/2012) |
| 11/09/2012 | 550 | Exhibit List *Supplemental Joint Exhibit List With Stipulations* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Exhibit A, pp 4−101, # 2 Exhibit B, pp 102−199)(Palumbo, Ralph) (Entered: 11/09/2012) |
| 11/09/2012 | 551 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., TO RESPONSE to 495 MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets* (Palumbo, Ralph) (Entered: 11/09/2012) |
| 11/09/2012 | 552 | NOTICE of Joinder JOINING 495 MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets*, by Interested Party Samsung Electronics Co., LTD.. (Cohen, Donald) (Entered: 11/09/2012) |
| 11/09/2012 | 553 | DECLARATION of Indong Kang filed by Interested Party Samsung Electronics Co., LTD. re 495 MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets* (Cohen, Donald) (Entered: 11/09/2012) |
| 11/09/2012 | 554 | MOTION to Seal *to File Documents Under Seal* by Interested Party Samsung Electronics Co., LTD.. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 11/13/2012, (Cohen, Donald) (Entered: 11/09/2012) |
| 11/09/2012 | 555 | **SEALED MOTION** to Seal Terms of Patent License Agreements and Other Licensing Information and Exclude Unauthorized Persons from the Courtroom; re 554 MOTION to Seal *to File Documents Under Seal* ; by Interested Party Samsung Electronics Co., LTD.. Oral Argument Requested. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order) Noting Date 11/13/2012, (Cohen, Donald) (Entered: 11/09/2012) |
| 11/09/2012 | 556 | REPLY, filed by ThirdParty Defendant Research in Motion Limited and Research in Motion Corporation, TO RESPONSE to 502 **SEALED MOTION** to Seal Terms of Patent License Agreements and to Deny Microsoft In−House Counsel Access to the Agreements; re 501 MOTION to Seal *Nonparties Research in Motion Limited and Research in Motion Corpora (Denkenberger, John) (Entered: 11/09/2012)* |

| 11/09/2012 | 557 | **SEALED DOCUMENT** *Declaration of Indong Kang in Support of NonParty Samsung's Motion to Seal Terms of Patent License Agreements and Other Licensing Information and Exclude Unauthorized Persons From the Courtroom* by Interested Party Samsung Electronics Co., LTD. re 554 MOTION to Seal *to File Documents Under Seal* (Attachments: # 1 Exhibit A, # 2 Exhibit B−1, # 3 Exhibit B−2, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L)(Cohen, Donald) (Entered: 11/09/2012) |
|---|---|---|
| 11/09/2012 | 558 | **COUNSEL FILE UNREDACTED VERSION. Correct version was filed as doc. 560. SEALED** REDACTION to 555 **SEALED MOTION** to Seal Terms of Patent License Agreements and Other Licensing Information and Exclude Unauthorized Persons from the Courtroom; re 554 MOTION to Seal *to File Documents Under Seal* ; by Interested Party Samsung Electronics Co., LTD.. (Cohen, Donald) Modified per counsel request on 11/13/2012 (JJT). (Entered: 11/09/2012) |
| 11/09/2012 | 559 | REDACTION to 557 Sealed Document,, *Declaration of Indong Kang in Support of NonParty Samsung's Motion to Seal Terms of Patent License Agreements and Other Licensing Information and Exclude Unauthorized Persons From the Courtroom* by Interested Party Samsung Electronics Co., LTD.. (Cohen, Donald) (Entered: 11/09/2012) |
| 11/09/2012 | 560 | REDACTION to 555 **SEALED MOTION** to Seal Terms of Patent License Agreements and Other Licensing Information and Exclude Unauthorized Persons from the Courtroom; re 554 MOTION to Seal *to File Documents Under Seal* ; by Interested Party Samsung Electronics Co., LTD.. (Entered: 11/09/2012) |
| 11/09/2012 | 561 | Emergency DECLARATION of DONALD S. COHEN REGARDING INCORRECT DOCKET #558 FILING filed by Interested Party Samsung Electronics Co., LTD. re 555 **SEALED MOTION** to Seal Terms of Patent License Agreements and Other Licensing Information and Exclude Unauthorized Persons from the Courtroom; re 554 MOTION to Seal *to File Documents Under Seal* ; (Cohen, Donald) (Entered: 11/09/2012) |
| 11/10/2012 | 562 | Third Party MOTION to Seal by Unknown Qualcomm Inc.. (Attachments: # 1 Proposed Order) Noting Date 11/23/2012, (Durbin, Christopher) (Entered: 11/10/2012) |
| 11/10/2012 | 563 | DECLARATION of Fabian Gonell filed by Unknown Qualcomm Inc. re 562 Third Party MOTION to Seal (Durbin, Christopher) (Entered: 11/10/2012) |
| 11/10/2012 | 564 | DECLARATION of Adam Tachner filed by Unknown Qualcomm Inc. re 562 Third Party MOTION to Seal (Durbin, Christopher) (Entered: 11/10/2012) |
| 11/12/2012 | 565 | NOTICE of Appearance by attorney Steven Thomas Reich on behalf of Interested Party Samsung Electronics Co., LTD.. (Reich, Steven) (Entered: 11/12/2012) |
| 11/12/2012 | 566 | NOTICE of Joinder JOINING 495 MOTION to Seal *Documents and Trial Testimony and Exclude Unauthorized Persons From the Courtroom During Testimony Regarding Trade Secrets*, by Interested Party Ericsson Inc. (Jost, Shannon) (Entered: 11/12/2012) |
| 11/12/2012 | 567 | ORDER granting in part and denying in part Motorola's Motion to Seal [Dkt. # 495]; Microsoft's Motion to Seal [Dkt. # 510]; and numerous non−party motions to seal [Dkt. ## 498, 502, 519, 522, 543, 555, and 562]. The also court sets forth a procedure for courtroom proceedings during the upcoming November 13, 2012 trial on RAND issues in this matter. by Judge James L. Robart.(FS) (Entered: 11/12/2012) |
| 11/13/2012 | | NOTICE of Docket Text Modification re 558 Redacted Document,, : Counsel filed an unredacted document instead of the redacted version. The document has been sealed. The redacted document was filed as doc. 560. (JJT) (Entered: 11/13/2012) |
| 11/13/2012 | 568 | ORDER re (549 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney R Paul Zeineddin for Samsung Electronics Co., LTD., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 11/13/2012) |
| 11/13/2012 | 569 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: Casey Condon; Pla Counsel: *Arthur Harrigan, David Pritikin, Richard Cederoth, Christopher Wion, Ellen Robbins*; Def Counsel: *Jesse Jenner, Ralph Palumbo, Philip McCune, Steven Pepe, Gabrielle Higgins, Mark Rowland*; CR: *Debbie Zurn, Barry Fanning*; DAY 1 − **Bench Trial** held on 11/13/2012. The parties shall prepare post trial briefs and annotated findings of fact.The court hears opening statement from Mr. Harrigan.Witnesses sworn: John DeVaan, Garrett Glanz, Kevin Murphy, Gary Sullivan.Exhibits admitted:424, 424a,618,124, 1125, 1139, 1141, 1173, 1179, 1408, 1409, 1581, 1583, 1584, 1625, 1626, 1636, 1642, 1643, 2042, 2359, 2739, 2832, 3087, 3088, 3091.Court in recess at 4:00 p.m. Court to resume Wed., Nov. 14 at 9:00 a.m. (CC) (Entered: 11/13/2012) |

| 11/13/2012 | 570 | MOTION Clarification of Order Granting in Part and Denying in Part Motions to Seal re 567 Order on Motion to Seal,, Order on Sealed Motion,,,,,,,,,,,,544 Declaration, 545 Sealed Document, 543 MOTION to Seal *Trial Exhibits* by Interested Party Via Licensing Corporation. (Attachments: # 1 Proposed Order) Noting Date 11/13/2012, (Sekits, Matthew) (Entered: 11/13/2012) |
|---|---|---|
| 11/14/2012 | 571 | ORDER granting 570 Non−Party Via Licensing Corporation's Motion for Clarification. The Court Orders the following trial exhibits to be sealed: 1144, 3184−3192, and 3205, by Judge James L. Robart.(MD) (Entered: 11/14/2012) |
| 11/14/2012 | 572 | MOTION Clarification of Order Granting in Part and Denying in Part Motions to Seal Exhibits re 567 Order on Motion to Seal,, Order on Sealed Motion,,,,,,,,,,, by Interested Party Samsung Electronics Co., LTD.. (Attachments: # 1 Proposed Order) Noting Date 11/14/2012, (Cohen, Donald) (Entered: 11/14/2012) |
| 11/14/2012 | 573 | ORDER − RIM, Samsung, Microsoft and Motorola motion to seal trial exhibits. The court ORDERS sealed trial exhibits 2769, 3163, 3191, 3238, 3264, 3137, and 2800. Subject to the conditions set forth in the courts November 12 order, the court ORDERS sealed trial exhibits 502, 2238, 2370, 2371, 3094, 2422, 2689, 2576, 2652, 2808, 2809, 2845, 3230−3234, 428, and 16, by Judge James L. Robart. (MD) (Entered: 11/14/2012) |
| 11/14/2012 | 574 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Christopher Wion, David Pritikin, Richard Cederoth, Andrew Culbert, Ellen Robbins*; Def Counsel: *Jesse Jenner, Ralph Palumbo, Philip McCune, Kevin Post, Steven Pepe, Mark Rowland*; CR: *Debbie Zurn, Barry Fanning*; DAY 2 −**Bench Trial** held on 11/14/2012. Gary Sullivan resumes the stand.Witnesses sworn: Jennifer Ochs, Michael Orchard. Exhibits admitted:16, 421, 462, 574, 575, 589, 590, 591, 592, 611, 617, 618, 632, 653, 656, 710, 782, 785, 1477, 1479, 1493, 1544, 1550 (demonstrative), 1608, 1610, 2161,2227, 2271,2281, 2345, 2738, 3381, 3398, 3399, 3404, 3412.Also 265,266,268,270−278,280−283,796,798,800,813−818,822−825,827−831,833,840−842,846−848, 854−857,868−870,884,890,893,895,906,924,1411,1669.Court in recess at 3:00 p.m. Court to resume Thurs., Nov. 15 at 9:00 a.m. (CC) (Entered: 11/14/2012) |
| 11/15/2012 | 575 | MANDATE of USCA (12−35352) as to 303 Notice of Appeal, filed by Motorola, Inc., Motorola Mobility LLC, General Instrument Corporation The judgment of this Court, entered September 28, 2012, takes effect this date. AFFIRMED. (SA) (Entered: 11/15/2012) |
| 11/15/2012 | 576 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, David Pritikin, Richard Cederoth, Christopher Wion*; Def Counsel: *Jesse Jenner, Ralph Palumbo, Lawrence Rogers, Kevin Post*; CR: *Debbie Zurn, Barry Fanning*; DAY 3 − **Bench Trial** held on 11/15/2012. Witnesses sworn: Leo DelCastillo, Jerry Gibson.Exhibit 16, redacted and taken under consideration.Exhibits admitted:7,60,61,74,78,88,89,97,100,101,129,131,137,148,151,154,156,157,160,161,164, 166,169−171,177,179,180,181,183,195,234,240,245,255,260,264,318,321,325,327,345,357, 359,367,383,384,385,386a,387,391,397,434,435,437,438,439,475,476,477,478,480,481,483, 484,485,486,503,505,506,514,520,525,526,527,529,530,532,533,534,536,537,539,540,545, 547,548,550,551,565,569,570,937,1589,1592,1594,2013,2014,2016,2019,2082(sealed),2265, 2329a,2353(sealed),2365(sealed),2686(sealed),2727(sealed),3345(confidential),3347, 3383(sealed),3417(demonstrative),3421,4041(demonstrative),Court in recess at 4:00 p.m. Court to resume Fri., Nov. 16 at 9:00 a.m. (CC) (Entered: 11/15/2012) |
| 11/16/2012 | 577 | APPLICATION OF ATTORNEY Nicola Pisano FOR LEAVE TO APPEAR PRO HAC VICE for Interested Parties Kyocera Communications, Inc., Kyocera Corporation (Fee Paid) Receipt No. 0981−3018805. (Tondini, John) (Entered: 11/16/2012) |
| 11/16/2012 | 578 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, David Pritikin, Richard Cederoth*; Def Counsel: *Jesse Jenner, Ralph Palumbo, James Batchelder, Gabrielle Higgins*; CR: *Debbie Zurn, Barry Fanning*; DAY 4 − **Bench Trial** held on 11/16/2012. The court discusses the letter received from Motorola. The parties shall brief the issue contained in the letter received from Motorola. Exhibits 494 &499 were admitted Nov. 15, 2012.Witnesses sworn: Timothy Simcoe, Matthew Lynde.Opening statement by Mr. Jenner. Witness sworn: Ajay Luthra.Exhibits admitted: 6,52,53,59,65,66,67,71,103,423,610,653,654,674,675,710,1031,1032,1033,1036,1125,1130, 1150,1151,1152,1153,1154,1155,1156,1158,1159,1160,1161,1163,1164,1165,1167,1190,1407, 1414,1568,1575,2209, 2216,2227,2274,2342,2838,2839,2970,3010,3013,3114,3116,3118,3125,3194,3382,3394.Court is in recess at 4:30 p.m. Court to resume Mon., Nov. 19 at 8:45 a.m. (CC) (Entered: 11/16/2012) |
| 11/18/2012 | 579 | APPLICATION OF ATTORNEY Douglas H. Hallward−Driemeier FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. (Fee |

| | | Paid) Receipt No. 0981−3019006. (McCune, Philip) (Entered: 11/18/2012) |
|---|---|---|
| 11/18/2012 | 580 | MEMORANDUM filed by Interested Party Samsung Electronics Co., LTD. re 572 MOTION Clarification of Order Granting in Part and Denying in Part Motions to Seal Exhibits re 567 Order on Motion to Seal,, Order on Sealed Motion,,,,,,,,,,,,, (Reich, Steven) (Entered: 11/18/2012) |
| 11/18/2012 | 581 | MOTION Concerning Use of Certain Confidential Information at Trial by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 11/20/2012, (Palumbo, Ralph) (Entered: 11/18/2012) |
| 11/18/2012 | 582 | *Plaintiff Microsoft Corporation's* BRIEF *Concerning the Use of Third−Party Confidential Information* by Plaintiff Microsoft Corporation. (Harrigan, Arthur) (Entered: 11/18/2012) |
| 11/18/2012 | 583 | BRIEF *REGARDING MOTOROLAS PROPOSALS FOR HANDLING OF CONFIDENTIAL PATENT LICENSE EVIDENCE; NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS* by ThirdParty Defendant Research in Motion Limited and Research in Motion Corporation. (Denkenberger, John) (Entered: 11/18/2012) |
| 11/18/2012 | 584 | MEMORANDUM re 580 Memorandum, *and Joinder in Non−Party Samsung's Brief re Sealing Terms* by Interested Party Qualcomm Inc.. (Durbin, Christopher) (Entered: 11/18/2012) |
| 11/18/2012 | 585 | MOTION to Quash *Subpoena of Jonathan Caruana* by Plaintiff Microsoft Corporation. Noting Date 11/19/2012, (Harrigan, Arthur) (Entered: 11/18/2012) |
| 11/18/2012 | 586 | NOTICE of Joinder JOINING 572 MOTION Clarification of Order Granting in Part and Denying in Part Motions to Seal Exhibits re 567 Order on Motion to Seal,, Order on Sealed Motion,,,,,,,,,,,,, , by Interested Parties Nokia Corporation, Nokia Inc.. (Termes, Lance) (Entered: 11/18/2012) |
| 11/19/2012 | 587 | ORDER granting 554 Nonparty Samsung's Motion to Seal. Docket Numbers 555 and 557 shall remain under seal, by Judge James L. Robart.(MD) (Entered: 11/19/2012) |
| 11/19/2012 | 588 | ORDER granting 572 Nonparty Samsung's Motion for Clarification. The Court Orders the following exhibits to be previsionally sealed, consistent with the Court's November 12, 2012 Order: 2769, 3163, 3191, 3238, 3264, and 3137, by Judge James L. Robart.(MD) (Entered: 11/19/2012) |
| 11/19/2012 | 589 | ORDER granting 501 Nonparties Research in Motion Limited and Research in Motion Corporation's Motion to File documents under seal, by Judge James L. Robart.(MD) (Entered: 11/19/2012) |
| 11/19/2012 | 590 | ORDER granting 540 Defendants' Motion to File Trial Brief Under Seal, by Judge James L. Robart.(MD) (Entered: 11/19/2012) |
| 11/19/2012 | 591 | ORDER granting 524 Nonparties Kyocera Corporation and Kyocera Communications, Inc.'s Motion to file document under Seal. Docket Numbers 525 and 526 shall remain sealed, by Judge James L. Robart.(MD) (Entered: 11/19/2012) |
| 11/19/2012 | 592 | ORDER − the court STRIKES the motion (C11−0343JLR (Dkt. # 110)) from the docket in C11−0343JLR as moot which is identical to a motion to seal filed by Kyocera in C10−1823JLR. Motions terminated: (110 in 2:11−cv−00343−JLR) MOTION to Seal filed by Kyocera Corporation, Kyocera Communications, Inc., by Judge James L. Robart. (MD) (Entered: 11/19/2012) |
| 11/19/2012 | 593 | ORDER re 577 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Nicola Pisano for Kyocera Communications, Inc., by William M. McCool. (No document associated with this docket entry, text only.) (CL) (Entered: 11/19/2012) |
| 11/19/2012 | 594 | ORDER re (579 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Douglas H Hallward−Driemeier for Motorola Mobility, Inc., Motorola Mobility, LLC., and General Instrument Corporation by William M. McCool. (No document associated with this docket entry, text only.) (CL) (Entered: 11/19/2012) |
| 11/19/2012 | 595 | ORDER − The Court strikes (525) Sealed Motion; strikes (527) Motion to Amend. in case 2:10−cv−01823−JLR; strikes (111) Motion to Amend. in case 2:11−cv−00343−JLR by Judge James L. Robart.(MD) (Entered: 11/19/2012) |
| 11/19/2012 | 596 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Jesse Jenner, Ralph Palumbo, Steve Pepe, Mark Rowland, Thomas Miller*; Def Counsel: *Arthur Harrigan, David Pritikin, Richard Cederoth, Andrew Culbert, Ellen Robbins, Christopher Wion*; CR: *Debbie Zurn, Barry Fanning*; DAY 5 − **Bench Trial** held on 11/19/2012. 8:45 a.m. − The court discusses the licensing agreements with counsel. The licensing agreements shall be sealed, redacted and placed in the public record.Exhibit 54 admitted Nov. 16. Exhibit 59 was admitted in the minutes Nov. 16, however, the |

| | | |
|---|---|---|
| | | exhibit is not admitted.Ajay Luthra resumes the stand.Witnesses admitted: Timothy Drabik. Dr. Orchard resumes the stand. Tim Williams, Richard Schmalensee, Ramamirthan Sukumar, Michael Dansky.Exhibits admitted: 1,2,5,12,13,14,43,44,45,47,49,50,51,64,73,104,107,123,140,141,185,193,293,294,420, 561,640,641,936,1489,1585,1675,1676,1677,2041,2174,2176,2183(601469−601477),2202,2230, 2329,2366,2367,2368,2369,2370,2371,2372,2373,2377,2393,2399,2451,2684,2688(sealed), 2753,2840,2922,2945,2961,2968,2982,3034(a),3034(b),3035,3036,3081,3145,3293−3316(demonstrative), 3423(demonstrative),3424(demonstrative).Court in recess at 4:00 p.m. Court to resume Tues., Nov. 20 at 9:00 a.m. (CC) (Entered: 11/19/2012) |
| 11/19/2012 | 597 | Letter from Microsoft re Xbox. (CL) (Entered: 11/20/2012) |
| 11/20/2012 | 598 | APPLICATION OF ATTORNEY Mark A. McCarty FOR LEAVE TO APPEAR PRO HAC VICE for Interested Party Nokia Corporation (Fee Paid) Receipt No. 0981−3021491. (McKay, Michael) (Entered: 11/20/2012) |
| 11/20/2012 | 599 | APPLICATION OF ATTORNEY Matthew D. Richardson FOR LEAVE TO APPEAR PRO HAC VICE for Interested Party Nokia Corporation (Fee Paid) Receipt No. 0981−3021523. (McKay, Michael) (Entered: 11/20/2012) |
| 11/20/2012 | 600 | NOTICE of Appearance by attorney Michael D McKay on behalf of Interested Party Nokia Corporation. (Attachments: # 1 Certificate of Service)(McKay, Michael) (Entered: 11/20/2012) |
| 11/20/2012 | 601 | CERTIFICATE OF SERVICE by Interested Party Nokia Corporation re 598 Application for Leave to Appear Pro Hac Vice *Mark A. McCarty*. (McKay, Michael) (Entered: 11/20/2012) |
| 11/20/2012 | 602 | CERTIFICATE OF SERVICE by Interested Party Nokia Corporation re 599 Application for Leave to Appear Pro Hac Vice *Matthew D. Richardson*. (McKay, Michael) (Entered: 11/20/2012) |
| 11/20/2012 | 603 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, David Pritikin, Richard Cederoth, Christopher Wion, Andrew Culbert*; Def Counsel: *Jesse Jenner, Ralph Palumbo, Steven Pepe, Kevin Post, James Batchelder*; CR: *Debbie Zurn, Barry Fanning*; DAY 6 − **Bench Trial** completed on 11/20/2012. Exhibit 502 admitted Nov. 19, 2012.Redacted exhibits admitted: 69,70,334,413,1660,1680,1681,2366,2370,2371,2372,2377,2773,2782,2789,3253,3335,3373, 3390.The court strikes as moot Dkt. ##581,585.Michael Dansky resumes the stand.Witnesses sworn: Kirk Dailey, Charles Donohoe.1:50 p.m. − Defense rests.Matthew Lynde recalled.2:20 p.m. − Plaintiff rests.Exhibits admitted: 13(sealed),36,37,38,62,69,413,1162,1660,1672,1680,1681,2115,2249,2466,2467,2468,2477, 2483,2515,2572,2692,2718,2724,2747,2768,2800,2829,2832,2833,2838,2839,3162,3163,3164, 3200,3373,3396,3448.The court takes the matter under submission. Post trial briefs (up to 24 pages) and revised findings of fact due Friday, Dec. 14, 2012 by noon. The court will accept a 10 page brief regarding the Google license. Counsel to advise the court why exhibit 16 should remain sealed. (CC) (Entered: 11/20/2012) |
| 11/21/2012 | | Attorney Thomas Matthew Brennan for Nokia Corporation,Michael D McKay,Thomas Matthew Brennan for Nokia Inc. added per 600 Notice of Appearance. (KN) (Entered: 11/21/2012) |
| 11/21/2012 | 604 | ORDER re (598 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Mark A McCarty for Nokia Corporation, and for Nokia Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 11/21/2012) |
| 11/26/2012 | 605 | ORDER striking 547 Motion to Seal as Moot, by Judge James L. Robart.(MD) (Entered: 11/26/2012) |
| 11/28/2012 | 606 | ORDER re (599 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Matthew Dexter Richardson for Nokia Corporation, and for Nokia Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 11/28/2012) |
| 11/30/2012 | 607 | ORDER granting 139 Microsoft's Sealed Motion for partial summary judgment ; granting 141 Redacted Microsoft's Motion for Partial Summary Judgment by Judge James L. Robart.(MD) (Entered: 11/30/2012) |
| 12/03/2012 | 608 | Letter from Jesse J. Jenner re: seek clarification re 607 Order on Sealed Motion, Order on Motion for Partial Summary Judgment. (MD) (Entered: 12/03/2012) |
| 12/03/2012 | 609 | Letter from Attorney Arthur W. Harrigan Jr. regarding the Court's 607 Order dated 11/30/2012. (TF) (Entered: 12/04/2012) |
| 12/04/2012 | 610 | Letter from Attorney Arthur W. Harrigan, Jr. re 608 Letter. (MD) (Entered: 12/05/2012) |
| 12/05/2012 | 611 | Letter from Attorney Jesse J. Jenner re: exhibits. (MD) (Entered: 12/05/2012) |

| 12/07/2012 | 612 | Joint MOTION to Seal *Trial Exhibits 1141, 1173, and 1636 and Proposed Order* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. Noting Date 12/7/2012, (Harrigan, Arthur) (Entered: 12/07/2012) |
|---|---|---|
| 12/14/2012 | 613 | Joint MOTION and Proposed Order to Seal *Portions of Parties' Post−Trial Briefs and Proposed Findings of Fact and Conclusions of Law, and Order* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. Noting Date 12/14/2012, (Harrigan, Arthur) Modified text on 12/17/2012 (MD). (Entered: 12/14/2012) |
| 12/14/2012 | 614 | *Post Trial* BRIEF *Concerning Google's AVC Patent Portfolio License* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Harrigan, Arthur) (Entered: 12/14/2012) |
| 12/14/2012 | 615 | **SEALED DOCUMENT** *Motorola's Post−Trial Brief Regarding the Google−MPEG LA AVC License Agreement* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 613 Joint MOTION to Seal *Portions of Parties' Post−Trial Briefs and Proposed Findings of Fact and Conclusions of Law, and Order* (Palumbo, Ralph) (Entered: 12/14/2012) |
| 12/14/2012 | 616 | DECLARATION of Kevin J. Post re 615 Sealed Document, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Exhibit A, B−F (cover pages))(Palumbo, Ralph) (Entered: 12/14/2012) |
| 12/14/2012 | 617 | **SEALED DOCUMENT** *Exhibits B−F to the Declaration of Kevin J. Post in Support of Motorola's Post−Trial Brief Regarding the Google−MPEG LA AVC License Agreement* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 613 Joint MOTION to Seal *Portions of Parties' Post−Trial Briefs and Proposed Findings of Fact and Conclusions of Law, and Order* (Palumbo, Ralph) (Entered: 12/14/2012) |
| 12/14/2012 | 618 | **SEALED DOCUMENT** *Defendant's Proposed Findings of Fact and Conclusions of Law* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 613 Joint MOTION to Seal *Portions of Parties' Post−Trial Briefs and Proposed Findings of Fact and Conclusions of Law, and Order* (Palumbo, Ralph) (Entered: 12/14/2012) |
| 12/14/2012 | 619 | **SEALED DOCUMENT** *Microsoft Corporation's Post−Trial Brief* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 613 Joint MOTION to Seal *Portions of Parties' Post−Trial Briefs and Proposed Findings of Fact and Conclusions of Law, and Order* (Harrigan, Arthur) (Entered: 12/14/2012) |
| 12/14/2012 | 620 | **SEALED DOCUMENT** *Defendants' Post−Trial Brief* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 613 Joint MOTION to Seal *Portions of Parties' Post−Trial Briefs and Proposed Findings of Fact and Conclusions of Law, and Order* (Palumbo, Ralph) (Entered: 12/14/2012) |
| 12/14/2012 | 621 | **SEALED DOCUMENT** *Post−Trial Proposed Findings of Fact and Conclusions of Law* by Plaintiff Microsoft Corporation re 613 Joint MOTION to Seal *Portions of Parties' Post−Trial Briefs and Proposed Findings of Fact and Conclusions of Law, and Order* (Harrigan, Arthur) (Entered: 12/14/2012) |
| 12/17/2012 | 622 | *REDACTED* BRIEF re 615 Sealed Document, *Motorola's Post−Trial Brief Regarding the Google−MPEG LA AVC License Agreement* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Palumbo, Ralph) (Entered: 12/17/2012) |
| 12/17/2012 | 623 | *REDACTED* BRIEF re 620 Sealed Document, *Defendants' Post−Trial Brief* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Palumbo, Ralph) (Entered: 12/17/2012) |
| 12/17/2012 | 624 | Proposed Findings of Fact by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. (Palumbo, Ralph) (Entered: 12/17/2012) |
| 12/17/2012 | 625 | Proposed Findings of Fact by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation (Harrigan, Arthur) (Entered: 12/17/2012) |
| 12/17/2012 | 626 | *REDACTED* BRIEF re 619 Sealed Document, *Microsoft's Post−Trial Brief* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. (Harrigan, Arthur) (Entered: 12/17/2012) |
| 12/19/2012 | 627 | ORDER granting 613 Plaintiffs Motion to Seal portions of the parties' post trial briefs and proposed findings of fact and conclusions of law. Document Numbers 615, 617−621 shall remain under seal, by Judge James L. Robart.(MD) (Entered: 12/19/2012) |
| 12/19/2012 | 628 | ORDER granting 612 Stipulated Motion to Seal trial exhibits 1141, 1173, 1636 by Judge James L. Robart.(MD) (Entered: 12/19/2012) |

| 12/19/2012 | 629 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial − Day 1 held on 11/13/2012 before Judge James L. Robart.<br><br>Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript contact court reporter Debbie Zurn by telephone at 206−370−8504. or by e−mail at debbie_zurn@wawd.uscourts.gov.<br><br>. Release of Transcript Restriction set for 3/19/2013, (DZ) (Entered: 12/19/2012) |
| 12/19/2012 | 630 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial − Day 2 held on 11/14/2012 before Judge James L. Robart.<br><br>Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript contact court reporter Debbie Zurn by telephone at 206−370−8504. or by e−mail at debbie_zurn@wawd.uscourts.gov.<br><br>. Release of Transcript Restriction set for 3/19/2013, (DZ) (Entered: 12/19/2012) |
| 12/19/2012 | 631 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial − Day 4 held on 11/16/2012 before Judge James L. Robart.<br><br>Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript contact court reporter Debbie Zurn by telephone at 206−370−8504. or by e−mail at debbie_zurn@wawd.uscourts.gov.<br><br>. Release of Transcript Restriction set for 3/19/2013, (DZ) (Entered: 12/19/2012) |
| 12/19/2012 | 632 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial − Day 5 held on 11/19/2012 before Judge James L. Robart.<br><br>Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript contact court reporter Debbie Zurn by telephone at 206−370−8504. or by e−mail at debbie_zurn@wawd.uscourts.gov.<br><br>. Release of Transcript Restriction set for 3/19/2013, (DZ) (Entered: 12/19/2012) |
| 12/19/2012 | 633 | **SEALED DOCUMENT** Transcript of Proceedings on 11/15/12 before Judge James L. Robart. (LMK) (Entered: 12/19/2012) |

| 12/19/2012 | 634 | NOTICE OF FILING OF OFFICIAL REDACTED TRANSCRIPT of Trial Day 3 Hearing held on 11/15/2012 before Judge James L. Robart(LMK) (Entered: 12/19/2012) |
|---|---|---|
| 12/19/2012 | 635 | **SEALED DOCUMENT** Transcript of Proceedings on 11/20/12 before Judge James L. Robart. (LMK) (Entered: 12/19/2012) |
| 12/19/2012 | 636 | NOTICE OF FILING OF OFFICIAL REDACTED TRANSCRIPT of Jury Trial Day 6 Hearing held on 11/20/2012 before Judge James L. Robart. (LMK) (Entered: 12/19/2012) |
| 12/31/2012 | 637 | MINUTE ORDER by Judge James L. Robart Setting Hearing on Motion; 205 MOTION for Summary Judgment *of Invalidity* : Motion Hearing set for 1/28/2013 at 01:30 PM before Judge James L. Robart. (RS) (Entered: 12/31/2012) |
| 01/18/2013 | 638 | ORDER − the court denies Motorolas request to take the deposition of the MPEG LA declarant after the January 23, 2013, deadline set by the court to submit such evidence, by Judge James L. Robart. (MD) (Entered: 01/18/2013) |
| 01/18/2013 | 639 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan*; Def Counsel: *Ralph Palumbo, Philip McCune*; **Telephone Conference** held on 1/18/2013. (CC) (Entered: 01/18/2013) |
| 01/23/2013 | 640 | *Microsoft's* BRIEF re 637 Order Setting Hearing on Motion *Submitttal of Extrinsic Evidence Re the MPEG LA − Google License* by Plaintiff Microsoft Corporation. (Harrigan, Arthur) (Entered: 01/23/2013) |
| 01/23/2013 | 641 | DECLARATION of Lawrence A. Horn re 640 Brief by Plaintiff Microsoft Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Harrigan, Arthur) (Entered: 01/23/2013) |
| 01/23/2013 | 642 | *Defendants'* BRIEF re 637 Order Setting Hearing on Motion *Regarding Extrinsic Evidence Relevant to the Google−MPEG LA License* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Palumbo, Ralph) (Entered: 01/23/2013) |
| 01/23/2013 | 643 | DECLARATION *of Samuel L. Brenner in Support of Defendants' Brief Regarding Extrinisic Evidence Relevant to the Google−MPEG LA License* re 642 Brief, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Exhibit A−G, # 2 Exhibit H−K)(Palumbo, Ralph) (Entered: 01/23/2013) |
| 01/25/2013 | 644 | DECLARATION of Christopher Wion re 640 Brief by Plaintiff Microsoft Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Wion, Christopher) (Entered: 01/25/2013) |
| 01/28/2013 | 645 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Christopher Wion, David Pritikin, Richard Cederoth, Any Culbert, Douglas Lewis*; Def Counsel: *Jesse Jenner, Ralph Palumbo(by telephone), Philip McCune, Kevin Post, Steven Pepe, Gabrielle Higgins, Carolyn Redding*; CR: *Debbie Zurn*; **Motion Hearing** held on 1/28/2013. The court hears argument from counsel on the motion for summary judgment of invalidity, Dkt. #205. The court takes the matter under advisement. The court directs counsel to confer and one representative from each side contact the court to discuss a trial date on the breach of contract. (CC) (Entered: 01/28/2013) |
| 02/05/2013 | 646 | APPLICATION OF ATTORNEY Kathleen M. Sullivan FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. (Fee Paid) Receipt No. 0981−3099337. (McCune, Philip) (Entered: 02/05/2013) |
| 02/05/2013 | 647 | APPLICATION OF ATTORNEY William C. Price FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff General Instrument Corporation, Defendants Motorola Mobility LLC, Motorola, Inc. (Fee Paid) Receipt No. 0981−3099345. (McCune, Philip) (Entered: 02/05/2013) |
| 02/05/2013 | 648 | APPLICATION OF ATTORNEY Brian C. Cannon FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. (Fee Paid) Receipt No. 0981−3099352. (McCune, Philip) (Entered: 02/05/2013) |
| 02/06/2013 | 649 | ORDER re (646 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Kathleen M Sullivan for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 02/06/2013) |
| 02/06/2013 | 650 | ORDER re (647 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney William C Price for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 02/06/2013) |

| 02/06/2013 | 651 | ORDER re (648 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Brian C Cannon for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 02/06/2013) |
|---|---|---|
| 02/07/2013 | 652 | ORDER granting 205 Microsoft's Motion for Summary Judgment that Means−Plus−Function Claims are Indefinite, by Judge James L. Robart.(MD) (Entered: 02/07/2013) |
| 02/14/2013 | 653 | MINUTE ORDER − The court Grants Motorola's request to reopen the record to submit additional evidence, by Judge James L. Robart. (MD) (Entered: 02/14/2013) |
| 02/21/2013 | 654 | MINUTE ORDER − No later than March 1, 2013, the parties may submit letter briefs of no more than 6 single−spaced pages in length addressing certain issues, by Judge James L. Robart. (MD) (Entered: 02/21/2013) |
| 02/22/2013 | 655 | Letter from Motorola re 653 Minute Order *re Submission of Additional Evidence*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Palumbo, Ralph) (Entered: 02/22/2013) |
| 02/22/2013 | 656 | Letter from Microsoft re Submission of Additional Evidence re 653 Minute Order . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Harrigan, Arthur) (Entered: 02/22/2013) |
| 03/01/2013 | 657 | Letter from Arthur W. Harrigan, Jr. re 654 Minute Order *letter re issues related to Google−MPEG LA License Agreement.* (Harrigan, Arthur) (Entered: 03/01/2013) |
| 03/01/2013 | 658 | Letter from Ralph H. Palumbo re 654 Minute Order *re Google−MPEG LA License Agreement.* (Palumbo, Ralph) (Entered: 03/01/2013) |
| 03/08/2013 | | Set/Reset Hearings: A Telephone Conference is scheduled Thursday, March 14, 2013 at 11:00 a.m. before Hon. James L. Robart. The parties shall initiate the call.(CC) (Entered: 03/08/2013) |
| 03/08/2013 | 659 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Matthew R Clements for Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Clements, Matthew) (Entered: 03/08/2013) |
| 03/08/2013 | 660 | MOTION Confirm Bench Trial of Breach of Contract Issues by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. Noting Date 3/29/2013, (Harrigan, Arthur) (Entered: 03/08/2013) |
| 03/13/2013 | 661 | *Parties' Joint Submission Regarding Trial Schedule* BRIEF re Set/Reset Hearings by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., Plaintiff Microsoft Corporation. (Harrigan, Arthur) (Entered: 03/13/2013) |
| 03/14/2013 | 662 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, David Pritikin, Christopher Wion, Shane Cramer, Andy Culbert, David Killough*; Def Counsel: *Ralph Palumbo, Philip McCune, Brian Cannon*; CR: *Barry Fanning*; **Telephone Conference** held on 3/14/2013. The court discusses scheduling with counsel. A minute order will follow setting deadlines. (CC) (Entered: 03/14/2013) |
| 03/14/2013 | 663 | MINUTE ORDER − The Court sets schedule for the Breach of Contract Trial: Trial is set for 8/26/2013 at 09:00 AM before Judge James L. Robart. Motions in Limine due by 7/29/2013, Pretrial Conference set for 8/13/2013 at 02:00 PM before Judge James L. Robart, by Judge James L. Robart. (SEE ORDER FOR FURTHER DETAILS)(MD) (Entered: 03/14/2013) |
| 03/18/2013 | 664 | APPLICATION OF ATTORNEY Andrea Pallios Roberts FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. (Fee Paid) Receipt No. 0981−3144405. (McCune, Philip) (Entered: 03/18/2013) |
| 03/19/2013 | 665 | ORDER re (664 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Andrea Pallios Roberts for General Instrument Corporation, Motorola Mobility LLC, and for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 03/19/2013) |
| 03/20/2013 | 666 | APPLICATION OF ATTORNEY Theodore W. Chandler FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Microsoft Corporation, Defendant Microsoft Corporation (Fee Paid) Receipt No. 0981−3146760. (Cramer, Shane) (Entered: 03/20/2013) |
| 03/20/2013 | 667 | ORDER re 666 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Theodore W. Chandler for Microsoft Corporation by William M. McCool. (No document associated with this docket entry, text only.)(JEM) (Entered: 03/20/2013) |
| 03/20/2013 | 668 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Lynn M Engel for Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Engel, Lynn) (Entered: 03/20/2013) |

| 03/25/2013 | 669 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., to 660 MOTION Confirm Bench Trial of Breach of Contract Issues . (Attachments: # 1 Proposed Order)(Palumbo, Ralph) (Entered: 03/25/2013) |
|---|---|---|
| 03/25/2013 | 670 | DECLARATION of Andrea Pallios Roberts filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 660 MOTION Confirm Bench Trial of Breach of Contract Issues (Attachments: # 1 Exhibit A−D)(Palumbo, Ralph) (Entered: 03/25/2013) |
| 03/27/2013 | 671 | REPLY, filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation, TO RESPONSE to 660 MOTION Confirm Bench Trial of Breach of Contract Issues (Harrigan, Arthur) (Entered: 03/27/2013) |
| 04/19/2013 | 672 | ORDER REGARDING FINDINGS OF FACT AND CONCLUSIONS OF LAW − The court ORDERS the parties, no later than 12:00 p.m. on April 25, 2013, to file (1) a proposed joint redacted version of the courts Findings and Conclusions; and (2) a proposed joint redacted version of the parties deposition designations. Telephone Conference set for 4/26/2013 at 09:00 AM before Judge James L. Robart, by Judge James L. Robart. (MD) (Entered: 04/19/2013) |
| 04/19/2013 | 673 | **SEALED ORDER** − **FINDINGS OF FACT AND CONCLUSIONS OF LAW** by Judge James L. Robart.(MD, E−mailed copy of sealed order to all counsel of record) (Entered: 04/19/2013) |
| 04/19/2013 | 674 | **SEALED ORDER** − **Regarding Disclosure of Findings of Fact and Conclusions of Law** re 673 Sealed Order by Judge James L. Robart.(MD, E−mailed copy of order to all counsel of record) (Entered: 04/19/2013) |
| 04/22/2013 | 675 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Phone Conference held on 3/14/2012 before Judge James L. Robart.<br><br>Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript contact court reporter Barry Fanning by telephone at 206−370−8507. or by e−mail at barry_fanning@wawd.uscourts.gov.<br><br>. Release of Transcript Restriction set for 7/22/2013, (BF) (Entered: 04/22/2013) |
| 04/25/2013 | 676 | Agreed MOTION to Seal *Portions of April 19, 2013 Order and Deposition Designations* by Plaintiff Microsoft Corporation, Defendant Motorola Mobility LLC. Oral Argument Requested. Noting Date 4/26/2013, (Harrigan, Arthur) (Entered: 04/25/2013) |
| 04/25/2013 | 677 | Agreed **SEALED MOTION** to Agreed Motion to Seal; re 676 Agreed MOTION to Seal *Portions of April 19, 2013 Order and Deposition Designations* ; by Plaintiff Microsoft Corporation, Defendant Motorola Mobility LLC. Oral Argument Requested. (Attachments: # 1 Exhibit 1A, # 2 Exhibit 1B, # 3 Exhibit 2A, # 4 Exhibit 2B, # 5 Exhibit 3A, # 6 Exhibit 3B, # 7 Exhibit 4A, # 8 Exhibit 4B, # 9 Exhibit 5 Part 1, # 10 Exhibit 5 Part 2, # 11 Exhibit 5 Part 3, # 12 Exhibit 5 Part 4, # 13 Exhibit 5 Part 5) Noting Date 4/26/2013, (Harrigan, Arthur) (Entered: 04/25/2013) |
| 04/25/2013 | 678 | Letter from Microsoft and Motorola re 676 Agreed MOTION to Seal *Portions of April 19, 2013 Order and Deposition Designations* . (Harrigan, Arthur) (Entered: 04/25/2013) |
| 04/25/2013 | 679 | ORDER Striking April 26, 2013, Telephonic Hearing by Judge James L. Robart. (MD) (Entered: 04/25/2013) |
| 04/25/2013 | 681 | FINDINGS OF FACT AND CONCLUSIONS OF LAW by Judge James L. Robart. (MD) (Entered: 04/25/2013) |
| 05/01/2013 | 682 | Letter from Ralph H. Palumbo *re Precluding Microsoft From Relying on New Damages Theories*. (Palumbo, Ralph) (Entered: 05/01/2013) |
| 05/01/2013 | 683 | DECLARATION of Andrea Pallios Roberts re 682 Letter by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Exhibit A−H, # 2 Exhibit J−K)(Palumbo, Ralph) (Entered: 05/01/2013) |

| 05/01/2013 | 684 | MOTION to Seal *Documents in Support of Motorola's Letter Motion to Preclude Microsoft From Relying on New Damages Theories* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 5/10/2013, (Palumbo, Ralph) (Entered: 05/01/2013) |
|---|---|---|
| 05/01/2013 | 685 | **SEALED DOCUMENT** *Exhibit I to Declaration of Andrea Pallios Roberts* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 684 MOTION to Seal *Documents in Support of Motorola's Letter Motion to Preclude Microsoft From Relying on New Damages Theories* (Palumbo, Ralph) (Entered: 05/01/2013) |
| 05/03/2013 | 686 | Letter from Arthur W. Harrigan, Jr. re 682 Letter *Microsoft's Response to Motorola Precluding Microsoft From Relying on New Damages Theories*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Harrigan, Arthur) (Entered: 05/03/2013) |
| 05/06/2013 | | Set/Reset Hearings: A Telephone Conference is scheduled Tuesday, May 7, 2013 at 2:30 p.m. before Hon. James L. Robart. Counsel shall initiate the call.(CC) (Entered: 05/06/2013) |
| 05/07/2013 | 687 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Christopher Wion, Shane Cramer, David Pritikin, Andy Culbert*; Def Counsel: *Ralph Palumbo, Philip McCune, Brian Cannon, Andrea Roberts*; CR: *Nancy Bauer*; **Telephone Conference** held on 5/7/2013. (CC) (Entered: 05/07/2013) |
| 05/08/2013 | 688 | Stipulated MOTION to Seal *and Proposed Order* by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation. Noting Date 5/8/2013, (Harrigan, Arthur) (Entered: 05/08/2013) |
| 05/08/2013 | 689 | DECLARATION of Christopher Wion with Exhibit I−2 in Support of Stipulated Motion to Seal filed by Plaintiff Microsoft Corporation, Defendant Microsoft Corporation re 688 Stipulated MOTION to Seal *and Proposed Order* (Harrigan, Arthur) (Entered: 05/08/2013) |
| 05/13/2013 | 690 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of the telephone conference held on 5/7/2013 before Judge James L. Robart. Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov. To purchase a copy of the transcript contact court reporter Nancy Bauer by telephone at 206−370−8506, or by e−mail at nancy_bauer@wawd.uscourts.gov. . Release of Transcript Restriction set for 8/12/2013, (NB) (Entered: 05/13/2013) |
| 05/20/2013 | 691 | ORDER granting 688 Stipulated Motion to Seal and striking 684 Motorola's Motion to Seal, by Judge James L. Robart.(MD) (Entered: 05/20/2013) |
| 05/20/2013 | 692 | ORDER striking 676 677 Motion to Seal as Moot by Judge James L. Robart.(MD) (Entered: 05/20/2013) |
| 05/20/2013 | 693 | ORDER denying 660 Microsoft's Motion Confirming Bench Trial. The trial on the breach of contract issues, scheduled for August 26, 2013, will be a jury trial, by Judge James L. Robart.(MD) (Entered: 05/20/2013) |
| 06/03/2013 | 694 | MINUTE ORDER − At the parties request − Telephone Conference set for 6/5/2013 at 04:30 PM before Judge James L. Robart. No later than close of business of June 4, 2013, the parties shall submit a joint two−page letter brief to the court stating the topics they wish to address at the teleconference, by Judge James L. Robart. (MD) (Entered: 06/03/2013) |
| 06/04/2013 | 695 | Letter from Counsel for Microsoft and Motorola re 694 Minute Order, Set/Reset Hearings,, . (Harrigan, Arthur) (Entered: 06/04/2013) |
| 06/05/2013 | 698 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Christopher Wion, David Killough, David Pritikin, Andy Culbert*; Def Counsel: *Ralph Palumbo, Philip McCune, William Price, Andrea Roberts*; CR: *Barry Fanning*; **Telephone Conference** held on 6/5/2013. (CC) (Entered: 06/07/2013) |

| 06/06/2013 | 696 | APPLICATION OF ATTORNEY Cheryl A. Berry FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. (Fee Paid) Receipt No. 0981−3234603. (McCune, Philip) (Entered: 06/06/2013) |
|---|---|---|
| 06/07/2013 | 697 | ORDER re (696 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Cheryl Ann Berry for General Instrument Corporation, Motorola Mobility LLC, and for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 06/07/2013) |
| 06/12/2013 | 699 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney David Greenfield for Plaintiff Microsoft Corporation. (Wion, Christopher) (Entered: 06/12/2013) |
| 06/18/2013 | 700 | MINUTE ORDER − Telephone Conference set for 6/25/2013 at 03:00 PM before Judge James L. Robart, by Judge James L. Robart. (MD) (Entered: 06/18/2013) |
| 06/18/2013 | 701 | Letter from Arthur W. Harrigan Jr. re 700 Minute Order, Set/Reset Hearings . (Wion, Christopher) (Entered: 06/18/2013) |
| 06/18/2013 | 702 | Letter from Ralph H. Palumbo re 700 Minute Order, Set/Reset Hearings . (Attachments: # 1 Exhibit 1−8)(Palumbo, Ralph) (Entered: 06/18/2013) |
| 06/20/2013 | 703 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Telephone Conference held on 6/5/2013 before Judge James L. Robart. |
| | | Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. |
| | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov. |
| | | To purchase a copy of the transcript contact court reporter Barry Fanning by telephone at 206−370−8507. or by e−mail at barry_fanning@wawd.uscourts.gov. |
| | | . Release of Transcript Restriction set for 9/18/2013, (BF) (Entered: 06/20/2013) |
| 06/20/2013 | 704 | Letter from Arthur W. Harrigan, Jr. re 702 Letter . (Attachments: # 1 Exhibit A−H)(Harrigan, Arthur) (Entered: 06/20/2013) |
| 06/20/2013 | 705 | RESPONSE by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 701 Letter . (Attachments: # 1 Exhibit A)(Palumbo, Ralph) (Entered: 06/20/2013) |
| 06/24/2013 | 706 | REPLY by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. to 702 Letter . (Attachments: # 1 Exhibit A)(Palumbo, Ralph) (Entered: 06/24/2013) |
| 06/24/2013 | 707 | Letter from Arthur W. Harrigan, Jr. re 701 Letter *Reply in Support of Microsoft's Request for Release of Bond*. (Harrigan, Arthur) (Entered: 06/24/2013) |
| 06/25/2013 | 708 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Christopher Wion, Shane Cramer, David Killough, David Pritikin, Andrew Culbert*; Def Counsel: *Ralph Palumbo, Philip McCune, Brian Cannon, Andrea Roberts*; CR: *Nancy Bauer*; **Telephone Conference** held on 6/25/2013 on the parties motions on issues raised in letters, Dkt. #701 &702. The court orally issues rulings. (CC) (Entered: 06/26/2013) |
| 06/27/2013 | 709 | PROPOSED ORDER (Unsigned) re 704 Letter, 708 Telephone Conference, (Harrigan, Arthur) (Entered: 06/27/2013) |
| 06/27/2013 | 710 | ORDER RELEASING BOND re 261 Order to post bond and 701 Letter/motion to release bond by Judge James L. Robart. (MD, cc to Fin'l Dept) (Entered: 06/28/2013) |
| 06/28/2013 | 711 | APPLICATION OF ATTORNEY David Elihu FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. (Fee Paid) Receipt No. 0981−3259773. (McCune, Philip) (Entered: 06/28/2013) |
| 07/01/2013 | 712 | ORDER re (711 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney David Elihu for General Instrument Corporation, Motorola Mobility LLC, and for Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 07/01/2013) |

| 07/01/2013 | 713 | Stipulated MOTION *to Set and/or Re−Set Certain Pre−Trial Deadlines* by Plaintiff Microsoft Corporation. Noting Date 7/1/2013, (Harrigan, Arthur) (Entered: 07/01/2013) |
|---|---|---|
| 07/01/2013 | 714 | ORDER grants in part and denies in part 713 Stipulated Motion to set and/or re−set certain pretrial deadlines for 8/26/13 trial, by Judge James L. Robart.(MD) (Entered: 07/01/2013) |
| 07/01/2013 | 715 | *Microsoft's* BRIEF *Regarding the Duty of Good Faith and Fair Dealing in the Context of Rand Licensing* by Plaintiff Microsoft Corporation. (Attachments: # 1 Declaration of Chris Wion)(Harrigan, Arthur) (Entered: 07/01/2013) |
| 07/01/2013 | 716 | *Defendants′* BRIEF *on Duty of Good Faith and Fair Dealing in Contractual Dispute Context* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Palumbo, Ralph) (Entered: 07/01/2013) |
| 07/03/2013 | 717 | MOTION to Seal *Microsoft's Rule 702 Motion To Preclude Testimony By Motorola's Experts* by Plaintiff Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 7/19/2013, (Harrigan, Arthur) (Entered: 07/03/2013) |
| 07/03/2013 | 718 | MOTION to Seal *re: Microsoft's Motion for Partial Summary Judgment* by Plaintiff Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 7/19/2013, (Harrigan, Arthur) (Entered: 07/03/2013) |
| 07/03/2013 | 719 | MOTION to Seal *Documents in Support of Motion for Summary Judgment and Motions to Preclude and Strike Testimony of Menenberg and Bodewig* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 7/19/2013, (Palumbo, Ralph) (Entered: 07/03/2013) |
| 07/03/2013 | 720 | MOTION for Summary Judgment by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 7/31/2013, (Palumbo, Ralph) (Entered: 07/03/2013) |
| 07/03/2013 | 721 | DECLARATION of Andrea Pallios Roberts filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 720 MOTION for Summary Judgment (Attachments: # 1 Exhibit A−E, # 2 Exhibit F−N, # 3 Exhibit O−Q, # 4 Exhibit R−T, # 5 Exhibit U−Y, # 6 Exhibit Z−EE, # 7 Exhibit FF1, # 8 Exhibit FF2−GG)(Palumbo, Ralph) (Entered: 07/03/2013) |
| 07/03/2013 | 722 | MOTION to Exclude *and Strike Testimony of Todd Menenberg* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 7/31/2013, (Palumbo, Ralph) (Entered: 07/03/2013) |
| 07/03/2013 | 723 | DECLARATION of Andrea Pallios Roberts filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 722 MOTION to Exclude *and Strike Testimony of Todd Menenberg* (Attachments: # 1 Exhibit A, # 2 Exhibit B−D)(Palumbo, Ralph) (Entered: 07/03/2013) |
| 07/03/2013 | 724 | MOTION to Exclude *Testimony By Motorola's Experts* by Plaintiff Microsoft Corporation. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 7/31/2013, (Harrigan, Arthur) (Entered: 07/03/2013) |
| 07/03/2013 | 725 | DECLARATION of Christopher Wion filed by Plaintiff Microsoft Corporation re 724 MOTION to Exclude *Testimony By Motorola's Experts* (Attachments: # 1 Exhibit Ex 1, # 2 Exhibit Ex 2, # 3 Exhibit Ex 3, # 4 Exhibit Ex 4, # 5 Exhibit Ex 5, # 6 Exhibit Ex 6, # 7 Exhibit Ex 7, # 8 Exhibit Ex 8, # 9 Exhibit Ex 9, # 10 Exhibit Ex 10, # 11 Exhibit Ex 11)(Harrigan, Arthur) (Entered: 07/03/2013) |
| 07/03/2013 | 726 | **SEALED DOCUMENT** *Declaration of Christopher Wion* by Plaintiff Microsoft Corporation re 717 MOTION to Seal *Microsoft's Rule 702 Motion To Preclude Testimony By Motorola's Experts* (Attachments: # 1 Exhibit Ex 4, # 2 Exhibit Ex 6, # 3 Exhibit Ex 10, # 4 Exhibit Ex 11)(Harrigan, Arthur) (Entered: 07/03/2013) |
| 07/03/2013 | 727 | MOTION for Partial Summary Judgment by Plaintiff Microsoft Corporation. Oral Argument Requested. Noting Date 7/31/2013, (Harrigan, Arthur) (Entered: 07/03/2013) |
| 07/03/2013 | 728 | DECLARATION of Christopher Wion filed by Plaintiff Microsoft Corporation re 727 MOTION for Partial Summary Judgment (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(Harrigan, Arthur) (Entered: 07/03/2013) |
| 07/03/2013 | 729 | **SEALED MOTION** to Partial Summary Judgment; re 718 MOTION to Seal *re: Microsoft's Motion for Partial Summary Judgment* ; by Plaintiff Microsoft Corporation. Oral Argument Requested. Noting Date 7/31/2013, (Harrigan, Arthur) (Entered: 07/03/2013) |

| 07/03/2013 | 730 | **SEALED DOCUMENT** *Declaration of Christopher Wion* by Plaintiff Microsoft Corporation re 718 MOTION to Seal *re: Microsoft's Motion for Partial Summary Judgment* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 9, # 8 Exhibit 10, # 9 Exhibit 11)(Harrigan, Arthur) (Entered: 07/03/2013) |
|---|---|---|
| 07/03/2013 | 731 | MOTION to Exclude *and Strike Portions of Expert Testimony of Dr. Theo Bodewig* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 7/31/2013, (Palumbo, Ralph) (Entered: 07/03/2013) |
| 07/03/2013 | 732 | DECLARATION of Cheryl A. Berry filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 731 MOTION to Exclude *and Strike Portions of Expert Testimony of Dr. Theo Bodewig* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Palumbo, Ralph) (Entered: 07/03/2013) |
| 07/03/2013 | 733 | **SEALED DOCUMENT** *Motion for Summary Judgment and Exhibits A, G, H, I, J, O, Y and EE to the Declaration of Andrea Pallios Roberts in Support* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 719 MOTION to Seal *Documents in Support of Motion for Summary Judgment and Motions to Preclude and Strike Testimony of Menenberg and Bodewig* (Attachments: # 1 Exhibit A, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit I, # 5 Exhibit J, # 6 Exhibit O, # 7 Exhibit Y, # 8 Exhibit EE)(Palumbo, Ralph) (Entered: 07/03/2013) |
| 07/03/2013 | 734 | **SEALED DOCUMENT** *Motion to Exclude and Strike Testimony of Todd Menenberg and Exhibits A &B to Declaration of Andrea Pallios Roberts in Support* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 719 MOTION to Seal *Documents in Support of Motion for Summary Judgment and Motions to Preclude and Strike Testimony of Menenberg and Bodewig* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Palumbo, Ralph) (Entered: 07/03/2013) |
| 07/03/2013 | 735 | **SEALED DOCUMENT** *Motion to Exclude and Strike Portions of Expert Testimony of Dr. Theo Bodewig and Exhibits A &C to the Declaration of Cheryl A. Berry in Support* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 719 MOTION to Seal *Documents in Support of Motion for Summary Judgment and Motions to Preclude and Strike Testimony of Menenberg and Bodewig* (Attachments: # 1 Exhibit A, # 2 Exhibit C)(Palumbo, Ralph) (Entered: 07/03/2013) |
| 07/05/2013 | 736 | ERRATA re 717 MOTION to Seal *Microsoft's Rule 702 Motion To Preclude Testimony By Motorola's Experts* by Plaintiff Microsoft Corporation. (Harrigan, Arthur) (Entered: 07/05/2013) |
| 07/11/2013 | 737 | **SEALED DOCUMENT** *Motion to Exclude &Strike Portions of Expert Testimony of Dr. Theo Bodewig and Exhibits A &C to the Declaration of Cheryl A. Berry in Support [Corrected Filing]* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 719 MOTION to Seal *Documents in Support of Motion for Summary Judgment and Motions to Preclude and Strike Testimony of Menenberg and Bodewig* (Attachments: # 1 Exhibit A, # 2 Exhibit C)(Palumbo, Ralph) (Entered: 07/11/2013) |
| 07/11/2013 | 738 | NOTICE *of Supplemental Authority re Defendants' Motion for Summary Judgment* re 720 MOTION for Summary Judgment ; filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Palumbo, Ralph) (Entered: 07/11/2013) |
| 07/12/2013 | 739 | MOTION to Seal *Microsoft's 7/12/13 Motion to Seal* by Plaintiff Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 7/26/2013, (Harrigan, Arthur) (Entered: 07/12/2013) |
| 07/12/2013 | 740 | RESPONSE, by Plaintiff Microsoft Corporation, to 720 MOTION for Summary Judgment . Oral Argument Requested. (Attachments: # 1 Proposed Order)(Harrigan, Arthur) (Entered: 07/12/2013) |
| 07/12/2013 | 741 | DECLARATION of Christopher Wion in Support of Microsoft's Opposition to Motorola's Motion for Summary Judgment filed by Plaintiff Microsoft Corporation re 720 MOTION for Summary Judgment (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9−1, # 10 Exhibit 9−2, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12)(Harrigan, Arthur) (Entered: 07/12/2013) |
| 07/12/2013 | 742 | DECLARATION of David Killough in Support of Microsoft's Opposition to Motorola's Motion for Partial Summary Judgment filed by Plaintiff Microsoft Corporation re 720 MOTION for Summary Judgment (Attachments: # 1 Exhibit A SEALED)(Harrigan, Arthur) (Entered: 07/12/2013) |
| 07/12/2013 | 743 | **SEALED DOCUMENT** *Exhibit A to Declaration of David Killough in Support of Microsoft's Opposition to Motorola's Motion for Partial Summary Judgment* by Plaintiff Microsoft Corporation re 739 MOTION to Seal *Microsoft's 7/12/13 Motion to Seal* (Attachments: # 1 Exhibit A−2 SEALED, # 2 Exhibit A−3 SEALED)(Harrigan, Arthur) (Entered: 07/12/2013) |

| 07/12/2013 | 744 | RESPONSE, by Plaintiff Microsoft Corporation, to 722 MOTION to Exclude *and Strike Testimony of Todd Menenberg*. Oral Argument Requested. (Attachments: # 1 Proposed Order)(Harrigan, Arthur) (Entered: 07/12/2013) |
|---|---|---|
| 07/12/2013 | 745 | DECLARATION of Christopher Wion in Support of Microsoft's Opposition to Defendants' Motion to Exclude and Strike Testimony of Todd Menenberg filed by Plaintiff Microsoft Corporation re 722 MOTION to Exclude *and Strike Testimony of Todd Menenberg* (Attachments: # 1 Exhibit 1 REDACTED, # 2 Exhibit 2, # 3 Exhibit 3)(Harrigan, Arthur) (Entered: 07/12/2013) |
| 07/12/2013 | 746 | **SEALED DOCUMENT** *Exhibit 1 to Declaration of Christopher Wion in Support of Microsoft's Opposition to Defendants' Motion to Exclude and Strike Testimony of Todd Menenberg* by Plaintiff Microsoft Corporation re 739 MOTION to Seal *Microsoft's 7/12/13 Motion to Seal* (Harrigan, Arthur) (Entered: 07/12/2013) |
| 07/12/2013 | 747 | RESPONSE, by Plaintiff Microsoft Corporation, to 731 MOTION to Exclude *and Strike Portions of Expert Testimony of Dr. Theo Bodewig*. Oral Argument Requested. (Attachments: # 1 Proposed Order)(Harrigan, Arthur) (Entered: 07/12/2013) |
| 07/12/2013 | 748 | DECLARATION of Christopher Wion in Support of Microsoft's Opposition to Defendants' Motion to Exclude and Strike Portions of the Expert Report of Dr. Theo Bodewig filed by Plaintiff Microsoft Corporation re 731 MOTION to Exclude *and Strike Portions of Expert Testimony of Dr. Theo Bodewig* (Attachments: # 1 Exhibit 1)(Harrigan, Arthur) (Entered: 07/12/2013) |
| 07/12/2013 | 749 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., to 724 MOTION to Exclude *Testimony By Motorola's Experts*. Oral Argument Requested. (Attachments: # 1 Proposed Order)(Palumbo, Ralph) (Entered: 07/12/2013) |
| 07/12/2013 | 750 | DECLARATION of Cheryl A. Berry filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 724 MOTION to Exclude *Testimony By Motorola's Experts* (Attachments: # 1 Exhibit A−C)(Palumbo, Ralph) (Entered: 07/12/2013) |
| 07/12/2013 | 751 | MOTION to Seal *Documents in Support of Motorola's Response to Microsoft's Motion for Partial Summary Judgment* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 7/26/2013, (Palumbo, Ralph) (Entered: 07/12/2013) |
| 07/12/2013 | 752 | **SEALED** RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., to 727 MOTION for Partial Summary Judgment , 729 **SEALED MOTION** to Partial Summary Judgment; re 718 MOTION to Seal *re: Microsoft's Motion for Partial Summary Judgment* ;. Oral Argument Requested. (Attachments: # 1 Proposed Order)(Palumbo, Ralph) Per Chambers and counsel, this Response is sealed and a redacted version will be filed right away. (SF/TF) (Entered: 07/12/2013) |
| 07/12/2013 | 753 | DECLARATION of Andrea Pallios Roberts filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 727 MOTION for Partial Summary Judgment , 729 **SEALED MOTION** to Partial Summary Judgment; re 718 MOTION to Seal *re: Microsoft's Motion for Partial Summary Judgment* ; (Attachments: # 1 Exhibit A−N)(Palumbo, Ralph) (Entered: 07/12/2013) |
| 07/12/2013 | 754 | DECLARATION of Kirk Dailey filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 727 MOTION for Partial Summary Judgment , 729 **SEALED MOTION** to Partial Summary Judgment; re 718 MOTION to Seal *re: Microsoft's Motion for Partial Summary Judgment* ; (Palumbo, Ralph) (Entered: 07/12/2013) |
| 07/12/2013 | 755 | DECLARATION of Dr. Maximilian Haedicke filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 727 MOTION for Partial Summary Judgment , 729 **SEALED MOTION** to Partial Summary Judgment; re 718 MOTION to Seal *re: Microsoft's Motion for Partial Summary Judgment* ; (Attachments: # 1 Exhibit A)(Palumbo, Ralph) (Entered: 07/12/2013) |
| 07/12/2013 | 756 | DECLARATION of Bradley S. Keller filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 727 MOTION for Partial Summary Judgment , 729 **SEALED MOTION** to Partial Summary Judgment; re 718 MOTION to Seal *re: Microsoft's Motion for Partial Summary Judgment* ; (Attachments: # 1 Exhibit A)(Palumbo, Ralph) (Entered: 07/12/2013) |
| 07/12/2013 | 757 | **SEALED DOCUMENT** *Motorola's Response to Microsoft's Motion for Partial Summary Judgment; Exs B &N to Roberts Declaration; Ex A to Keller Declaration* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 751 MOTION to Seal *Documents in Support of Motorola's Response to Microsoft's Motion for Partial Summary Judgment* (Attachments: # 1 Exhibit Roberts Decl Ex B, # 2 Exhibit Roberts Decl Ex N, # 3 Exhibit Keller Decl Ex A)(Palumbo, Ralph) (Entered: 07/12/2013) |

| 07/15/2013 | 758 | RESPONSE (Redacted version of dckt no. 752 ), by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., to 727 MOTION for Partial Summary Judgment , 729 **SEALED MOTION** to Partial Summary Judgment; re 718 MOTION to Seal *re: Microsoft's Motion for Partial Summary Judgment* ;. Oral Argument Requested. (Attachments: # 1 Proposed Order)(Palumbo, Ralph) Modified on 7/15/2013 (TF). (Entered: 07/15/2013) |
|---|---|---|
| 07/16/2013 | 759 | MINUTE ORDER by James L. Robart, United States District Judge. The court will hear the parties' Daubert motions on July 30, 2013 at 1:30 p.m. The following day, July 31, 2013, at 10:00 a.m., the court will hear argument on the parties' dispositive motions. All other deadlines shall remain the same. (CL) (Entered: 07/17/2013) |
| 07/17/2013 | | Set/Reset Hearings: In−court Hearing/parties' dispositive motions is set for 7/31/2013 at 10:00 AM before Judge James L. Robart. (CL) (Entered: 07/17/2013) |
| 07/17/2013 | 760 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., to 717 MOTION to Seal *Microsoft's Rule 702 Motion To Preclude Testimony By Motorola's Experts*. (Palumbo, Ralph) (Entered: 07/17/2013) |
| 07/17/2013 | 761 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., to 718 MOTION to Seal *re: Microsoft's Motion for Partial Summary Judgment*. (Palumbo, Ralph) (Entered: 07/17/2013) |
| 07/17/2013 | 762 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., TO RESPONSE to 722 MOTION to Exclude *and Strike Testimony of Todd Menenberg* (Palumbo, Ralph) (Entered: 07/17/2013) |
| 07/17/2013 | 763 | DECLARATION of Andrea Pallios Roberts filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 722 MOTION to Exclude *and Strike Testimony of Todd Menenberg* (Attachments: # 1 Exhibit A−B)(Palumbo, Ralph) (Entered: 07/17/2013) |
| 07/17/2013 | 764 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., TO RESPONSE to 731 MOTION to Exclude *and Strike Portions of Expert Testimony of Dr. Theo Bodewig* (Palumbo, Ralph) (Entered: 07/17/2013) |
| 07/17/2013 | 765 | RESPONSE, by Plaintiff Microsoft Corporation, to 719 MOTION to Seal *Documents in Support of Motion for Summary Judgment and Motions to Preclude and Strike Testimony of Menenberg and Bodewig*. (Attachments: # 1 Proposed Order)(Harrigan, Arthur) (Entered: 07/17/2013) |
| 07/17/2013 | 766 | REPLY, filed by Plaintiff Microsoft Corporation, TO RESPONSE to 724 MOTION to Exclude *Testimony By Motorola's Experts* (Harrigan, Arthur) (Entered: 07/17/2013) |
| 07/17/2013 | 767 | DECLARATION of Christopher Wion in Support of Microsoft's Reply in Support of its Rule 702 Motion to Preclude Testimony by Motorola's Experts filed by Plaintiff Microsoft Corporation re 724 MOTION to Exclude *Testimony By Motorola's Experts* (Attachments: # 1 Exhibit 1)(Harrigan, Arthur) (Entered: 07/17/2013) |
| 07/17/2013 | 768 | REPLY, filed by Plaintiff Microsoft Corporation, TO RESPONSE to 727 MOTION for Partial Summary Judgment (Harrigan, Arthur) (Entered: 07/17/2013) |
| 07/17/2013 | 769 | DECLARATION of Christopher Wion in Support of Microsoft's Reply in Support of its Motion for Partial Summary Judgment of Breach of Contract and Summary Judgment on Motorola's Third, Fourth, Fifth, Seventh, Eighth, and Ninth Affirmative Defenses and Second Counterclaim filed by Plaintiff Microsoft Corporation re 727 MOTION for Partial Summary Judgment (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Harrigan, Arthur) (Entered: 07/17/2013) |
| 07/17/2013 | 770 | **SEALED DOCUMENT** *Microsofts Reply In Support Of Its Motion For Partial Summary Judgment Of Breach Of Contract And Summary Judgment On Motorolas Third, Fourth, Fifth, Seventh, Eighth, And Ninth Affirmative Defenses And Second Counterclaim* by Plaintiff Microsoft Corporation re 718 MOTION to Seal *re: Microsoft's Motion for Partial Summary Judgment* (Harrigan, Arthur) (Entered: 07/17/2013) |
| 07/17/2013 | 771 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., TO RESPONSE to 720 MOTION for Summary Judgment (Palumbo, Ralph) (Entered: 07/17/2013) |
| 07/17/2013 | 772 | DECLARATION of Cheryl A. Berry filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 720 MOTION for Summary Judgment (Attachments: # 1 Exhibit A−D)(Palumbo, Ralph) (Entered: 07/17/2013) |
| 07/19/2013 | 773 | REPLY, filed by Plaintiff Microsoft Corporation, TO RESPONSE to 717 MOTION to Seal *Microsoft's Rule 702 Motion To Preclude Testimony By Motorola's Experts* (Harrigan, Arthur) (Entered: 07/19/2013) |

| 07/19/2013 | 774 | REPLY, filed by Plaintiff Microsoft Corporation, TO RESPONSE to 718 MOTION to Seal *re: Microsoft's Motion for Partial Summary Judgment* (Harrigan, Arthur) (Entered: 07/19/2013) |
| 07/19/2013 | 775 | Letter from Arthur W. Harrigan, Jr. re 722 MOTION to Exclude *and Strike Testimony of Todd Menenberg* . (Harrigan, Arthur) (Entered: 07/19/2013) |
| 07/19/2013 | 776 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., TO RESPONSE to 719 MOTION to Seal *Documents in Support of Motion for Summary Judgment and Motions to Preclude and Strike Testimony of Menenberg and Bodewig* (Palumbo, Ralph) (Entered: 07/19/2013) |
| 07/23/2013 | 777 | Joint MOTION to Amend *Protective Order* by Plaintiff Microsoft Corporation, Defendant Motorola Mobility LLC. (Attachments: # 1 Proposed Order) Noting Date 7/23/2013, (Harrigan, Arthur) (Entered: 07/23/2013) |
| 07/23/2013 | 778 | Letter from Ralph Palumbo re 708 Telephone Conference, . (Attachments: # 1 Exhibit 1−9)(Palumbo, Ralph) (Entered: 07/23/2013) |
| 07/24/2013 | 779 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., to 739 MOTION to Seal *Microsoft's 7/12/13 Motion to Seal*. (Palumbo, Ralph) (Entered: 07/24/2013) |
| 07/24/2013 | 780 | Letter from Arthur W. Harrigan, Jr. . (Harrigan, Arthur) (Entered: 07/24/2013) |
| 07/24/2013 | 781 | RESPONSE, by Plaintiff Microsoft Corporation, to 751 MOTION to Seal *Documents in Support of Motorola's Response to Microsoft's Motion for Partial Summary Judgment*. (Attachments: # 1 Proposed Order)(Harrigan, Arthur) (Entered: 07/24/2013) |
| 07/25/2013 | 782 | SECOND AMENDED PROTECTIVE ORDER REGARDING THE DISCLOSURE AND USE OF DISCOVERY MATERIALS by Judge James L. Robart. (CL) (Entered: 07/25/2013) |
| 07/25/2013 | 783 | APPLICATION OF ATTORNEY Ellyde Roko Thompson FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. (Fee Paid) Receipt No. 0981−3289336. (McCune, Philip) (Entered: 07/25/2013) |
| 07/25/2013 | 784 | APPLICATION OF ATTORNEY Elanor Mangin FOR LEAVE TO APPEAR PRO HAC VICE for Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. (Fee Paid) Receipt No. 0981−3289343. (McCune, Philip) (Entered: 07/25/2013) |
| 07/26/2013 | 785 | REPLY, filed by Plaintiff Microsoft Corporation, TO RESPONSE to 739 MOTION to Seal *Microsoft's 7/12/13 Motion to Seal* (Harrigan, Arthur) (Entered: 07/26/2013) |
| 07/26/2013 | 786 | ORDER re 783 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Ellyde Roko Thompson for dfts General Instrument Corporation, for Motorola Mobility LLC, and Motorolo Inc., by William M. McCool. (No document associated with this docket entry, text only.) (CL) (Entered: 07/26/2013) |
| 07/26/2013 | 787 | ORDER re 784 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Elanor Mangin for dfts General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., by William M. McCool. (No document associated with this docket entry, text only.) (CL) (Entered: 07/26/2013) |
| 07/26/2013 | 788 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., TO RESPONSE to 751 MOTION to Seal *Documents in Support of Motorola's Response to Microsoft's Motion for Partial Summary Judgment* (Palumbo, Ralph) (Entered: 07/26/2013) |
| 07/26/2013 | 789 | Letter from Arthur W. Harrigan, Jr. *in Opposition to Motorola's 5 page letter Brief*. (Harrigan, Arthur) (Entered: 07/26/2013) |
| 07/26/2013 | 790 | Proposed Jury Instructions by Plaintiff Microsoft Corporation *and Defendants Motorola, et al.* (Harrigan, Arthur) (Entered: 07/26/2013) |
| 07/26/2013 | 791 | STATEMENT *of Disputed Jury Instructions (Joint)* by Plaintiff Microsoft Corporation. (Attachments: # 1 Declaration of Shane P. Cramer with Exhibits)(Harrigan, Arthur) (Entered: 07/26/2013) |
| 07/29/2013 | 792 | ORDER Granting Microsoft's 717 Motion to Seal It's Rule 702 Motion to Preclude Testimony by Motorola's Experts by Judge James L. Robart. Docket # 726 shall remain under seal. (CL) (Entered: 07/29/2013) |
| 07/29/2013 | 793 | ORDER Granting Microsoft's 718 Motion to Seal Motion for Partial Summary Judgment by Judge James L. Robart. Docket # 729 and 730 shall remain under seal. (CL) (Entered: 07/29/2013) |

| 07/29/2013 | 794 | MOTION to Seal *Documents in Support of Defendants' Motion in Limine* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 8/9/2013, (Palumbo, Ralph) (Entered: 07/29/2013) |
|---|---|---|
| 07/29/2013 | 795 | MOTIONS IN LIMINE by Plaintiff General Instrument Corporation, Defendants Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 8/9/2013, (Palumbo, Ralph) (Entered: 07/29/2013) |
| 07/29/2013 | 796 | DECLARATION of Andrea Pallios Roberts filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 795 MOTIONS IN LIMINE (Attachments: # 1 Exhibit A)(Palumbo, Ralph) (Entered: 07/29/2013) |
| 07/29/2013 | 797 | **SEALED DOCUMENT** *Defendants' Motion in Limine; Ex. B to Declaration of Andrea Pallios Roberts in Support* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 794 MOTION to Seal *Documents in Support of Defendants' Motion in Limine* (Attachments: # 1 Exhibit)(Palumbo, Ralph) (Entered: 07/29/2013) |
| 07/29/2013 | 798 | MOTION to Seal by Plaintiff Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 8/9/2013, (Harrigan, Arthur) (Entered: 07/29/2013) |
| 07/29/2013 | 799 | MOTIONS IN LIMINE by Plaintiff Microsoft Corporation. Oral Argument Requested. Noting Date 8/9/2013, (Harrigan, Arthur) (Entered: 07/29/2013) |
| 07/29/2013 | 800 | DECLARATION of Christopher Wion in Support of Microsoft's Motions in Limine filed by Plaintiff Microsoft Corporation re 799 MOTIONS IN LIMINE (Attachments: # 1 Exhibit 1−11)(Harrigan, Arthur) (Entered: 07/29/2013) |
| 07/29/2013 | 801 | **SEALED DOCUMENT** *Microsoft's Motions in Limine* by Plaintiff Microsoft Corporation re 798 MOTION to Seal (Attachments: # 1 Exhibit 2,3,4,6,7,8, 9, 10,11)(Harrigan, Arthur) (Entered: 07/29/2013) |
| 07/29/2013 | 802 | Proposed Pretrial Order by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., Plaintiff Microsoft Corporation. (Harrigan, Arthur) (Entered: 07/29/2013) |
| 07/29/2013 | 803 | **SEALED DOCUMENT** *Pretrial Order* by Defendants General Instrument Corporation, Motorola, Inc., Plaintiffs Microsoft Corporation, Motorola Mobility LLC re 798 MOTION to Seal (Harrigan, Arthur) (Entered: 07/29/2013) |
| 07/29/2013 | 804 | ORDER granting 751 Defendants' Motion to file documents under seal in support of Motorola's response to Microsoft's motion for summary judgment by Judge James L. Robart.(MD) (Entered: 07/30/2013) |
| 07/29/2013 | 805 | ORDER granting 739 Microsoft's Motion to Seal by Judge James L. Robart.(MD) (Entered: 07/30/2013) |
| 07/29/2013 | 806 | ORDER granting 719 Defendants' Motion to Seal by Judge James L. Robart.(MD) (Entered: 07/30/2013) |
| 07/30/2013 | 807 | SUPPLEMENT re 740 Response to Motion *Microsoft's Notice of Supplemental Authority Regarding Defendants' Motion for Summary Judgment* by Plaintiff Microsoft Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Harrigan, Arthur) (Entered: 07/30/2013) |
| 07/30/2013 | 808 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Christopher Wion, David Pritikin, Richard Cederoth, Andrew Culbert*; Def Counsel: *William Price, Kathleen Sullivan, Philip McCune, Ralph Palumbo (by telephone)*; CR: *Nancy Bauer*; **Daubert Hearing** held on 7/30/2013. (CC) (Entered: 07/31/2013) |
| 07/31/2013 | 809 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Christopher Wion, David Pritikin, Richard Cederoth, Andrew Culbert, Nathaniel Love*; Def Counsel: *Kathleen Sullivan, William Price, Philip McCune, Andrea Roberts, Cheryl Berry, Ellyde Thompson, Ralph Palumbo (by telephone)*; CR: *Nancy Bauer*; **Motion Hearing** held on 7/31/2013. The court hears argument from counsel on pending motions. The court takes the matters under advisement. The court will allow juror questionnaires to be completed the first day of trial. Trial to begin Monday, August 26, 2013 at 9:00 a.m. Each side will be allowed 16 hours of trial time. (CC) (Entered: 07/31/2013) |
| 07/31/2013 | 810 | Letter from Ralph H. Palumbo *re Motorola's Expert Opinions*. (Palumbo, Ralph) (Entered: 07/31/2013) |
| 07/31/2013 | 811 | NOTICE *of Filing Amended Expert Report* ; filed by Plaintiff Microsoft Corporation. (Attachments: # 1 Exhibit)(Harrigan, Arthur) (Entered: 07/31/2013) |
| 07/31/2013 | 812 | **SEALED DOCUMENT** *Attachment A to Microsoft's Notice of Filing Amended Expert Report* by Plaintiff Microsoft Corporation re 806 Order on Motion to Seal (Harrigan, Arthur) (Entered: 07/31/2013) |

| 07/31/2013 | 813 | NOTICE *of Filing Materials Provided to the Court and Motorola at the July 30, 2013 Hearing on Microsoft's Daubert Motion* ; filed by Plaintiff Microsoft Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Harrigan, Arthur) (Entered: 07/31/2013) |
|---|---|---|
| 07/31/2013 | 814 | REQUEST copies of selected trial exhibits filed by Christopher L. Smith. (MD) (Entered: 08/01/2013) |
| 08/02/2013 | 815 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of the Daubert hearing held on 7/30/2013 before Judge James L. Robart. |
| | | Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. |
| | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov. |
| | | To purchase a copy of the transcript contact court reporter Nancy Bauer by telephone at 206−370−8506. or by e−mail at nancy_bauer@wawd.uscourts.gov. |
| | | . Release of Transcript Restriction set for 10/31/2013, (NB) (Main Document 815 replaced on 8/2/2013) (LMK). (Entered: 08/02/2013) |
| 08/02/2013 | 816 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of motion hearing held on 7/31/2013 before Judge James L. Robart. |
| | | Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. |
| | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov. |
| | | To purchase a copy of the transcript contact court reporter Nancy Bauer by telephone at 206−370−8506. or by e−mail at nancy_bauer@wawd.uscourts.gov. |
| | | . Release of Transcript Restriction set for 10/31/2013, (NB) (Entered: 08/02/2013) |
| 08/02/2013 | | Corrected Transcript replaced initial document filed for docket 815 Transcript. (LMK) (Entered: 08/02/2013) |
| 08/02/2013 | 817 | DECLARATION of Christopher Wion re 811 Notice−Other by Plaintiff Microsoft Corporation. (Wion, Christopher) (Entered: 08/02/2013) |
| 08/02/2013 | 818 | **SEALED DOCUMENT** *Exhibit 1 to Declaration of Christopher Wion* by Plaintiff Microsoft Corporation re 806 Order on Motion to Seal (Wion, Christopher) (Entered: 08/02/2013) |
| 08/03/2013 | 819 | Letter from Arthur W. Harrigan, Jr. re 810 Letter *regarding Motorola's expert opinions*. (Attachments: # 1 Exhibit Excerpts of 7 30 Hearing Transcript)(Harrigan, Arthur) (Entered: 08/03/2013) |
| 08/03/2013 | 820 | SUPPLEMENT re 740 Response to Motion *Microsoft's Second Notice of Supplemental Authority Regarding Defendants' Motion for Summary Judgment* by Plaintiff Microsoft Corporation. (Attachments: # 1 Exhibit U.S. Trade Representative Disapproval Letter)(Harrigan, Arthur) (Entered: 08/03/2013) |
| 08/05/2013 | 821 | APPLICATION OF ATTORNEY Tony Balkissoon FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Microsoft Corporation (Fee Paid) Receipt No. 0981−3300575. (Wion, Christopher) (Entered: 08/05/2013) |
| 08/05/2013 | 822 | ORDER granting in part and denying in part [722,734] Morotola's Motion to Exclude; granting in part and denying in part 724 Microsoft's Motion to Exclude; granting in part and denying in part [731,737] Motorola's Motion to Exclude by Judge James L. Robart.(MD) (Entered: 08/05/2013) |
| 08/05/2013 | 823 | MOTION to Seal *Microsoft's 8/5/13 Motion to Seal* by Plaintiff Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 8/16/2013, (Harrigan, Arthur) (Entered: 08/05/2013) |
| 08/05/2013 | 824 | RESPONSE, by Plaintiff Microsoft Corporation, to 795 MOTIONS IN LIMINE . Oral Argument Requested. (Harrigan, Arthur) (Entered: 08/05/2013) |

| 08/05/2013 | 825 | DECLARATION of Christopher Wion in Support of Microsoft's Opposition to Defendants' Motions in Limine filed by Plaintiff Microsoft Corporation re 795 MOTIONS IN LIMINE (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Harrigan, Arthur) (Entered: 08/05/2013) |
|---|---|---|
| 08/05/2013 | 826 | **SEALED DOCUMENT** *Microsoft's Opposition to Defendants' Motions in Limine* by Plaintiff Microsoft Corporation re 823 MOTION to Seal *Microsoft's 8/5/13 Motion to Seal* (Attachments: # 1 Exhibit 2 SEALED, # 2 Exhibit 5 SEALED, # 3 Exhibit 7 SEALED)(Harrigan, Arthur) (Entered: 08/05/2013) |
| 08/05/2013 | 827 | MOTION to Seal *Defendants' Opposition to Microsoft's Motions in Limine and Exhibits to Declaration of Andrea Pallios Roberts in Support* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 8/16/2013, (Palumbo, Ralph) (Entered: 08/05/2013) |
| 08/05/2013 | 828 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., to 799 MOTIONS IN LIMINE . Oral Argument Requested. (Palumbo, Ralph) (Entered: 08/05/2013) |
| 08/05/2013 | 829 | DECLARATION of Andrea Pallios Roberts filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 799 MOTIONS IN LIMINE (Attachments: # 1 Exhibit A−P)(Palumbo, Ralph) (Entered: 08/05/2013) |
| 08/05/2013 | 830 | **SEALED DOCUMENT** *Defendants' Opposition to Microsoft's Motions in Limine; Sealed Exhibits to Declaration of Andrea Pallios Roberts in Support* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 827 MOTION to Seal *Defendants' Opposition to Microsoft's Motions in Limine and Exhibits to Declaration of Andrea Pallios Roberts in Support* (Attachments: # 1 Exhibit)(Palumbo, Ralph) (Entered: 08/05/2013) |
| 08/05/2013 | 831 | EXHIBIT Q *to Declaration of Andrea Pallios Roberts in Support of Defendants' Opposition to Microsoft's Motions in Limine* re 829 Declaration by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Palumbo, Ralph) (Entered: 08/05/2013) |
| 08/06/2013 | 832 | ORDER re (821 in 2:10−cv−01823−JLR) Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Anthony Balkissoon for Microsoft Corporation, by William M. McCool. (No document associated with this docket entry, text only.)(DS) (Entered: 08/06/2013) |
| 08/06/2013 | 833 | Letter from Kathleen Sullivan for Motorola &General Instruments Corp. re 809 Motion Hearing,, *in response to Court's request for authority on Motorola's statement.* (Palumbo, Ralph) (Entered: 08/06/2013) |
| 08/07/2013 | 834 | RESPONSE, by Plaintiff Microsoft Corporation, to 794 MOTION to Seal *Documents in Support of Defendants' Motion in Limine*. (Harrigan, Arthur) (Entered: 08/07/2013) |
| 08/07/2013 | 835 | MOTION to Seal *August 7, 2013 Letter From Ralph Palumbo and Documents in Support* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Proposed Order) Noting Date 8/16/2013, (Palumbo, Ralph) (Entered: 08/07/2013) |
| 08/07/2013 | 836 | Letter from Ralph H. Palumbo re 822 Order on Motion to Exclude,,,,, *Requesting Permission to Renew Rule 702 Motion [REDACTED]*. (Attachments: # 1 Exhibit 1 [REDACTED])(Palumbo, Ralph) (Entered: 08/07/2013) |
| 08/07/2013 | 837 | **SEALED DOCUMENT** *August 7, 2013 Letter from Ralph Palumbo and Supporting Documents* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. re 835 MOTION to Seal *August 7, 2013 Letter From Ralph Palumbo and Documents in Support* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, Part 01, # 4 Exhibit 3, Part 02, # 5 Exhibit 3, Part 03, # 6 Exhibit 3, Part 04, # 7 Exhibit 3, Part 05, # 8 Exhibit 3, Part 06, # 9 Exhibit 3, Part 07, # 10 Exhibit 3, Part 08, # 11 Exhibit 3, Part 09, # 12 Exhibit 3, Part 10)(Palumbo, Ralph) (Entered: 08/07/2013) |
| 08/07/2013 | 838 | Letter from Arthur W. Harrigan, Jr. re 833 Letter . (Harrigan, Arthur) (Entered: 08/07/2013) |
| 08/07/2013 | 839 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., to 798 MOTION to Seal . (Palumbo, Ralph) (Entered: 08/07/2013) |
| 08/08/2013 | 840 | Letter from Arthur W. Harrigan, Jr. . (Harrigan, Arthur) (Entered: 08/08/2013) |
| 08/09/2013 | 841 | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., TO RESPONSE to 794 MOTION to Seal *Documents in Support of Defendants' Motion in Limine* (Palumbo, Ralph) (Entered: 08/09/2013) |
| 08/09/2013 | 842 | REPLY, filed by Plaintiff Microsoft Corporation, TO RESPONSE to 798 MOTION to Seal (Harrigan, Arthur) (Entered: 08/09/2013) |

| | | |
|---|---|---|
| 08/12/2013 | 843 | ORDER granting in part and denying in part 720 733 Motorola's Motion for Summary Judgment; granting in part and denying in part 727 729 Microsoft's Motion for Partial Summary Judgment by Judge James L. Robart.(MD) (Entered: 08/12/2013) |
| 08/13/2013 | 844 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, David Pritikin, Richard Cederoth, Andrew Culbert, Christopher Wion, Nathaniel Love*; Def Counsel: *Ralph Palumbo, William Price, Kathleen Sullivan, Brian Cannon, Andrea Roberts*; CR: *Barry Fanning*; **Pretrial Conference** held on 8/13/2013. Trial shall begin Monday, August 26, 2013 at 9:00 a.m. Trial is scheduled to last 7 days. An 8 person jury shall be selected. The court reviews trial procedures with counsel. Counsel have agreed on a jury questionnaire. The court will review the questionnaire. The court encourages the parties to attend technology training. Proposed preliminary instructions shall be filed by noon, Monday, August 19, 2013. For the reasons stated on the record, the court grants in part and denies in part the motions in limine, Dkt.##795 &799. (CC) (Entered: 08/13/2013) |
| 08/14/2013 | 845 | ORDER granting 827 Defendants' Motion to Seal document in support of defendants' opposition to pltf's motions in limine by Judge James L. Robart.(MD) (Entered: 08/14/2013) |
| 08/14/2013 | 846 | ORDER granting 835 Defendants' Motion to Seal document in support of 8/7/13 letter from Ralph Palumbo by Judge James L. Robart.(MD) (Entered: 08/14/2013) |
| 08/14/2013 | 847 | ORDER granting 823 Plaintiff's Motion to Seal by Judge James L. Robart.(MD) (Entered: 08/14/2013) |
| 08/14/2013 | 848 | ORDER granting 798 Plaintiff's Motion to Seal by Judge James L. Robart.(MD) (Entered: 08/14/2013) |
| 08/14/2013 | 849 | ORDER granting 794 Defendants' Motion to Seal document in support of Motorola's motion in limine by Judge James L. Robart.(MD) (Entered: 08/14/2013) |
| 08/16/2013 | 850 | REPORT re 809 Motion Hearing,, *Motorola's Timeline of Select Events* by Counter Claimant Motorola Mobility LLC. (Palumbo, Ralph) (Entered: 08/16/2013) |
| 08/16/2013 | 851 | Letter from Ralph H. Palumbo for Motorola re 843 Order on Motion for Summary Judgment, Order on Motion for Partial Summary Judgment, Order on Sealed Motion . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Palumbo, Ralph) (Entered: 08/16/2013) |
| 08/16/2013 | 852 | REPORT *Microsoft's Timeline of Select Events* by Plaintiff Microsoft Corporation. (Harrigan, Arthur) (Entered: 08/16/2013) |
| 08/16/2013 | 853 | MOTION to Seal by Plaintiff Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 8/30/2013, (Harrigan, Arthur) (Entered: 08/16/2013) |
| 08/16/2013 | 854 | Letter from Arthur W. Harrigan re 843 Order on Motion for Summary Judgment, Order on Motion for Partial Summary Judgment, Order on Sealed Motion . (Harrigan, Arthur) (Entered: 08/16/2013) |
| 08/16/2013 | 855 | **SEALED DOCUMENT** *Letter Brief Re Marvell Exhaustion* by Plaintiff Microsoft Corporation re 853 MOTION to Seal (Harrigan, Arthur) (Entered: 08/16/2013) |
| 08/19/2013 | 856 | Proposed Jury Instructions by Plaintiff Microsoft Corporation *Revised Proposed Preliminary Instruction No. 2* (Harrigan, Arthur) (Entered: 08/19/2013) |
| 08/19/2013 | 857 | Proposed Jury Instructions by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. *Revised Proposed Preliminary Instructions* (Palumbo, Ralph) (Entered: 08/19/2013) |
| 08/19/2013 | 858 | Letter from Ralph H. Palumbo re 857 Proposed Jury Instructions *Revised Proposed Preliminary Instructions*. (Palumbo, Ralph) (Entered: 08/19/2013) |
| 08/19/2013 | 859 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Status Conference &Rulings held on 8/13/2013 before Judge James L. Robart.<br><br>Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript contact court reporter Barry L. Fanning by telephone at 206−370−8507. or by e−mail at barry_fanning@wawd.uscourts.gov. |

| | | . Release of Transcript Restriction set for 11/18/2013, (BF) (Entered: 08/19/2013) |
|---|---|---|
| 08/19/2013 | 860 | RESPONSE by Plaintiff Microsoft Corporation *Excerpts Of Prior Court Orders Upon Which Microsoft Intends To Rely At Trial*. (Harrigan, Arthur) (Entered: 08/19/2013) |
| 08/19/2013 | 861 | RESPONSE by Plaintiff Microsoft Corporation *Excerpts Of Prior Court Orders Upon Which Microsoft Intends To Rely In Microsofts Opening Statement*. (Harrigan, Arthur) (Entered: 08/19/2013) |
| 08/20/2013 | 862 | RESPONSE by Plaintiff Microsoft Corporation re 858 Letter . (Harrigan, Arthur) (Entered: 08/20/2013) |
| 08/21/2013 | 863 | MINUTE ORDER − to address outstanding issues prior to trial. Telephone Conference set for 8/23/2013 at 01:30 PM before Judge James L. Robart, by Judge James L. Robart. (MD) (Entered: 08/21/2013) |
| 08/22/2013 | 864 | REPLY by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. to 862 Response (non motion) *re Revised Preliminary Instruction No. 2*. (Palumbo, Ralph) (Entered: 08/22/2013) |
| 08/23/2013 | 865 | RESPONSE by Plaintiff Microsoft Corporation re 864 Reply (non motion) . (Harrigan, Arthur) (Entered: 08/23/2013) |
| 08/23/2013 | 866 | REPLY by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. to 860 Response (non motion), 861 Response (non motion) *Defendants' Submission Regarding Parties' Reliance on Prior Court Orders at Trial*. (Palumbo, Ralph) (Entered: 08/23/2013) |
| 08/23/2013 | 867 | Letter from Ralph Palumbo re 862 Response (non motion) . (Palumbo, Ralph) (Entered: 08/23/2013) |
| 08/23/2013 | 868 | Proposed Jury Instructions by Plaintiff Microsoft Corporation *Proposed Modifications to Preliminary Jury Instruction No. 2* (Harrigan, Arthur) (Entered: 08/23/2013) |
| 08/23/2013 | 869 | Proposed Jury Instructions by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. *Defendants' Objections to Microsoft's Proposed Modifications to Preliminary Jury Instruction No. 2* (Palumbo, Ralph) (Entered: 08/23/2013) |
| 08/25/2013 | 870 | ORDER re how parties may use findings of fact and conclusions of law at trial; re 860 Response (non motion) filed by Microsoft Corporation, 861 Response (non motion) filed by Microsoft Corporation by Judge James L. Robart. (FS) (Entered: 08/25/2013) |
| 08/25/2013 | 871 | Exhibit List *Parties' Updated Joint Trial Exhibit List* by Plaintiff Microsoft Corporation. (Harrigan, Arthur) (Entered: 08/25/2013) |
| 08/26/2013 | 872 | **SEALED MOTION** to Seal; re 567 Order on Motion to Seal,, Order on Sealed Motion,,,,,,,,,,,, ; by Interested Party Qualcomm Inc.. (Attachments: # 1 Proposed Order) Noting Date 9/6/2013, (Durbin, Christopher) (Entered: 08/26/2013) |
| 08/26/2013 | 873 | ORDER − the court excludes Microsofts argument that had Motorola given a license to Marvell, Motorola could no longer seek royalties from Microsoft, but will permit Microsoft to introduce evidence of Motorolas conduct vis−− vis Marvell, as such evidence is relevant to Microsofts claim that Motorola violated its duty of good faith and fair dealing, by Judge James L. Robart. (MD) (Entered: 08/26/2013) |
| 08/26/2013 | 874 | WITHDRAWAL of Motion re 872 **SEALED MOTION** to Seal; re 567 Order on Motion to Seal,, Order on Sealed Motion,,,,,,,,,,,,, ; ; by Interested Party Qualcomm Inc.. (Durbin, Christopher) (Entered: 08/26/2013) |
| 08/26/2013 | 875 | MOTION to Seal by Interested Party Qualcomm Inc.. (Attachments: # 1 Proposed Order) Noting Date 9/6/2013, (Durbin, Christopher) (Entered: 08/26/2013) |
| 08/26/2013 | 876 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, David Pritikin, Richard Cederoth, Andrew Culbert, Ellen Robbins*; Def Counsel: *Ralph Palumbo, William Price, Kathleen Sullivan, Brian Cannon, Andrea Roberts*; CR: *Barry Fanning/Debbie Zurn*; DAY 1 − Jury Trial begun on 8/26/2013. 9:00 a.m. − The court meets with counsel. 9:30 a.m. − Jury panel sworn/voir dire. 11:45 a.m. − Counsel accepts the jury. 1:30 p.m. − Jury sworn and instructed. Opening statements. Court in recess at 4:30 p.m. Court to resume Tues., August 27, 2013 at 9:00 a.m. (CC) (Entered: 08/26/2013) |
| 08/26/2013 | 877 | Jury Peremptory Challenges (MD) (Entered: 08/27/2013) |
| 08/27/2013 | 878 | MOTION to Seal *Renewed* by Interested Party Samsung Electronics Co., LTD.. (Attachments: # 1 Proposed Order) Noting Date 9/6/2013, (Cohen, Donald) (Entered: 08/27/2013) |
| 08/27/2013 | 879 | PRAECIPE to attach document re 878 MOTION to Seal *Renewed* by Interested Party Samsung Electronics Co., LTD.. (Attachments: # 1 Renewed Motion, # 2 Proposed Order)(Cohen, Donald) (Entered: |

| | | |
|---|---|---|
| | | 08/27/2013) |
| 08/27/2013 | 880 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, David Pritikin, Richard Cederoth, Andrew Culbert*; Def Counsel: *Ralph Palumbo, William Price, Kathleen Sullivan, Brian Cannon, Andrea Roberts*; CR: *Barry Fanning/Debbie Zurn*; DAY 2 − **Jury Trial** held on 8/27/2013. 8:55 a.m. − 9:10 a.m. − The court meets with counsel. Witnesses sworn: John DeVaan, David Treadwell, Kirk Dailey. Exhibits admitted: 1,2,16,7239,7240,7242,7252.Court in recess at 4:30 p.m. Court to resume Wed., August 28, 2013 at 9:00 a.m. (CC) (Entered: 08/27/2013) |
| 08/27/2013 | 881 | MOTION to Seal by Interested Parties Nokia Corporation, Nokia Inc.. (Attachments: # 1 Proposed Order) Noting Date 9/6/2013, (Brennan, Thomas) (Entered: 08/27/2013) |
| 08/28/2013 | 882 | Jury Notes dated 8/28/13 with Courts Response (MD) (Entered: 08/28/2013) |
| 08/28/2013 | 883 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, David Pritikin, Richard Cederoth, Andrew Culbert, Ellen Robbins*; Def Counsel: *Ralph Palumbo, William Price, Kathleen Sullivan, Brian Cannon, Andrea Roberts*; CR: *Barry Fanning/Debbie Zurn*; DAY 3 − **Jury Trial** held on 8/28/2013. Kirk Dailey resumes the stand.Witnesses sworn: Garrett Glanz, Jennifer Ochs (by prior trial testimony), Horacio Gutierrez. Exhibits admitted: 1139,1179,1581,1583,1584,1608,1610,2833,3162,3404,3412,7119,7241,7252,7254.Court in recess at 4:30 p.m. Court to resume Thurs., Aug. 29, 2013 at 9:00 a.m. (CC) Modified on 8/29/2013 (CC). (Entered: 08/28/2013) |
| 08/28/2013 | 884 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., to 853 MOTION to Seal . (Palumbo, Ralph) (Entered: 08/28/2013) |
| 08/28/2013 | 886 | PRETRIAL ORDER (Redacted) by Judge James L. Robart. (MD) (Entered: 08/29/2013) |
| 08/28/2013 | 889 | ORDER granting 853 Microsoft's Motion to Seal by Judge James L. Robart.(MD) (Entered: 08/29/2013) |
| 08/28/2013 | 890 | Jury Notes and Courts response dated 8/28/13 (MD) (Entered: 08/29/2013) |
| 08/29/2013 | 885 | TRIAL BRIEF *Motorola's [Revised] Bench Memorandum Regarding the Admissibility of Evidence Relating to FTC Investigation* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Palumbo, Ralph) (Entered: 08/29/2013) |
| 08/29/2013 | 887 | TRIAL BRIEF *Bench Memorandum Regarding the Admissibility of Evidence of Antitrust Investigations Concerning Motorola Standard−Essential Patent Licensing and Litigation* by Plaintiff Microsoft Corporation. (Harrigan, Arthur) (Entered: 08/29/2013) |
| 08/29/2013 | 888 | DECLARATION *in Support* of Christopher Wion re 887 Trial Brief by Plaintiff Microsoft Corporation. (Attachments: # 1 Exhibit Trial Ex. 1035, # 2 Exhibit Trial Ex. 6009, # 3 Exhibit Trial Ex. 6075, # 4 Exhibit Trial Ex. 6076, # 5 Exhibit Trial Ex. 6090, # 6 Exhibit Trial Ex. 6091, # 7 Exhibit Trial Ex. 6829)(Harrigan, Arthur) (Entered: 08/29/2013) |
| 08/29/2013 | 891 | Jury Notes dated 8/28/13 and courts response dated 8/29/13(MD) (Entered: 08/29/2013) |
| 08/29/2013 | 892 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Christopher Wion, David Pritikin, Richard Cederoth, Andrew Culbert, Ellen Robbins*; Def Counsel: *Ralph Palumbo, William Price, Kathleen Sullivan, Brian Cannon, Andrea Roberts*; CR: *Barry Fanning/Debbie Zurn*; DAY 4 −**Jury Trial** held on 8/29/2013. 9:00 a.m.− 9:20 a.m. − The court meets with counsel. Horacio Gutierrez resumes the stand. Witnesses sworn: Jeff Davidson, Brian Blasius (by video deposition), Kevin Murphy. Exhibits admitted: 6024,6047,6048,6106,6394,6445,7136. Jury excused at 4:00 p.m. The court informally reviews jury instructions with counsel. Court to resume Fri., Aug. 30, 2013 at 9:00 a.m. (CC) (Entered: 08/29/2013) |
| 08/30/2013 | 893 | Proposed Jury Instructions by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. *(Motorola's Proposed Revisions)* (Palumbo, Ralph) (Entered: 08/30/2013) |
| 08/30/2013 | 894 | Proposed Jury Verdict Form by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Palumbo, Ralph) (Entered: 08/30/2013) |
| 08/30/2013 | 895 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, Christopher Wion, David Pritikin, Richard Cederoth, Andrew Culbert, Ellen Robbins*; Def Counsel: *Ralph Palumbo, William Price, Kathleen Sullivan, Brian Cannon, Andrea Roberts*; CR: *Barry Fanning/Debbie Zurn*; DAY 5 −**Jury Trial** held on 8/30/2013. 8:30 a.m.− The court meets with counsel. 9:00 a.m. − Kevin Murphy resumes the stand. Witnesses sworn: Todd Menenberg, David Heiner, Maximilian Haedicke, David Killough. The defense moves for a mistrial. The court denies the motion. |

| | | |
|---|---|---|
| | | Exhibits admitted: 2970,6458,6459,6605,7001a, PDX18,PDX19,PDX20,PDX21,PDX22. Court in recess at 4:30 p.m. Court to resume Tues., Sept. 3, 2013 at 9:00 a.m. (CC) (Entered: 08/30/2013) |
| 09/02/2013 | 896 | REQUEST by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc. for Judicial Notice. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E, #_6 Exhibit F, #_7 Exhibit G, #_8 Exhibit H)(Palumbo, Ralph) (Entered: 09/02/2013) |
| 09/03/2013 | 897 | RESPONSE by Plaintiff Microsoft Corporation re _896 Request, *Response to Defendants' Request for Judicial Notice*. (Harrigan, Arthur) (Entered: 09/03/2013) |
| 09/03/2013 | 898 | DECLARATION *of Christopher Wion in Support of Microsoft's Response to Defendants' Request for Judicial Notice* re _897 Response (non motion) by Plaintiff Microsoft Corporation. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E, #_6 Exhibit F, #_7 Exhibit G, #_8 Exhibit H)(Harrigan, Arthur) (Entered: 09/03/2013) |
| 09/03/2013 | 899 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, David Pritikin, Richard Cederoth, Andrew Culbert, Ellen Robbins, Nathaniel Love*; Def Counsel: *Ralph Palumbo, William Price, Kathleen Sullivan, Brian Cannon, Andrea Roberts*; CR: *Barry Fanning/Debbie Zurn*; DAY 6 − **Jury Trial** held on 9/3/2013. David Killough resumes the stand. 10:10 a.m. − Microsoft rests.Witnesses by video deposition: Shelley McKinley, Theresa Daly, Owen Roberts, Ken Taylor.Witnesses sworn: Richard Holleman, Gregory Leonard. Defense moves for judgment. The court takes the matter under advisement. Exhibits admitted: 217,1130,2838,2839,6022,6033,6179−6180,6182,6186,6187−6196,6201−6210,6212,6339−6359, 6552−6556,6558−6589,6608,6608a−d,6609,7020a,7135,7146,7150 and PDX23,PDX24. 2:30 p.m. − Motorola rests. 2:45 p.m. − Microsoft rests. The jury excused for the day. Microsoft moves for judgment. Motorola moves for judgment. Court takes the matter under advisement. Formal jury instructions placed on the record. Court in recess at 4:50 p.m. Court to resume Wed., Sept. 4, 2013 at 9:00 a.m. (CC) (Entered: 09/03/2013) |
| 09/03/2013 | 900 | OBJECTIONS *Microsoft's Exceptions to Final Jury Instructions and Verdict Form* by Plaintiff Microsoft Corporation. (Harrigan, Arthur) (Entered: 09/03/2013) |
| 09/04/2013 | 901 | OBJECTIONS *Motorola's Exceptions to Final Jury Instructions and Verdict Form* by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Palumbo, Ralph) (Entered: 09/04/2013) |
| 09/04/2013 | 902 | MOTION for Judgment *Microsoft's Rule 50(a) Motion for Judgment as a Matter of Law* by Plaintiff Microsoft Corporation. Noting Date 9/4/2013, (Harrigan, Arthur) (Entered: 09/04/2013) |
| 09/04/2013 | 903 | DECLARATION of Christopher Wion in Support of Microsoft's Rule 50(a) Motion for Judgment as a Matter of Law filed by Plaintiff Microsoft Corporation re _902 MOTION for Judgment *Microsoft's Rule 50(a) Motion for Judgment as a Matter of Law* (Attachments: #_1 Exhibit 1, #_2 Exhibit 2)(Harrigan, Arthur) (Entered: 09/04/2013) |
| 09/04/2013 | 904 | MOTION for Judgment on the Pleadings *Motorola's Rule 50(a) Motion for Judgment As A Matter of Law* by Counter Claimant Motorola Mobility LLC. (Attachments: #_1 Proposed Order) Noting Date 9/4/2013, (Palumbo, Ralph) (Entered: 09/04/2013) |
| 09/04/2013 | 905 | MOTION for Judgment on the Pleadings *Motorola's Renewed Rule 50(a) Motion for Judgment as a Matter of Law* by Counter Claimant Motorola Mobility LLC. (Attachments: #_1 Proposed Order) Noting Date 9/4/2013, (Palumbo, Ralph) (Entered: 09/04/2013) |
| 09/04/2013 | 906 | ORDER − It is the ORDER of the court that the Clerk of the Court pay for the meals of the jurors at the expense of the US Courts, by Judge James L. Robart. (MD) (Entered: 09/04/2013) |
| 09/04/2013 | 907 | MINUTE ENTRY for proceedings held before Judge James L. Robart− Dep Clerk: *Casey Condon*; Pla Counsel: *Arthur Harrigan, David Pritikin, Richard Cederoth, Andrew Culbert, Ellen Robbins*; Def Counsel: *Ralph Palumbo, William Price, Kathleen Sullivan, Andrea Roberts, Brian Cannon*; CR: *Barry Fanning/Debbie Zurn*; DAY 7 − **Jury Trial** completed on 9/4/2013. 9:00 a.m. − The court meets with counsel. 9:15 a.m. − The court reads the Jury Instructions. 10:05 a.m. − The jury and court hear closing arguments. 1:20 p.m. − The jury begins deliberations. 4:48 p.m. − The jury reaches a verdict. The jury finds in favor of Microsoft. The jury polled, thanked and excused. (CC) (Entered: 09/04/2013) |
| 09/04/2013 | 908 | Jury Instructions signed by Judge James L. Robart (MD) (Entered: 09/05/2013) |
| 09/04/2013 | 909 | JURY VERDICT (MD) (Entered: 09/05/2013) |
| 09/06/2013 | 910 | ORDER Granting Non−Party Qualcomm Inc's _875 Renewed Motion to Seal by Judge James L. Robart. (CL) (Entered: 09/06/2013) |

| 09/06/2013 | [911](#) | ORDER Granting Non−parties Nokia Corporation and Nokia Inc's [881](#) Renewed Motion to Seal by Judge James L. Robart. (CL) (Entered: 09/06/2013) |
|---|---|---|
| 09/06/2013 | [912](#) | ORDER Granting Non Party Samsung's [878](#) Renewed Motion to Seal by Judge James L. Robart. (CL) (Entered: 09/06/2013) |
| 09/10/2013 | [913](#) | MINUTE ORDER − The court is in receipt of Microsofts August 8, 2013, letter asking the court to renew and expand its anti−suit injunction concerning Motorolas litigation efforts in Germany. (Ltr. (Dkt. # 840).) The court grants Microsoft permission to file its requested motion. Microsofts motion shall be filed no later than September 16, 2013, and shall be a pleading of no more than 10 pages. Motorolas response, if any, shall be filed no later than September 23, 2013, and shall be a pleading of no more than 10 pages, by Judge James L. Robart. (MD) (Entered: 09/10/2013) |
| 09/12/2013 | [914](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Telephone conference held on 8/23/2013 before Judge James L. Robart.<br><br>Parties have ten (10) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript contact court reporter Barry Fanning by telephone at 206−370−8509. or by e−mail at barry_fanning@wawd.uscourts.gov.<br><br>. Release of Transcript Restriction set for 12/11/2013, (BF) (Entered: 09/12/2013) |
| 09/13/2013 | [915](#) | ORDER TO SHOW CAUSE − the court ORDERS Microsoft to either withdraw its motion (Dkt. # 902) or show cause why it should not be denied as moot. Microsoft is ordered to respond by noon on Wednesday, September 18, 2013, and to limit any submission to five pages. Motorolas response, if any, must be filed by noon on Friday, September 20, 2013, and must also be limited to five pages by Judge James L. Robart. (MD) (Entered: 09/13/2013) |
| 09/13/2013 | [916](#) | RESPONSE, by Plaintiff Microsoft Corporation, to [905](#) MOTION for Judgment on the Pleadings *Motorola's Renewed Rule 50(a) Motion for Judgment as a Matter of Law*, [904](#) MOTION for Judgment on the Pleadings *Motorola's Rule 50(a) Motion for Judgment As A Matter of Law*. (Harrigan, Arthur) (Entered: 09/13/2013) |
| 09/13/2013 | [917](#) | RESPONSE, by Defendant Motorola Mobility LLC, to [902](#) MOTION for Judgment *Microsoft's Rule 50(a) Motion for Judgment as a Matter of Law*. (Palumbo, Ralph) (Entered: 09/13/2013) |
| 09/13/2013 | [918](#) | DECLARATION of Andrea Pallios Roberts filed by Defendant Motorola Mobility LLC re [902](#) MOTION for Judgment *Microsoft's Rule 50(a) Motion for Judgment as a Matter of Law* (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit b)(Palumbo, Ralph) (Entered: 09/13/2013) |
| 09/16/2013 | [919](#) | RESPONSE by Plaintiff Microsoft Corporation re [913](#) Minute Order,, *Microsoft's Response to the Court's September 10, 2013 Order Concerning Motorola's Litigation Efforts in Germany*. (Harrigan, Arthur) (Entered: 09/16/2013) |
| 09/16/2013 | [920](#) | DECLARATION *of Shane P. Cramer in Support of Microsoft's Response to the Court's September 10, 2013 Order Concerning Motorola's Litigation Efforts in Germany* re [919](#) Response (non motion) by Plaintiff Microsoft Corporation. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8, # [9](#) Exhibit 9, # [10](#) Exhibit 10, # [11](#) Exhibit 11, # [12](#) Exhibit 12, # [13](#) Exhibit 13, # [14](#) Exhibit 14, # [15](#) Exhibit 15, # [16](#) Exhibit 16, # [17](#) Exhibit 17, # [18](#) Exhibit 18, # [19](#) Exhibit 19, # [20](#) Exhibit 20, # [21](#) Exhibit 21)(Harrigan, Arthur) (Entered: 09/16/2013) |
| 09/18/2013 | [921](#) | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiff Microsoft Corporation. (Harrigan, Arthur) (Entered: 09/18/2013) |
| 09/19/2013 | [922](#) | ORDER Denying as Moot Microsoft's [902](#) Motion for Judgment FRCP 50(a) by Judge James L. Robart. (CL) (Entered: 09/19/2013) |
| 09/20/2013 | [923](#) | REPLY, filed by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., TO RESPONSE to [905](#) MOTION for Judgment on the Pleadings *Motorola's Renewed Rule 50(a) Motion for Judgment as a Matter of Law*, [904](#) MOTION for Judgment on the Pleadings *Motorola's Rule 50(a) Motion for Judgment As A Matter of Law* (Palumbo, Ralph) (Entered: 09/20/2013) |

| 09/23/2013 | 924 | RESPONSIVE BRIEF re 919 Response (non motion) by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc... (Palumbo, Ralph) (Entered: 09/23/2013) |
|---|---|---|
| 09/23/2013 | 925 | DECLARATION of Andrea Pallios Roberts re 924 Brief − Responsive by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. (Attachments: # 1 Exhibit A−F)(Palumbo, Ralph) (Entered: 09/23/2013) |
| 09/24/2013 | 926 | ORDER denying 904 Motorola's Motion for Judgment on the Pleadings; denying 905 Motorola's Renewed Motion for Judgment on the Pleadings by Judge James L. Robart.(MD) (Entered: 09/25/2013) |
| 09/25/2013 | 927 | MOTION for Judgment *Microsoft's Motion for Final Judgment on its Breach of Contract Claim Pursuant to Rule 54(b)* by Plaintiff Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date 10/11/2013, (Harrigan, Arthur) (Entered: 09/25/2013) |
| 10/04/2013 | 928 | NOTICE *of Re−Noting of its Motion for Final Judgment on its Breach of Contract Claim Pursuant to Rule 54(b)* re 927 MOTION for Judgment *Microsoft's Motion for Final Judgment on its Breach of Contract Claim Pursuant to Rule 54(b)* ; filed by Plaintiff Microsoft Corporation. (Harrigan, Arthur) (Entered: 10/04/2013) |
| 10/04/2013 | | Noting Date Set/Reset Per notice filed on 10/4/13 re 927 MOTION for Judgment *Microsoft's Motion for Final Judgment on its Breach of Contract Claim Pursuant to Rule 54(b)* : RE−Noting Date 10/18/2013. (MD) (Entered: 10/07/2013) |
| 10/15/2013 | 929 | RESPONSE, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc., to 927 MOTION for Judgment *Microsoft's Motion for Final Judgment on its Breach of Contract Claim Pursuant to Rule 54(b)*. (Attachments: # 1 Proposed Order)(Palumbo, Ralph) (Entered: 10/15/2013) |
| 10/18/2013 | 930 | REPLY, filed by Plaintiff Microsoft Corporation, TO RESPONSE to 927 MOTION for Judgment *Microsoft's Motion for Final Judgment on its Breach of Contract Claim Pursuant to Rule 54(b)* (Harrigan, Arthur) (Entered: 10/18/2013) |
| 11/12/2013 | 931 | ORDER granting pltf's 927 Motion for entry of Rule 54(b) judgment by Judge James L. Robart.(RS) (Entered: 11/12/2013) |
| 11/12/2013 | 932 | JUDGMENT BY JURY VERDICT/COURT The courts April 19, 2013 Findings of Fact and Conclusions of Law (Dkt. ## 673 (sealed), 681 (redacted)), the courts August 12, 2013 order on summary judgment (Dkt. # 843) with respect to Motorolas repudiation counterclaim only, and the September 4, 2013 jury verdict (Dkt. # 909) shall be deemed final judgments pursuant to Federal Rule of Civil Procedure 54(b). The court has found that there is no just reason for delay. (RS) (Entered: 11/12/2013) |
| 11/12/2013 | 933 | NOTICE OF APPEAL to FEDERAL Circuit re 932 Judgment by Court, by Defendants General Instrument Corporation, Motorola Mobility LLC, Motorola, Inc.. Filing Fee $455, Receipt number 0981−3411718. (Palumbo, Ralph) Modified on 11/12/2013; Appeal is for Federal Circuit. (LMK). (Entered: 11/12/2013) |

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION | CASE NO. C10-1823JLR |
| Plaintiff, | |
| | FEDERAL RULE OF CIVIL |
| v. | PROCEDURE 54(b) JUDGMENT |
| MOTOROLA, INC., et al., | |
| Defendants. | |
| MOTOROLA MOBILITY, INC., et al., | |
| Plaintiffs, | |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

__X__     **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__     **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The court's April 19, 2013 Findings of Fact and Conclusions of Law (Dkt. ## 673

(sealed), 681 (redacted)), the court's August 12, 2013 order on summary judgment

(Dkt. # 843) with respect to Motorola's repudiation counterclaim only, and the September

4, 2013 jury verdict (Dkt. # 909) shall be deemed final judgments pursuant to Federal

Rule of Civil Procedure 54(b).  The court has found that there is no just reason for delay.

Filed this 12th day of November, 2013.


WILLIAM M. MCCOOL
Clerk of Court

 s/Mary Duett_____
Deputy Clerk